## IN THE CIRCUIT COURT OF MONROE COUNTY
## CIVIL DIVISION

SKY RANCH FARMS PARTNERSHIP
RICKY POSEY, individually and as a partner
in SKY RANCH FARMS PARTNERSHIP,
NICOLE POSEY as a partner in SKY RANCH
FARMS PARTNERSHIP, JOE RAY MELVIN,
MELVIN FARMS PARTNERSHIP, LARRY MELVIN,
PATRICIA MELVIN and L. M. FARMS, INC.
 as partners in MELVIN FARMS PARTNERSHIP       PLAINTIFFS

Vs.          CASE NO. 48CV-17-53-4

K.B.X., INC.; IVORY RICE, LLC; AGRIBUSINESS
PROPERTIES, LLC; JASON T. COLEMAN,
Individually; NEAUMAN COLEMAN, Individually;
And NEAUMAN COLEMAN & CO. LLC;       DEFENDANTS

### COMPLAINT

Come now the Plaintiffs, Sky Ranch Farms Partnership, Ricky Posey,

individually and as a partner in Sky Ranch Farms Partnership, Nicole Posey, as a

partner in Sky Ranch Farms Partnership, Joe Ray Melvin, Melvin Farms

Partnership, Larry Melvin and Patricia Melvin as partners in Melvin Farms

Partnership (collectively, Plaintiffs), by and through their attorneys, Wright,

Lindsey & Jennings, LLP, and for their Complaint against K.B.X., Inc. ("KBX");

Ivory Rice, LLC ("Ivory Rice"), Agribusiness Properties, LLC ("Agribusiness"); Jason

T. Coleman, Neauman Coleman and Neauman Coleman & Co. LLC, state as

follows:



MONROE COUNTY
FILED
AT 11:55 O'CLOCK A M
JUL 1 0 2017
ALICE SMITH, CLERK
_Alice Smith_ D.C.

EXHIBIT
2

1483558-v1

## JURISDICTION, VENUE AND PARTIES

1.      The Plaintiffs are residents of the State of Arkansas and conduct business in Eastern part of Arkansas.  Plaintiffs grew rice and other farm products in St. Francis County, Woodruff County and other counties in Eastern Arkansas, during the times relevant to this complaint.

2.      Each Plaintiff produced rice that was delivered to or for the benefit of the Defendants as recited herein.

3.      Plaintiff, Sky Ranch Farms Partnership ("Sky Ranch Farms") is an Arkansas partnership.  Plaintiffs Ricky Posey and Nicole Posey are residents of Monroe County, Arkansas and are the partners in Sky Ranch Farms.

4.      Plaintiff, Joe Ray Melvin, is a resident Prairie County, Arkansas.

5.      Plaintiff, Melvin Farms Partnership is an Arkansas partnership and its individual members are Larry Melvin and Patricia Melvin, and L. M. Farms, Inc. Larry Melvin and Patricia Melvin are residents of Monroe County Arkansas and L. M. Farms, Inc. is an Arkansas Corporation in good standing.

6.      Defendant KBX is an Arkansas corporation with its registered agent designated as Steven Keith at an address of 2114 South Buerkle, Stuttgart, AR, 72160.

7.      Defendant, Ivory Rice, LLC, is an Arkansas limited liability company with its registered agent designated as Neauman Coleman at an address of 411 N. Main, Brinkley, AR, 72021.  Ivory Rice shared employees and offices with Turner Grain.

2

8.     Defendant Agribusiness Properties, LLC ("Agribusiness") was an Arkansas LLC doing business at 411 North Main, in Brinkley Arkansas 72021 with Jason Coleman as its registered agent. On information and belief, Agribusiness used the trade name of Ivory Rice. Jason Coleman was its registered agent. Ivory Rice was a wholly owned subsidiary of Agribusiness. On information and belief, Agribusiness was owned by one or more owners of Turner Grain Merchandising.

9.     Defendant, Neauman Coleman & Co – LLC, is an Arkansas limited liability company with its principal business address at an address of 411 N. Main, Brinkley, AR, 72021, and its registered agent designated as Neauman Coleman at an address of 411 N. Main, Brinkley, AR, 72021. Defendant Neauman Coleman & Co., LLC shared offices and employees with Turner Grain.

10.     Defendant, Jason T. Coleman, is a resident of the State of Arkansas with his last known address being 1907 S. Grand Ave., Brinkley, AR, 72021. Jason T. Coleman was a principal of Turner Grain as described below.

11.     Defendant, Neauman Coleman, is a resident of the State of Arkansas with his last known address being 15680 Highway 366, Holly Grove, AR, 72069.

12.     Jurisdiction and Venue are proper in the Monroe County Circuit Court. This Court has *in personam* jurisdiction over all of the parties.

## FACTS AND ALLEGATIONS

13.     Prior to on or about August 13, 2014, Turner Grain was in the business of brokering the sales of rice between grain producers and grain purchasers.

3

14.    Turner Grain, a/k/a Turner Grain, Inc. (hereinafter referred to as "Turner Grain"), was a business operated by Dale Barlett and Jason Coleman with its principal offices at 411 N. Main, Brinkley, AR, 72021.  On information and belief, Turner Grain was operated as a general partnership.  On September 5, 2014, Dale Bartlett filed a petition under Chapter 12 of the bankruptcy code, which was subsequently converted to a case under Chapter 7 and is still pending.  Plaintiffs have filed proofs of claim in the Bartlett bankruptcy case, but are seeking no relief against him herein.

15.    Turner Grain Merchandising, Inc. was an Arkansas corporation also operating at 411 N. Main, Brinkley, AR 72021. On October 23, 2014, Turner Grain Merchandising filed a bankruptcy petition under Chapter 11 of the Bankruptcy Code, which was subsequently converted to a Chapter 7 petition and is still pending. Plaintiffs have filed proofs of claim in the Turner Grain Merchandising bankruptcy case, but are seeking no relief against it herein.

16.    KBX is in the business of purchasing rice, through brokers such as and including Turner Grain and/or Turner Grain Merchandising, from farmers and other entities.

17.    Erwin-Keith, Inc. is an Arkansas corporation.  The Secretary of State's website reflects that Stephen M. Keith is the secretary.  On information and belief, Erwin-Keith is an affiliate of or related party to KBX and/or its alter ego.

4

18.    KBX and Turner Grain created a business practice wherein KBX would notify Turner Grain of its offer to purchase rice from any farmer or other entity that Turner Grain could broker.

19.    KBX would establish, each day, the price of rice it was guaranteed to pay for the rice that Turner Grain was able to broker for KBX through farmers, producers or other entities.

20.    To receive the price KBX was willing to guarantee for a given day, Turner Grain would call (501) 778-8820, which is an office phone number associated with KBX.

21.    After receiving the pricing information from KBX, Turner Grain would contact potential sellers of rice to inform them of the daily offer (less the broker's commission paid to Turner Grain and other expenses) made by KBX to purchase their rice.

22.    If a seller of rice wished to accept the offer made by Turner Grain on behalf of KBX, Turner Grain would immediately call KBX to inform them of the acceptance of the offer, including confirmation of the volume/amount of rice the farmer was willing to sell to KBX.

23.    KBX, upon the acceptance of its offer by the farmer, would determine the time for delivery, alternate destinations for delivery of rice, or any other adjustments, at the sole discretion of KBX, which were acts by KBX, in each instance, of instructing and controlling Turner Grain, its agent.

24.    Turner Grain would send the seller a written version of the previously accepted oral agreement.  Some sellers would execute and return the written version of the agreement to Turner Grain, some would execute the contract, but not return it to Turner Grain, and some would perform the contract without ever signing any document.

25.    KBX regularly extended delivery times, altered shipping periods, and altered destinations of farmers' rice.

26.    Once the seller completed his obligations under the contract, KBX used Turner Grain as its payment agent to pay the seller of rice pursuant to the agreed upon contract.

27.    KBX would receive a barge load summary and a copy of the milling statement from a grading company, which was selected and paid for by KBX.

28.    KBX applied the information contained in the milling statement to the barge load summary in order to generate a settlement sheet.

29.    The settlement sheet was created to establish the gross proceeds of the transaction between KBX and the seller, which was the farmer.

30.    Turner Grain, as payment agent for KBX, would receive a copy of settlement sheet generated by KBX as a part of the payment process.

31.    After receipt of the milling yields, grades, weights, and other information related to the seller's rice, KBX determined the amount of money it would deliver to Turner Grain for disbursement to the farmers and others.

32.    Routinely, Turner Grain would have to request "backup" documentation from KBX in order to gain an understanding of how KBX had arrived at its calculation of the gross proceeds of the transaction between KBX and the seller.  The "backup" documents included, but were not limited to, weights, grades, milling yields, and loading barge tickets.  Attached hereto, marked as **Exhibit 1**, and incorporated by reference herein is a true and correct copy of some of the emails between Turner Grain and Shay Sebree of KBX in which "backup" documentation from KBX is exchanged in order for Turner Grain to gain an understanding of how KBX had arrived at its calculation of the gross proceeds of the transaction between KBX and the seller.  Attached hereto, marked as **Exhibit 2**, and incorporated by reference herein is a true and correct copy of some of the emails between Turner Grain and Michael Keith of KBX in which "backup" documentation from KBX is exchanged in order for Turner Grain to gain an understanding of how KBX had arrived at its calculation of the gross proceeds of the transaction between KBX and the seller. Attached hereto, marked as **Exhibit 3**, and incorporated by reference herein is a true and correct copy of the emails between Turner Grain and Dottie Morrison of KBX in which "backup" documentation from KBX is exchanged in order for Turner Grain to gain an understanding of how KBX had arrived at its calculation of the gross proceeds of the transaction between KBX and the seller. There are numerous other emails where Turner Grain requested "backup" from KBX in order to complete the payment process, but those are not being included herein for the sole purpose of reducing the volume of the pleading.

33.    KBX's "backup" documentation provided to Turner Grain would allow Turner Grain, on behalf of KBX, to allocate KBX's funds to the seller as a continuing part of the payment process.

34.    Turner Grain would have to wait to have funds delivered to it by KBX in order to disburse the received funds toward the expenses that were agreed to be paid by the seller of rice, the sales price set forth in the contract wherein KBX would be the Purchaser and Turner Grain's commission as broker for KBX. Attached hereto, marked as **Exhibit 4**, and incorporated by reference herein is a true and correct copy of some of the emails between Turner Grain and Shay Sebree of KBX that demonstrate that KBX was aware Turner Grain, as agent, could not pay farmers, including the Plaintiffs, until Turner Grain received the purchase money from KBX. Attached hereto, marked as **Exhibit 5**, and incorporated by reference herein is a true and correct copy of some of the emails between Turner Grain and Michael Keith of KBX that evidence that KBX knew Turner Grain could not pay farmers until Turner Grain received funds from KBX. Attached hereto, marked as **Exhibit 6**, and incorporated by reference herein is a true and correct copy of some of the emails between Turner Grain and Dottie Morrison of KBX that evidence that KBX knew Turner Grain could not disburse funds until Turner Grain received funds from KBX. There are numerous other emails that evidence KBX's knowledge of Turner Grain's financial problems and the fact that KBX knew that Turner Grain could not disburse funds to farmers, including Plaintiffs, until Turner

8

Grain received funds for the payment of the rice from KBX, but they are not being included herein in order to reduce the volume of the pleading.

35.    Turner Grain, as payment agent for KBX, upon receipt of funds from KBX, would disburse the received funds towards the expenses that were agreed to by the seller of rice, the sales price as set forth in the contract between the seller and KBX, as Purchaser thereunder, and Turner Grain's commission as broker, which finalized the payment process.

36.    The generally expected commission for its brokerage services provided to KBX by Turner Grain, as broker and agent for KBX, was approximately $0.05 to $0.10 per bushel. Attached hereto, marked as **Exhibit 7**, and incorporated by reference herein is a true and correct copy of an email from Turner Grain to KBX in which Turner Grain demands commission payment from KBX on rice brokered by Turner Grain and sold to KBX.

37.    Turner Grain's primary source of revenue from rice transactions was KBX. KBX comprised approximately 85-90% of all rice transactions brokered by Turner Grain.

38.    Any seller of rice requesting the identity of the purchaser was told by Turner Grain that the purchaser was KBX. With regarding to other sellers, KBX remained the undisclosed principal, for Turner Grain, its agent.

39.    In the manner as described in Paragraphs 14 through 36 above, Sky Ranch Farms Partnership agreed to sell and deliver grain to KBX via contract (hereinafter the "Sky Ranch Contract") through Turner Grain, acting as a broker,

9

and as an agent for KBX. A true and correct copy of the Sky Ranch Contract, identified as Contract Number JC-3006-3, is attached hereto and incorporated by reference as **Exhibit 8**.

40.    In the manner as described in Paragraphs 14 through 36 above, Ricky Posey Farms agreed to sell and deliver grain to KBX via a contract (hereinafter collectively called the "Ricky Posey Contracts") through Turner Grain, acting as a broker and as an agent for KBX. A true and correct copy of the Rickey Posey Contract, identified as Contract Number JC3006-1 is attached hereto and incorporated by reference as **Exhibit 9**.

41.    In the manner as described in Paragraphs 14 through 36 above, Joe Ray Melvin agreed to sell and deliver grain to KBX via a contract (hereinafter collectively called the "Joe Ray Melvin Contracts") through Turner Grain, acting as a broker and as an agent for KBX. A true and correct copy of the Joe Ray Melvin Contract, identified as Contract Number JC3006-2 is attached hereto and incorporated by reference as **Exhibit 10**.

42.    The contracts reference in paragraphs 39, 40 and 41 will be referred to hereinafter collectively as the "Grain Contracts." Pursuant to the Grain Contracts, the Plaintiffs were designated the "seller." Pursuant to the Grain Contracts, Turner Grain was designated only as the "broker." The Grain Contracts did not designate the identity of the purchaser.

43.    On information and belief, KBX was the ultimate purchaser of the rice under the Grain Contracts.

44.     Again, as stated above, any seller requesting the identity of the purchaser of rice under the Grain Contracts was told by Turner Grain that the purchaser was KBX. In any event, KBX was the principal purchasing the rice, regardless of whether KBS's role as principal was disclosed or undisclosed.

45.     Turner Grain, as broker and agent for KBX, communicated to the farmers the offer by KBX to purchase the farmers' rice.

46.     The offer made on behalf of KBX, through Turner Grain as broker and agent for KBX, was accepted by the farmers.

47.     KBX was the "purchaser" as defined by the Grain Contracts.

48.     Turner Grain sometimes identified KBX as the purchaser to the farmers that did not already have knowledge that KBX was the purchaser under the Grain Contracts. Alternatively, in instances where Turner Grain did not disclose KBX as the principal, KBX was an undisclosed principal.

49.     KBX accepted and received the benefit of the Grain Contracts.

50.     The Grain Contracts state, in part, as follows, "This agreement is entered into between Turner Grain, Inc. (Broker) and Seller of rice (Seller)."

51.     The Grain Contracts state, in part, as follows, "Seller agrees to sell (*sic* the number of bushels completed in handwritten form) U.S. funds per bushel F.O.B. (place of delivery completed in handwritten form)'. Based on #2 grade and a milling yield of 55/70. Milling yield premiums/discounts apply.

52. The Grain Contracts state, in part, as follows, "Seller warrants that if no liens are acknowledged the seller is liable *to the purchaser* and Turner Grain, Inc. for any and all claims to the grain."

53. Thus, the Grain Contracts clearly differentiate Turner Grain, Inc., as broker, from the purchaser, which was known by the Plaintiffs and identified by Turner Grain to be KBX or which was the undisclosed principal in the transactions.

54. The Farmers Grain Contracts state, in part, as follows, "moisture content above 14% will be the determination of purchaser or result in rejection of grain."

55. The Grain Contracts state, in part, as follows, "An additional discount of $.10 (10 cents) per bushel per milling point for grain with whole kernel weight less than 88 grams/shelling, at purchaser's option.

56. The Grain Contracts state, in part, as follows, "Purchaser reserves the right to cancel, extend delivery time, alter shipping periods and destinations or fill at the above destination or elsewhere."

57. The Grain Contracts state, in part, as follows, "Failure to meet contract agreements may result in 'Market Price Difference' to seller's account and/or cancellation of contract at purchaser's option."

58. On information and belief when grain was delivered to Consolidated Grain in West Memphis, separate grading took place, before the rice was loaded into barges, and inspection reports were issued to KBX as the customer and

reflecting the farmers name. Copies of these reports as they pertain to the rice delivered by the Plaintiffs will be obtained through discovery.

59.    The vast majority of the rice was delivered to Consolidate Grain in West Memphis. See **Exhibit 11** which are contemporaneously maintained records of the Plaintiffs identifying the place of delivery. The rice was loaded onto barges for the benefit of KBX.

60.    The Grain Contracts state, in part, as follows, "At the time of delivery, any rice that does not meet the criteria continued [sic] herein, is subject to rejection, delayed shipping periods, alternate destination, or adjustment at purchaser's option."

61.    Some of the Plaintiffs' rice was diverted to an alternate destination (hereinafter referred to as the "diverted rice") by KBX pursuant to the terms of the Grain Contracts.

62.    The diverted rice was delivered to alternate destinations, pursuant to the terms of the Grain Contracts, including but not limited, to Windmill Mill in Jonesboro.

63.    Windmill received and accepted the rejected rice.

64.    On information and belief, some of the diverted rice was subsequently reloaded with rice which had been previously inspected as quality and delivered to the barges.

65.    Upon acceptance of the rejected rice, the Windmill issued payment for the diverted rice directly to KBX even though in some instances the account is designated as a "Turner Grain Account."

66.    This relationship further evidences the existence of an agency relationship between Turner Grain (agent) and KBX (principal).

67.    KBX accepted the benefit of the payments from the mills.

68.    The Grain Contracts state, in part, as follows, "Payment process from purchaser of grain will begin upon completion of contract."

69.    The Grain Contracts state, in part, as follows, "Weights, grades and milling yield will be determined by purchaser."

70.    KBX caused to be determined the weights, grades and milling yield for each of the Grain Contracts, thus further evidencing that they were the purchaser under the Farmers Grain Contracts.  KBX received the benefit and accepted the information provided to KBX regarding the weights, grades and milling yield of the farmers' rice.  Turner Grain made no decisions and did not gather information for the benefit of Turner Grain or the farmers regarding the weights, grades and milling yield of the farmers' rice.

71.    KBX was the purchaser of the rice identified in the Sky Ranch Contract, as negotiated through KBX's broker, Turner Grain.

72.    KBX was the purchaser of the rice identified in the Ricky Posey_ Contract, as negotiated through its KBX's broker, Turner Grain.

14

73.    KBX was the purchaser of the rice identified in the Joe Ray Melvin Contract, as negotiated through KBX's broker, Turner Grain.

74.    KBX was the purchaser of the rice delivered by Melvin Farms.

75.    As the purchaser under the Grain Contracts, KBX owes the Plaintiffs payment pursuant to the terms of each of the Grain Contracts and the Melvin Farms open account.

76.    KBX was informed as early as 2011 or 2012 that Turner Grain, Jason Coleman and other members of Turner Grain were offering farmers prices above what KBX claimed was being offered to other brokers. KBX, having said knowledge, continued to assist and facilitate Jason Coleman and Turner Grain, Inc.'s activities which would constitute a Ponzi Scheme perpetrated upon farmers, including but not limited to the plaintiffs herein.

77.    KBX knew of intentional fraudulent activities and the resulting financial distress of Turner Grain Merchandising, Turner Grain, Jason Coleman and Dale Bartlett, yet KBX continued to allow Turner Grain to broker contracts on behalf of KBX as purchaser. Further, KBX continued to accept the benefits of Turner Grain's actions to broker rice purchases on KBX's behalf from farmers, including the plaintiffs. KBX knew of the intentional fraudulent activities and the resulting financial distress of Turner Grain, Jason Coleman and Dale Bartlett prior to each of the Grain Contracts being executed. Some of the emails evidencing the previous allegations in this paragraph have previously been referenced herein and

15

are attached hereto and incorporated by reference as **Exhibit 4, Exhibit 5** and **Exhibit 6.**

78.    KBX's failure to inform the plaintiffs of the questionable activities and financial distress of Turner Grain, Jason Coleman, and Dale Bartlett resulted in damages to the farmers.

79.    Specifically, on or about August 13, 2014, Shay Sebree (an employee of KBX), disclosed that KBX had stopped paying Turner Grain and would not be paying them anything else until things were sorted out.

80.    KBX, by accepting and receiving the benefits of the Grain Contracts, including the Sky Ranch Contract, the Ricky Posey Contract and the Joe Ray Melvin Contract are obligated to pay the Plaintiffs.

81.    KBX has failed and refused to pay the Plaintiffs despite delivery of the rice pursuant to the Grain Contracts and demand for payment thereof.

82.    KBX is wrongfully possessing or has wrongfully dispossessed the funds that are the property of the Plaintiffs.

83.    KBX was not a buyer in the ordinary course of business or a good faith purchaser of the farmers' rice.

84.    Because they failed to provide value and had notice of the fraudulent conduct by Turner Grain, KBX was not a bona fide purchaser of the farmers' rice.

85.    KBX took voidable title to the Plaintiffs' rice.

86.    KBX is liable for payment to each of the Plaintiffs.

16

87.    There is evidence that, Agribusiness, Ivory Rice, Neauman Coleman, Neauman Coleman & Co. LLC, Jason Coleman, among others shared, exchanged and/or commingled funds and other assets on a regular basis in such a manner to pierce the corporate veil and act as an implied partnership, rather than a corporation or other entity.  Upon piercing of the corporate veil, the general partnership would include Jason Coleman, Dale Bartlett, Christopher Taylor, and Neauman Coleman.

88.    The acts, as set forth herein, of the general partners are attributable to each of the other general partners.  Any liability created by the acts, as set forth herein, of the general partners created financial liability, jointly and severally, as to each of the general partners.

89.    Jason Coleman and others entered into contracts using a pre-printed form with the name of Turner Grain, Inc., which does not exist, while acting as the broker for KBX as principal and purchaser in the Grain Contracts.

90.    Jason Coleman, Neauman Coleman, and others, have used various names and entity names, including but not limited to Agri-Petroleum Sales, L.L.C., Agribusiness Properties, LLC, Brinkley Truck Brokerage, LLC, Coleman Transportation, LLC, Ivory Rice, LLC, LJTC, L.L.C., NEA Truck Brokers, LLC, Turner Commodities, Inc., Coleman Duck Club, LLC, Turner North, LLC, Rice Arkansas, Inc., Rice America, Inc., Neauman Coleman & Co – LLC, Turner Grain Merchandising, Inc. and Turner Grain, Inc. d/b/a Turner Grain (hereinafter referred to as the "alter egos").

17

91.     Jason Coleman, Dale Bartlett, and Neauman Coleman interchangeably used one or more of the alter egos, or some unauthorized fictitious name similar to the company name, to move money and create "expenses" to move money among the various interrelated, and alter ego, companies despite not following the corporate form while transacting with these "separate" entities.

92.     Jason Coleman, Dale Bartlett, and Neauman Coleman used the funds of Turner Grain and the alter egos to pay private debts.

93.     Jason Coleman, Dale Bartlett, and Neauman Coleman failed to keep separate corporate books and records for Turner Grain and alter egos.

94.     Jason Coleman, Dale Bartlett, and Neauman Coleman failed to observe corporate formalities, by failing to hold meetings and failing to conduct business by corporate resolutions, on behalf of Turner Grain and the alter egos.

95.     Agribusiness, Ivory Rice and Neauman Coleman & Co., LLC are alter egos of Turner Grain, Jason Coleman and Neauman Coleman and are affiliated entities by common ownership, common control, or other interrelated activities. The alter egos appear to be separate and distinct corporations, partnerships and limited liability companies but are in fact mere alter egos of various combinations of Jason Coleman, Dale Bartlett, Christopher Taylor and Neauman Coleman that were used to create an appearance that these entities were separate companies when in actuality they were not conforming to the corporate form.

96.     Payments towards expenses incurred by one of the alter ego companies were frequently paid by another one of the alter ego companies, with no reciprocal

invoices, expense notes, or account credits/debits from either entity involved in the transaction.

97.    In some cases, the employees and/or contractors for Turner Grain, , were paid out of the personal funds of Jason Coleman and his wife.

98.    The acts and conduct of Jason Coleman, Dale Bartlett, Christopher Taylor, and Neauman Coleman caused harm to the Plaintiffs such that the protection of the corporate shield would result in a basic injustice to the farmers and, therefore, should be disregarded.

99.    Jason Coleman and Neauman Coleman should be ordered to respond to the damage that they have caused to the Plaintiffs.

100.    Beginning at the latest in 2012, Turner Grain began quoting above market prices to farmers and represented that they had contracts from KBX to guarantee said prices.  During the course of this scheme, Turner Grain brokered virtually all of the grain for delivery to the buyer, who was made known to be KBX. KBX had knowledge that Turner Grain was quoting prices to farmers above what KBX had offered.  Despite this knowledge, KBX accepted the benefits of the fraudulent contracts, including but not limited to an increase in the market share obtained by Turner Grain through these practices, and failed to warn any of the rice farmers of the scheme in which KBX and Turner Grain were participating.

101.    The rice farmers, including Plaintiffs, who agreed to allow Turner Grain to broker their grain toward the end of Turner Grain's scheme to defraud and received no payments form KBX, or anyone else.

19

102. The property of the Plaintiffs has been taken by deception and fraud, thus all of the actors that obtained the rice from the farmers by deception and fraud are the equivalent of a thief. A thief cannot obtain good title to illegally obtained property, cannot be a good faith purchaser, and any resale or transfer of the property does not give any subsequent holder of the property good title nor can they become bona fide or good faith purchasers.

<div align="center">

### COUNT I

### BREACH OF CONTRACT BY K.B.X., INC.

</div>

103. Plaintiffs reallege and incorporate herein each and every paragraph contained in Paragraphs 1 through 102 of this Complaint.

104. The transactions that plaintiffs agreed to enter into with KBX through its broker, Turner Grain, were initiated, negotiated and agreed to in the same manner as set forth in the preceding portions of this Complaint.

105. Plaintiff, Sky Ranch Farms, delivered 125,129.73 bushels of Rice for the benefit of KBX pursuant to the Sky Ranch Contract between July 22, 2014 and July 26, 2014 for a total purchase price of $934,933.87. See **Exhibit 12.**

106. Plaintiff, Ricky Posey, delivered 8,916 bushels of rice for the benefit of KBX pursuant to the Ricky Posey Contract between July 23 and July 24, 2014 for a total purchase price of $65,962.73. **See Exhibit 13.**

107. Plaintiff, Joe Ray Melvin, delivered 7,182 bushels for the benefit of KBX pursuant to the Joe Ray Melvin Contract on July 23, 2014 for a total purchase price of $53,381.09. See **Exhibit 14.**

108.    Plaintiff, Melvin Farms delivered 950.57 bushels of rice for the benefit of KBX at market price on July 30, 2014.  See **Exhibit 15.**

109.    On October 3, 2014, Plaintiffs made demand upon KBX for payments. See **Exhibit 16.**

110.    KBX had obligations under the Grain Contracts to pay the farmers, Plaintiffs directly or through its payment agent, Turner Grain, after the rice had been delivered by the Plaintiffs for the benefit of KBX.

111.    The Plaintiffs performed all of their obligations under the Grain Contracts.

112.    KBX failed to fulfill its obligations under the Grain Contracts to pay the Plaintiffs for the delivery of the rice.

113.    The failure of KBX to fulfill its obligations under the Grain Contracts was a material breach of the Grain Contracts.

114.    KBX's material breach of the Grain Contracts has caused damage to Plaintiffs which exceed the minimum sum of money required for federal court jurisdiction in diversity of citizenship cases.

115.    Each of the plaintiffs are entitled to recover damages over and against KBX for breach of contract in an amount that exceeds the minimum sum of money required for federal court jurisdiction in diversity of citizenship cases, including attorney's fees and costs pursuant to Ark. Code Ann. Section 16-22-308.

## COUNT II
## RICE DELIVERED SUBJECT TO SECURITY INTEREST
## OF THE COMMODITY CREDIT CORPORATION AND AG HERITAGE

116.    Plaintiffs reallege and incorporate herein each and every paragraph contained in Paragraphs 1 through 114 of this Complaint.

117.    The rice delivered for the benefit of KBX was subject to security interests in favor of AG Heritage Farm Credit ("AG Heritage") and the Commodity Credit Corporation (the "CCC") of the United States Department of Agriculture.

118.    Notice of the security interest of AG Heritage was given to Erwin-Keith, KBX's affiliate corporation and alter ego.  Notice of the CCC's security interest was given to KBX's agent, Turner Grain, pursuant to the Food Security Act, .7 U.S.C. 1631.

119.    KBX took the rice subject to the CCC's security interest and, to the extent applicable, the security interest of AG Heritage.  Upon information and belief, KBX resold the rice subject to the security interests and is now bound to pay the secured parties.

120.    Alternatively, KBX's sale of the rice subject to the security interests constitutes conversion as set forth below.

22

## COUNT III
## CONVERSION BY K.B.X., INC.

121.    Plaintiffs reallege and incorporate herein each and every paragraph contained in Paragraphs 1 through 120 of this Complaint.

122.    The Plaintiffs are entitled to possession of the funds generated by the sale of the rice pursuant to the Grain Contracts.

123.    The Plaintiffs delivered rice to KBX in the manner and times contained in the Grain Contracts but have not been paid for their rice by KBX.

124.    KBX has refused and failed to pay to the Plaintiffs what is owed to the Plaintiffs.

125.    KBX exercised dominion and control over the Plaintiffs' property inconsistent with the Plaintiffs' rights and the rights of the secured parties..

126.    KBX's exercise of dominion and control over the Plaintiffs' property is inconsistent with the Plaintiffs' rights and was intentional and for the purpose of violating the Plaintiffs' rights to that property.

127.    KBX obtained the Plaintiffs' rice with the actual or constructive knowledge that the rice was subject to security interests in favor of AG Heritage and CCC and neither the secured parties nor the Plaintiffs would be paid for rice, but despite this knowledge KBX retained the benefits of the Plaintiffs' rice and refused to pay the Plaintiffs the money equivalent for their property.

128.    KBX has converted the property owned by the Plaintiffs.

129.    KBX's conversion of the Plaintiffs' rice has proximately caused damage to the Plaintiffs' in an amount of not less than $1,100,000.00.

23

130.    Sky Ranch Farms, together with its partners, is entitled to recover damages in the amount of $934,933.87 arising from KBX's conversion of its rice.

131.    Ricky Posey is entitled to recover damages in the amount of $65,962.73 arising from KBX's conversion of his rice.

132.    Joe Ray Melvin, is entitled to recover damages in the amount of $53,381.09 arising from KBX's conversion of his rice.

133.    Melvin Farms is entitled to recover payment for 950.57 bushels of rice market price on July 30, 2014.

134.    Further each of the Plaintiffs are entitled to recovery as incidental damages the sums of interest they have paid as a result of KBX's failure to pay the secured creditors.

135.    Additionally, each of the Plaintiffs are entitled to recover punitive damages against KBX for conversion in an amount that exceeds $500,000.00.

<div align="center">

**COUNT IV**
**IN THE ALTERNATIVE**
**BREACH OF CONTRACT BY ALL OTHER DEFENDANTS**

</div>

136.    Plaintiffs reallege and incorporate herein each and every paragraph contained in Paragraphs 1 through 135 of this Complaint.

137.    In the event the Court determines that KBX fulfilled all of its obligations under the Grain Contracts, or that it had no obligations under the Grain Contracts, Plaintiffs make the below allegations in the alternative.

138.    Turner Grain, through its partners Jason Coleman, and Neauman Coleman individually as partners in Turner Grain, or its alter egos and through the

<div align="center">24</div>

use of the alter egos, Agribusiness, Ivory Rice and Neauman Coleman & Co., LLC, had obligations under the Grain Contracts to pay each of the farmers the sum of money contained in the Grain Contract as paid by the purchaser.

139.    The Plaintiffs performed all of their obligations under the Grain Contracts.

140.    Turner Grain, through its partners individually or through the use of the alter egos, failed to fulfill their obligations under the Grain Contracts.

141.    The failure of Turner Grain, through its partners, individually or through the use of the alter egos, to fulfill their obligations under the Farmers Grain contracts was a material breach of the Grain Contracts.

142.    Turner Grain, through its partners through its partners individually or through the use of the alter egos, failure to pay the farmers constitutes a material breach of the Grain Contracts which has proximately caused damage to plaintiffs in an amount that exceeds the minimum sum of money required for federal court jurisdiction in diversity of citizenship cases.

143.    Sky Ranch Farms, together with its partners, is entitled to recover damages in the amount of $934,933.87.

144.    Ricky Posey is entitled to recover damages in the amount of $65,962.73.

145.    Joe Ray Melvin, is entitled to recover damages in the amount of $53,381.09.

146.   Melvin Farms is entitled to recover payment for 950.57 bushels of rice market price on July 30, 2014.

147.   Further the Defendants are including attorney's fees and costs pursuant to Ark. Code Ann. Section 16-22-308.

## COUNT V

### IN THE ALTERNATIVE
### CONVERSION BY ALL OTHER DEFENDANTS

148.   Plaintiffs reallege and incorporate herein each and every paragraph contained in Paragraphs 1 through 147 of this Complaint.

149.   In the even the Court determines that KBX did not convert the Plaintiffs' rice, the following allegations are pled against all other defendants named herein.

150.   The Plaintiffs are entitled to possession of the funds generated by the sale of the rice pursuant to the Grain Contracts.

151.   The Plaintiffs have delivered rice to the defendants in the manner and times called for by the Grain Contracts, but have not been paid for their rice by the defendants.

152.   The defendants have refused and failed to pay to the Plaintiffs what is owed to them.

153.   The defendants exercised dominion and control over the farmers' property inconsistent with the Plaintiffs' rights.

154.    The defendants' exercise of dominion and control over the Plaintiffs' property inconsistent with the Plaintiffs' rights was intentional and was for the purpose of violating the Plaintiffs' rights to that property.

155.    The defendants obtained the Plaintiffs' rice with the actual or constructive knowledge that the Plaintiffs' would not be paid for their property, but despite this knowledge the defendants have kept the benefits of the farmers' rice and refused to pay the farmers the money equivalent for their property.

156.    The defendants have converted the property owned by the Plaintiffs.

157.    The defendants' conversion of the value of the Plaintiffs' rice has proximately caused damage to the plaintiffs in the amounts set forth above.

158.    Plaintiffs are entitled to recover damages over and against the defendants, jointly and severally, for conversion in an amount that exceeds the minimum sum of money required for federal court jurisdiction in diversity of citizenship cases, including attorney's fees and costs.

159.    Plaintiffs are entitled to recover compensatory damages over and against the defendants, jointly and severally, for conversion in an amount that exceeds the minimum sum of money required for federal court jurisdiction in diversity of citizenship cases, including attorney's fees and costs.

160.    Plaintiffs are entitled to recover punitive damages over and against the defendants, jointly and severally, for conversion in an amount not less than $500,000.00.

## COUNT VI

## FRAUD

161.    Plaintiffs reallege and incorporate herein each and every paragraph contained in Paragraphs 1 through 160 of this Complaint.

162.    Defendants made false representations of a material fact in that defendants represented that they were able to pay under the terms of the Grain Contracts and to pay for the rejected rice.

163.    Defendants either knew or believed that the representations made to Plaintiffs were false.

164.    Defendants used the promises under the fraudulent Grain Contracts to induce the plaintiffs to sign the Grain Contracts and ultimately deliver the rice.

165.    Plaintiffs justifiably relied upon the representations in agreeing to the terms of the Grain Contracts and delivering the rice.

166.    As a proximate cause of the fraudulent representations made by defendants, Plaintiffs sustained damages.

167.    Plaintiffs are entitled to recover damages over and against defendants, jointly and severally, in an amount that exceeds the minimum sum of money required for federal court jurisdiction in diversity of citizenship cases, including attorney's fees and costs.

168.    Plaintiffs are entitled to recover punitive damages over and against the defendants, jointly and severally, for conversion in an amount not less than $500,000.00.

## COUNT VII
## IN THE ALTERNATIVE, CONSTRUCTIVE FRAUD

169.    Plaintiffs reallege and incorporate herein each and every paragraph contained in Paragraphs 1 through 168 of this Complaint as though set forth in this Count VII word for word.

170.    In the event the Court determines that actual fraud was not committed, the following allegations are pled against all defendants named herein.

171.    Defendants made false representations of a material fact in that Defendants represented that they were able to pay under the terms of the Plaintiffs' Grain Contracts.

172.    Defendants either knew or believed that the representations made to plaintiffs were false or did not know the truthfulness of their representations that would have allowed them to assert them as truthful.

173.    KBX had a duty, to the Plaintiffs, to speak as to its knowledge and involvement in the scheme to defraud being conducted upon farmers in Arkansas and elsewhere, including the Plaintiffs herein.

174.    Irrespective of the moral guilt of defendants, their fraudulent representations deceived Plaintiffs.

175.    Defendants used the promises under the fraudulent Farmers Grain Contracts to induce the Plaintiffs to sign the Grain Contracts and ultimately deliver the rice.

176.    Plaintiffs justifiably relied upon the representations in agreeing to the terms of the Grain Contracts and delivering the rice.

177.   As a proximate cause of the fraudulent representations made by defendants, Plaintiffs sustained damages.

178.   Plaintiffs are entitled to recover damages over and against defendants, jointly and severally, in the amounts set forth herein.

179.   Plaintiffs are entitled to recover punitive damages over and against the defendants, jointly and severally, for conversion in an amount not less than

## COUNT VIII
## IN THE ALTERNATIVE, THEFT BY DECEPTION

180.   Plaintiffs reallege and incorporate herein each and every paragraph contained in Paragraphs 1 through 179 of this Complaint.

181.   In the alternative, should it be found that there is no agency relationship between KBX and any or all of the other defendants, this count is pled as stated below.

182.   The defendants knew that Turner Grain would not be able to get its principal, KBX, to pay the rates promised to the farmers at the time they accepted delivery of the rice on behalf of KBX as purchaser.

183.   The defendants were all contributing to and participating in a Ponzi Scheme.

184.   Plaintiffs have sustained damages as a proximate result of the acts of defendants and should be awarded damages over and against defendants, jointly and severally, in the amounts set forth above.

185.    Plaintiffs are entitled to recover punitive damages over and against the defendants, jointly and severally, for conversion in an amount not less than $500,000.00.

## COUNT X
## CIVIL CONSPIRACY

186.    Plaintiffs reallege and incorporate herein each and every paragraph contained in Paragraphs 1 through 185 of this Complaint.

187.    A civil conspiracy is a group of two or more persons acting together to achieve an unlawful objective or to achieve a lawful objective by unlawful or criminal means.  There must also be some unlawful or tortious act committed by at least one of the parties to carry out the objectives of the conspiracy.

188.    Defendants knowingly entered into a conspiracy to defraud Plaintiffs and other farmers in Arkansas and elsewhere.

189.    Defendants knowingly entered into a conspiracy to convert the Plaintiffs' property.

190.    One or more of the defendants has committed an overt act in furtherance of the conspiracy.

191.    The defendants intended to cause harm or damages to the Plaintiffs in conspiring to participate in the fraudulent activities.

192.    Plaintiffs have sustained damages as a proximate result of the acts of defendants and should be awarded damages over and against defendants, jointly and severally, in the amounts set forth above.

193.    Plaintiffs are entitled to recover punitive damages over and against the defendants, jointly and severally, for conversion in an amount not less than $500,000.00.

<div align="center">

**COUNT XI**
**UNJUST ENRICHMENT**

</div>

194.    Plaintiffs reallege and incorporate herein each and every paragraph contained in Paragraphs 1 through 186 of this Complaint.

195.    The defendants have been unjustly enriched to the detriment of the Plaintiffs.

196.    Each of the defendants has received something of value to which they are not entitled and which they must restore to the Plaintiffs.

197.    Each of the defendants has knowingly and intentionally committed overt acts to unjustly enrich themselves to the detriment of the Plaintiffs.

198.    Plaintiffs are entitled to recover damages from defendants, jointly and severally, in an amount that exceeds the minimum sum of money required for federal court jurisdiction in diversity of citizenship cases, including attorney's fees and costs.

199.    Plaintiffs are entitled to recover punitive damages over and against the defendants, jointly and severally, in an amount that exceeds the minimum sum of money required for federal court jurisdiction in diversity of citizenship cases.

<div align="center">

**DAMAGES AND PRAYER FOR RELIEF**

</div>

200.    Plaintiffs, Sky Ranch Farms Partnership, Ricky Posey, individually and as a partner in Sky Ranch Farms Partnership, Nicole Posey, as a partner in

<div align="center">32</div>

Sky Ranch Farms Partnership, Joe Ray Melvin, Melvin Farms Partnership, Larry Melvin and Patricia Melvin as partners in Melvin Farms Partnership have been damaged by the acts of the defendants and should be awarded damages over and against defendants, jointly and severally, in the following amounts:

a. Sky Ranch Farms, together with its partners, is entitled to recover damages in the amount of $934,933.87;

b. Ricky Posey is entitled to recover damages in the amount of $65,962.73;

c. Joe Ray Melvin, is entitled to recover damages in the amount of $53,381.09; and .

d. Melvin Farms is entitled to recover payment for 950.57 bushels of rice market price on July 30, 2014.

201.    Additionally, Plaintiffs each are entitled to attorney's fees, costs and punitive damages, in an amount not less than $500,000.00.

202.    Plaintiffs ask for an accounting from the defendants as to the funds received by each of the defendants, funds owed to the plaintiffs and any of the other defendants, and to require a disgorgement of any and all monies and funds and property in the possession or control of the defendants arising from the facts and circumstances of this case.

203.    Plaintiffs ask for an Order restraining the defendants from disposing of any records, receipts and other written documentation pertaining to the events described herein.

204.    Plaintiffs reserve the right to amend this Complaint at a later time with additional facts and claims.

205.    Plaintiffs, pursuant to Rule 30 of the Arkansas Rules of Civil Procedure demand a jury trial on all factual issues.

WHEREFORE, the Plaintiffs, Sky Ranch Farms Partnership, Ricky Posey, individually and as a partner in Sky Ranch Farms Parnership, Nicole Posey, as a partner in Sky Ranch Farms Partnership, Joe Ray Melvin, Melvin Farms Partnership, Larry Melvin and Patricia Melvin as partners in Melvin Farms Partnership, pray that they be awarded judgment as set forth herein and for all other relief to which they are entitled.

Respectfully submitted,

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX:    (501) 376-9442
E-MAIL: ccoleman@wlj.com
        ktucker@wlj.com

By: _Kimberly W. Tucker_

Charles T. Coleman (80030)
Kimberly Wood Tucker (83175)
*Attorneys for Plaintiffs*

**Law Clerk2**

> EXHIBIT
> 1

| | |
|---|---|
| From: | Chris Taylor [ctaylor-0479@sbcglobal.net] |
| Sent: | Friday, March 23, 2012 10:56 AM |
| To: | Michael Keith |
| Cc: | Jason Coleman; Dale Bartlett; Candice Gregory |
| Subject: | Re: Grade Sheets at Consolidated Barge & Grain |

Michael / Shay / Dottie:

Just trying to touch base with you again on the message that I sent yesterday. I am still needing the grade summary sheets for all of the CGB Barges loaded with Turner Grain on them.

We also need backups and grade summaries for the following barges:

SCF243318
SCF22868
SCF261338

Thanks,
Chris Taylor
Turner Grain Merchandising

---

From: **Chris Taylor**
Sent: Thursday, March 22, 2012 10:32 AM
To: **Shay Sebree ; Michael Keith**
Cc: **Dale Bartlett ; Jason Coleman ; Candice Gregory**
Subject: Grade Sheets at Consolidated Barge & Grain

Shay / Michael:

If at all possible, can you send us grade sheets for all medium grain barges loaded at CGB in West Memphis that Turner Grain loads went on. We have some large variations for grades on particular farmers. We just need to make sure the loads and grades are issued correctly to the farmers.

Please feel free to call with any questions.

Thanks,

Chris Taylor
Turner Grain Merchandising

---

**Law Clerk2**

| | |
|---|---|
| From: | Chris Taylor [ctaylor-0479@sbcglobal.net] |
| Sent: | Friday, March 23, 2012 12:54 PM |
| To: | Michael Keith |
| Cc: | Shay Sebree; Dottie Morrison; Jason Coleman; Dale Bartlett; Candice Gregory |
| Subject: | Re: Grade Sheets at Consolidated Barge & Grain |

No. I just need to see what is making the grades so erratic from one barge to the next on each farmer. I need to make sure that each farmer is receiving the premium / discount that there rice brought. The way we are seeing it right now, a certain farmer can be the difference between a 55 miller and a 58 miller. If we see individual loads instead of barge average, I can pay the farmer what they deserve for there rice.

Thanks,
CT



Chris,
Do you want to appeal some grades?

---

From: Chris Taylor [mailto:ctaylor-0479@sbcglobal.net]
Sent: Friday, March 23, 2012 10:56 AM
To: Shay Sebree; Michael Keith; Dottie Morrison
Cc: Jason Coleman; Dale Bartlett; Candice Gregory
Subject: Re: Grade Sheets at Consolidated Barge & Grain

Michael / Shay / Dottie:

Just trying to touch base with you again on the message that I sent yesterday, I am still needing the grade summary sheets for all of the CGB Barges loaded with Turner Grain on them.

We also need backups and grade summaries for the following barges:

SCF24331B
SCF22868
SCF261338

Thanks,
Chris Taylor
Turner Grain Merchandising



Shay / Michael:

If at all possible, can you send us grade sheets for all medium grain barges loaded at CGB in West Memphis that Turner Grain loads went on. We have some large variations for grades on particular farmers. We just need to make sure the loads and grades are issued correctly to the farmers.

Please feel free to call with any questions.

Thanks,

Chris Taylor
Turner Grain Merchandising

KBX/SR 1435

---

Law Clerk2

| | |
|---|---|
| From: | Chris Taylor [ctaylor-0479@sbcglobal.net] |
| Sent: | Monday, March 26, 2012 1:26 PM |
| To: | Michael Keith; Shay Sabree; Dottie Morrison |
| Cc: | Jason Coleman; Candice Gregory; Dale Bartlett |
| Subject: | Fw: Grade Sheets at Consolidated Barge & Grain |

Michael / Shay / Dottie:

Just touching base with you again on the forwarded message below. I am still in bad need of the barges listed below and I need to add some the the list. Please see the following for barges that I need backups and grade summaries on:

From last weeks message and today's updated list:

Barges:

SCF24331B
SCF22868
SCF26113B
SCF24311B
SCF36876

The loads on these barges have been delivered now for right at 2 weeks. I have a bunch of folks getting ready for a pay day. Please get with me as soon as you can. I will follow up with a phone call after lunch.

Thanks,
Chris Taylor
Turner Grain Merchandising
870-784-4747
870-319-9191

From: Chris Taylor
Sent: Friday, March 23, 2012 10:56 AM
To: Shay Sabree ; Michael Keith ; Dottie Morrison
Cc: Jason Coleman ; Dale Bartlett ; Candice Gregory
Subject: Fw: Grade Sheets at Consolidated Barge & Grain

Michael / Shay / Dottie:

Just trying to touch base with you again on the message that I sent yesterday. I am still needing the grade summary sheets for all of the CGB barges loaded with Turner Grain on them.

We also need backups and grade summaries for the following barges:

SCF24331B
SCF22868

1

KBX/SR 1441

SCF261138

Thanks,
Chris Taylor
Turner Grain Merchandising

From: Chris Taylor
Sent: Thursday, March 29, 2012 10:32 AM
To: Shay Sabree ; Michael Keith
Cc: Dale Bartlett ; Jason Coleman ; Candice Gregory
Subject: Grade Sheets at Consolidated Barge & Grain

Shay / Michael:

If at all possible, can you send us grade sheets for all medium grain barges loaded at CGB in West Memphis that Turner Grain loads went on. We have some large variations for grades on particular farmers. We just need to make sure the loads and grades are issued correctly to the farmers.

Please feel free to call with any questions.

Thanks,

Chris Taylor
Turner Grain Merchandising

---

Law Clerk2

| | |
|---|---|
| From: | Chris Taylor [xtaylor-0479@sbcglobal.net] |
| Sent: | Tuesday, March 27, 2012 2:49 PM |
| To: | Shay Sabree |
| Cc: | Jason Coleman |
| Subject: | Re: Barge SCF 261138 |

Anything?



Shay

If at all possible, so I can get some settlements issued out, can you send the milling information for barge SCF 261138, per our phone conversation. If you can, also include at what rate these loads will be paid at.

Thanks,
Chris Taylor

KBX/SR 1442

KBX/SR 1484

Law Clerk2

| From: | Candice Gregory [turnergrain@sbcglobal.net] |
|---|---|
| Sent: | Monday, September 10, 2012 3:53 PM |
| To: | Shay Sebree |
| Subject: | Re: PRM |

If I can get the milling on them, I will go ahead and settle up with him.

Candice Gregory

Turner Grain Merchandising, Inc.

Phone: 870-752-0406

Fax: 870-734-4748

From: Shay Sebree <ssebree@klx-rice.com>
To: Candice Gregory <turnergrain@sbcglobal.net>
Cc: Dale Bartlett <dbartlett72366@yahoo.com>; Jason Coleman <jasoncoleman@sbcglobal.net>
Sent: Mon, September 10, 2012 3:39:31 PM
Subject: RE: PRM

You have everything I have. I know I have more loads up there, but they haven't sent them to me yet. As soon as I get them I will forward.

From: Candice Gregory [mailto:turnergrain@sbcglobal.net]
Sent: Monday, September 10, 2012 3:32 PM
To: Shay Sebree
Cc: Dale Bartlett; Jason Coleman
Subject: PRM

Can you send me any unsettled loads at PRM in Stuttgart as soon as possible?

Thanks,

Candice Gregory

Turner Grain Merchandising, Inc.

Phone: 870-752-0406

Fax: 870-734-4748

KBX/SR 1593

---

Law Clerk2

| From: | Shay Sebree |
|---|---|
| Sent: | Monday, December 31, 2012 10:37 AM |
| To: | jasoncoleman@sbcglobal.net; turnergrain@sbcglobal.net; dbartlett72366@yahoo.com |
| Subject: | P-2002 Daily Totals.xlsx |
| Attachments: | P-2002 Daily Totals.xlsx |

Sorry, I thought these had already been settled and backup sent.

KBX/SR 1812

**Law Clerk2**

| | |
|---|---|
| From: | Shay Sebree |
| Sent: | Monday, December 31, 2012 10:36 AM |
| To: | 'Candice Gregory' |
| Subject: | RE: ? |

Just sent them. I thought those had already been settled and backup sent.

From: Candice Gregory [mailto:turnergrain@sbcglobal.net]
Sent: Monday, December 31, 2012 10:31 AM
To: Shay Sebree
Subject: ?

Got any loads Producers 12/12/12? Arrowhead Farms II?

*Candice Gregory*
*Turner Grain Merchandising, Inc.*
*Phone: 870-734-4747*
*Fax: 870-734-4748*

KBX/SR 1816

---

**Law Clerk2**

| | |
|---|---|
| From: | gale@turnergrain.com |
| Sent: | Tuesday, April 16, 2013 11:40 AM |
| To: | Shay Sebree |
| Subject: | Producers Settlement 18146 |

Shay,

Hey,
I know that you have already sent the backup to settlement 18146 for Producers to Candice but her email has been crazy the last couple of weeks.. So can you please resend the back up.

Thank you so much,

Gale Hamrick
Turner Grain Merchandising, Inc.
Office # (870)734-4747
Fax # (870)734-4748

KBX/SR 2184

Law Clerk2

| | |
|---|---|
| From: | Shay Sebree |
| Sent: | Wednesday, September 25, 2013 9:28 AM |
| To: | 'Gale Hamrick' |
| Subject: | RE: Corn Settlement |

Thanks Gale. I know you will take care of me. It's those others you have to watch with both eyes...:)

From: Gale Hamrick [mailto:gale@turnergrain.com]
Sent: Wednesday, September 25, 2013 9:14 AM
To: Shay Sebree
Subject: RE: Corn Settlement

Shay,

Dale and Jason are out of the office this morning, as soon as they get back I will ask them. I do not have access to the check register to see if it has been done. I have attached the copy of the settlement for you. I am sorry I was told it was told that it would be done yesterday but you know how people are. ☺

Thank you,
Gale Hamrick
Turner Grain Merchandising, Inc.
(Office) 870-734-4747
(Fax) 870-734-4748
gale@turnergrain.com

From: Shay Sebree [mailto:sabree@lte-rbx.com]
Sent: Wednesday, September 25, 2013 8:49 AM
To: gale@turnergrain.com
Subject: Corn Settlement

Hey Gale!

Was the corn settlement sent yesterday? Also, can you email me a copy of the backup so I can have everything settled in the system when the check arrives?

Thanks!

Shay

KBX/SR 2491

---

Law Clerk2

| | |
|---|---|
| From: | Gale Hamrick [gale@turnergrain.com] |
| Sent: | Thursday, July 31, 2014 9:12 AM |
| To: | 'Chris Taylor'; Shay Sebree; Michael Keith; Dottie Morrison |
| Cc: | 'Jason Coleman'; jason@TURNERGRAIN.COM; dbartlett72365@yahoo.com; olivia@turnergrain.com |
| Subject: | RE: Turner Grain Barge Backups (Settlement & Itemized Milling Backups) Several Barges!!!! Need ASAP!!!! |

Hey Can ONE of you PLEASE send me the BARGE information that is listed below!!!!!

I CAN NOT do my job without it... I have got farmers calling me and are very upset with me because I can't give them the information that they need...

I need this ASAP.....

Thanks

Gale Hamrick
Office Manager
Turner Grain Merchandising, Inc.
(Office) 870-734-4747
(Mobile) 870-318-7652
(Fax) 870-734-4748
gale@turnergrain.com

From: Chris Taylor [mailto:chris@turnergrain.com]
Sent: Tuesday, July 29, 2014 11:57 AM
To: ssebree@lte-rbx.com; Michael Keith
Cc: gale@turnergrain.com; Jason Coleman; jason@TURNERGRAIN.COM; dbartlett72365@yahoo.com
Subject: Turner Grain Barge Backups (Settlement & Itemized Milling Backups) Several Barges!!!! Need ASAP!!!!
Importance: High

Shay / Michael,

If at all possible, please send me both the settlement backups and milling back ups for each of the barges listed below. I am sure that you guys have sent this information at some point, but that correspondence has not been forwarded to Gale or myself. With Jason being out the past couple of weeks with his health, we just need to make sure that we get all info handed down to us so that we can take care of our customers in a prompt manner. I thank you very much for your help in this matter..

Gale Hamrick:
gale@turnergrain.com

Chris Taylor
chris@turnergrain.com

KBX/SR 3213

In the future, please send any barge or mill information to the following recipients:

Jason Coleman: jasoncoleman@sbcglobal.net & jason@turnergrain.com
Dale Bartlett: dbartlett72366@yahoo.com

CC the following:  (Just need information to produce settlements to TGM customers)

Gale Hamrick:
gale@turnergrain.com
Chris Taylor
chris@turnergrain.com

Barge No.: RM1461
Date: 07/21/2014
Settlement No: 20115
Job: 140161

Barge No.: RM13578
Date: 07/21/2014
Settlement No: 20116
Job: 140161

Barge No.: RM13518
Date: 07/21/2014
Settlement No: 20117
Job: 140161

Barge No.: RM1477
Date: 07/21/2014
Settlement No: 20118
Job: 140161

Barge No.: RM1350B
Date: 07/21/2014
Settlement No: 20119
Job: 140161

Barge No.: TOUAX963B
Date: 07/23/2014
Settlement No: 20129
Job: 140161

Barge No.: RM1410B
Date: 07/24/2014
Settlement No: 20134
Job: 140161

Barge No.: XYZ3001B
Date: 06/09/2014
Settlement No: 19959
Job: 140121

Barge No.: RTI404B
Date: 05/23/2014
Settlement No: 19889
Job: 140114

Barge No.: XYZ3003B

2

KBX/SR 3214

---

Date: ?????
Settlement No: ?????
Job: ??????

Barge No.: JJMBO234B
Date: ?????
Settlement No: ?????
Job: ??????

Barge No.: XYZ111B
Date: ?????
Settlement No: ?????
Job: ??????

Please get this info to me asap.

Thank You,

Chris Taylor, Merchandiser
Turner Grain Merchandising
411 N. Main Street
Brinkley, AR 72021
(870) 734-4747
(870) 319-9191
(870) 734-4748
chris@turnergrain.com

3

KBX/SR 3215

**Law Clerk2**

| | |
|---|---|
| From: | Chris Taylor [chris@turnergrain.com] |
| Sent: | Thursday, August 07, 2014 4:56 PM |
| To: | Michael Keith; Shay Sebree |
| Cc: | Jason Coleman; jason@TURNERGRAIN.COM; gale@turnergrain.com |
| Subject: | HELLO!!! ANYONE [FWD: Need More Barge Backups ASAP] |
| Attachments: | top.letterhead; top.letterhead; top.letterhead |
| | |
| Importance: | High |

GUYS NEED BARGE INFO ON ALL COMPLETE BARGES UP TO TODAY. TAKING EXTREMELY TO LONG TO
GET PRODUCERS THERE NUMBERS!!!!

*Thank You,*

**Chris Taylor, Merchandiser**
*Turner Grain Merchandising*
*411 N. Main Street*
*Brinkley, AR 72021*
*(870) 734-4747*
*(870) 319-9191*
*(870) 734-4749*
*chris@turnergrain.com*

-------- Original Message --------
Subject: Need More Barge Backups ASAP
From: "Chris Taylor" <chris@turnergrain.com>
Date: Tue, August 05, 2014 11:46 am
To: "Michael Keith" <mkeith@kbx-rice.com>
Cc: dbartlett72366@yahoo.com, gale@turnergrain.com, "Jason Coleman"
<jasontcoleman@sbcglobal.net>, Jason@TURNERGRAIN.COM

Michael,

Need the following barges as well: (As Soon As Possible - PLEASE!)

ART 35038 B
MTC 2234
XYZ 4102
RTT 4048

*Thank You,*

KBX/SR 3218

---

**Theresa Graves**

EXHIBIT
2

| | |
|---|---|
| From: | Michael Keith |
| Sent: | Tuesday, March 13, 2012 3:44 PM |
| To: | jasontcoleman@sbcglobal.net |
| Subject: | Backup SCF 24017 |
| Attachments: | 00008001.tif |

KBX/SR 3399



**SETTLEMENT**

Date: 02/28/2013
Settlement No: 16187
Job: 120800

P.O. BOX 2880
BENTON, AR 72018-2880
PHONE 501-778-8838
FAX: 501-778-8897

Seller:
TURNER GRAIN
P. O. BOX 796
MARVELL, AR 72366

| TICKET | CWTS | GRADE | YIELD | CARRIER ID. | CONTRACT | PRICE | AMOUNT |
|--------|------|-------|-------|-------------|----------|-------|--------|
| Turner | 2,181.33 | 2 | 69 69 | SCF 34017 | 215M1/12 | 14.0045 | 30,546.62 |

| | | |
|---|---|---|
| 2,181.30 | TOTAL CWTS | 30,546.62 |
| 69.0000 | AVE. WHOLE GRAIN YIELD | 0.00 |
| 69.0000 | AVE TOTAL YIELD | 0.00 |
| 2 | AVE GRADE | 30,546.62 |
| 14.0045 | PRICE PER CWT | |

RICE TAX)

KBX/SR 3400

KBX/SR 3401

**Theresa Graves**

| | |
|---|---|
| From: | Candice Gregory <turnergrain@sbcglobal.net> |
| Sent: | Friday, July 13, 2012 2:35 PM |
| To: | Michael Keith |
| Subject: | backups |

Need backup on $504,038.13

*Candice Gregory*

*Turner Grain Merchandising, Inc.*

*Phone: 870-752-0406*

*Fax: 870-734-4748*

KBX/SR 3808

---

**Theresa Graves**

| | |
|---|---|
| From: | Michael Keith |
| Sent: | Tuesday, September 04, 2012 1:11 PM |
| To: | 'dbartlett72366@yahoo.com'; turnergrain@sbcglobal.net; jasontcoleman@sbcglobal.net |
| Subject: | Settlement 17138 and backup |
| Attachments: | DOC166001.tif |

8/28/2012

KBX/SR 3927



**KBX**
P.O. BOX 1998
BENTON, AR 72018-2960
PHONE: 501-778-8526
FAX: 501-778-6897

## SETTLEMENT

Date: 08/23/2012
Settlement No: 17133
Job: 120137

Seller:
TURNER GRAIN
P.O. BOX 736
MARVELL, AR 72366

| TICKET | CWTS | GRADE | YIELD | CARRIER ID. | CONTRACT | PRICE | AMOUNT |
|--------|------|-------|-------|-------------|----------|-------|--------|
| 34638 | 3,382.80 | 1 | 60 69 | 34638 | 777584/12 | 15.3239 | 54,896.89 |
| 35066 | 8,106.00 | 1 | 60 69 | 35066 | 772584/12 | 15.3229 | 124,207.43 |
| 35074 | 8,872.00 | 1 | 60 70 | 35074 | 777584/12 | 15.3933 | 136,271.13 |
| 35575 | 4,239.50 | 1 | 60 69 | 35575 | 777584/12 | 15.3239 | 64,966.00 |
| 36039 | 2,575.40 | 1 | 58 69 | 36039 | 777584/12 | 15.3655 | 39,314.77 |
| 35598 | 517.20 | 1 | 60 70 | 35598 | 777584/12 | 15.3933 | 7,961.12 |
| 34640 | 2,236.80 | 1 | 59 68 | 34640 | 777584/12 | 15.2236 | 34,052.15 |
| 35073 | 1,106.00 | 1 | 61 70 | 35073 | 777584/12 | 15.4028 | 17,035.95 |
| 36043 | 532.30 | 1 | 60 69 | 36043 | 777584/12 | 15.3229 | 8,154.85 |
| 39070 | 2,896.80 | 1 | 60 71 | 39070 | 777585/13 | 15.4644 | 44,810.94 |
| 35570 | 1,829.40 | 1 | 58 68 | 35570 | 777585/11 | 15.1849 | 27,787.25 |
| 36044 | 1,186.80 | 1 | 60 69 | 36044 | 777585/11 | 15.3229 | 18,315.86 |

| | | |
|---|---|---|
| 37,671.30 | TOTAL CWTS | |
| 59.7241 | AVE. WHOLE GRAIN YIELD | |
| 69.3326 | AVE. TOTAL YIELD | |
| 1 | AVE. GRADE | |
| 15.5343 | PRICE PER CWT | |

RICE TAX:

| | |
|---|---|
| | $577,807.97 |
| | 0.00 |
| | 0.00 |
| | $577,807.97 |

KBX/SR 3928

---

P-1022

**KBX**
Turner Grain
Melvin Farms Ptr

| DATE | TICKET | WEIGHT | PRM TICKET | PRM WEIGHT | CERTIFICATE | YIELD | GRADE |
|------|--------|--------|------------|------------|-------------|-------|-------|
| 8/3/2012 | 2547 | | 45547 | 555.80 | 34835 | 60-69 | 1 |
| 8/3/2012 | 2549 | | 45549 | 073.40 | | WE | |
| 8/3/2012 | 2550 | | 45550 | 555.60 | | | |
| 8/3/2012 | 2548 | | 45564 | 511.60 | | | |
| 8/3/2012 | 2561 | | 45567 | 551.20 | | | |
| 8/3/2012 | 2552 | | 45558 | 507.20 | | | |
| | | TOTAL | | 3885.80 | | | |
| 8/6/2012 | 2578 | | 45583 | 506.00 | 34936 | 60-69 | 1 |
| 8/6/2012 | 2580 | | 45595 | 514.00 | | WE | |
| 8/6/2012 | 2579 | | 45596 | 484.80 | | | |
| 8/6/2012 | 2591 | | 45597 | 545.40 | | | |
| 8/6/2012 | 2582 | | 45701 | 484.80 | | | |
| 8/6/2012 | 2583 | | 45703 | 515.20 | | | |
| 8/6/2012 | 2585 | | 45700 | 554.20 | | | |
| 8/6/2012 | 2584 | | 45711 | 520.60 | | | |
| 8/6/2012 | 2588 | | 45713 | 552.20 | | | |
| 8/6/2012 | 2528 | | 45719 | 485.00 | | | |
| 8/6/2012 | 2596 | | 45725 | 520.20 | | | |
| 8/6/2012 | 2587 | | 45726 | 518.80 | | | |
| 8/6/2012 | 2590 | | 45726 | 498.80 | | | |
| 8/6/2012 | 2591 | | 45728 | 484.20 | | | |
| 8/6/2012 | 2592 | | 45732 | 455.20 | | | |
| 8/6/2012 | 2593 | | | 540.80 | | | |
| | | TOTAL | | 8108.00 | | | |
| 8/7/2012 | 2895 | | 45735 | 585.00 | 35074 | 60-70 | 1 |
| 8/7/2012 | 2897 | | 45737 | 551.80 | | WE | |
| 8/7/2012 | 2901 | | 45738 | 551.20 | | | |
| 8/7/2012 | 2900 | | 45739 | 494.20 | | | |
| 8/7/2012 | 2598 | | 45740 | 490.60 | | | |
| 8/7/2012 | 2899 | | 45742 | 474.00 | | | |
| 8/7/2012 | 2895 | | 45744 | 476.20 | | | |
| 8/7/2012 | 2894 | | 45749 | 585.20 | | | |
| 8/7/2012 | 2902 | | 45752 | 494.80 | | | |
| 8/7/2012 | 2903 | | 45755 | 555.80 | | | |
| 8/7/2012 | 2904 | | 45758 | 534.80 | | | |
| 8/7/2012 | 2908 | | 45771 | 505.20 | | | |
| 8/7/2012 | 2906 | | 45773 | 552.20 | | | |
| 8/7/2012 | 2907 | | 45756 | 506.20 | | | |
| 8/7/2012 | 2908 | | 45780 | 542.00 | | | |
| 8/7/2012 | 2909 | | 45801 | 544.40 | | | |
| 8/7/2012 | 2910 | | 45903 | 540.80 | | | |
| | | TOTAL | | 8872.80 | | | |

KBX/SR 3929

| DATE | TICKET | WEIGHT | PRM TICKET | PRM WEIGHT | CERTIFICATE | YIELD | GRADE |
|------|--------|--------|-----------|-----------|-------------|-------|-------|
| 8/8/2012 | 2811 | | 46154 | 849.00 | 58573 | 80-89 WE | 1 |
| 8/8/2012 | 2812 | | 46155 | 500.00 | | | |
| 8/8/2012 | 2813 | | 46158 | 551.00 | | | |
| 8/8/2012 | 2854 | | 46161 | 407.40 | | | |
| 8/8/2012 | 2946 | | 46166 | 551.00 | | | |
| 8/8/2012 | 2816 | | 46167 | 556.80 | | | |
| 8/8/2012 | 2817 | | 48171 | 809.80 | | | |
| 8/8/2012 | 2818 | | 46164 | 564.00 | | | |
| | | TOTAL | | 4289.80 | | | |
| 8/9/2012 | 2819 | | 46192 | 538.40 | 38058 | 88-89 WE | 1 |
| 8/9/2012 | 2621 | | 46202 | 490.00 | | | |
| 8/9/2012 | 2820 | | 46204 | 502.08 | | | |
| 8/9/2012 | 2822 | | 46206 | 524.20 | | | |
| 8/9/2012 | 2624 | | 46222 | 520.80 | | | |
| | | TOTAL | | 2576.40 | | | |
| 8/10/2012 | 2625 | | 46247 | 517.20 | 35692 | 80-70 WE | 1 |

P-1032

KBX
Turner Grain
Wilkison Online

| DATE | TICKET | WEIGHT | PRM TICKET | PRM WEIGHT | CERTIFICATE | YIELD | GRADE |
|------|--------|--------|-----------|-----------|-------------|-------|-------|
| 8/3/2012 | 59968 | | 45646 | 556.80 | 34640 | 59-68 FR | 1 |
| 8/3/2012 | 59571 | | 45652 | 547.80 | | | |
| 8/3/2012 | 59969 | | 45690 | 598.20 | | | |
| 8/3/2012 | 59972 | | 45691 | 635.20 | | | |
| | | TOTAL | | 2338.80 | | | |
| 8/7/2012 | 59446 | | 46773 | 542.20 | 53079 | 61-70 X3 | 1 |
| 8/7/2012 | 59446 | | 45789 | 565.80 | | | |
| | | TOTAL | | 1108.00 | | | |
| 8/9/2012 | 59451 | | 46216 | 532.80 | 36043 | 80-89 X3 | 1 |

P-1032

KBX
Turner Grain
Mitch Brown/S & B Farms

**KBX/SR 3930**

| DATE | TICKET | WEIGHT | PRM TICKET | PRM WEIGHT | CERTIFICATE | YIELD | GRADE |
|------|--------|--------|-----------|-----------|-------------|-------|-------|
| 8/7/2012 | 54707 | | 45741 | 619.90 | 55070 | 80-71 | 1 |
| 8/7/2012 | 54705 | | 45781 | 552.80 | | 40 | |
| 8/7/2012 | 54701 | | 45786 | 550.80 | | | |
| 8/7/2012 | 54708 | | 45790 | 508.40 | | | |
| 8/7/2012 | 54709 | | 45802 | 548.20 | | | |
| | | TOTAL | | 2884.90 | | | |
| 8/8/2012 | 54710 | | 46161 | 519.20 | 35670 | 56-66 | 1 |
| 8/8/2012 | 54712 | | 46175 | 557.80 | | 40 | |
| 8/8/2012 | 54713 | | 46183 | 552.60 | | | |
| | | TOTAL | | 1629.40 | | | |

P-1032

KBX
Turner Grain
Fred Brown

| DATE | TICKET | WEIGHT | PRM TICKET | PRM WEIGHT | CERTIFICATE | YIELD | GRADE |
|------|--------|--------|-----------|-----------|-------------|-------|-------|
| 8/9/2012 | 54790 | | 45217 | 583.80 | 36044 | 80-89 X3 | 1 |
| 8/9/2012 | 54795 | | 46223 | 605.00 | | | |
| | | TOTAL | | 1188.80 | | | |

**KBX/SR 3931**

**Theresa Graves**

| | |
|---|---|
| From: | Candice Gregory <turnergrain@sbcglobal.net> |
| Sent: | Wednesday, October 10, 2012 1057 AM |
| To: | Michael Keith |
| Subject: | Fw: WIRE |

Can you send me the backup on this wire? Please and thanks.....Ilka ASAP

*Candice Gregory*

*Turner Grain Merchandising, Inc.*

*Phone: 870-734-4747*

*Fax: 870-734-4748*

----- Forwarded Message -----
From: Kelly Lawless <KLawless@mp-bank.com>
To: baconbroleyna@sbcglobal.net; dale bartlett <dbartlett77366@yahoo.com>
Cc: turnergrain@sbcglobal.net
Sent: Tue, October 9, 2012 4:03:45 PM
Subject: WIRE

Received a wire from KBX to TG XXX1001 amt $535,421.68

Kelly Lawless
Sr Vice President
Merchants & Plantars Bank
Phone: 870-747-3319
FAX: 870-747-3498

KBX/SR 4013

---

**Theresa Graves**

| | |
|---|---|
| From: | Candice Gregory <turnergrain@sbcglobal.net> |
| Sent: | Wednesday, December 05, 2012 1050 AM |
| To: | Michael Keith |
| Subject: | backups |

Michael,

Can you please send me the backups on the $772,956.08 wire sent this morning, please?

Thanks,

*Candice Gregory*

*Turner Grain Merchandising, Inc.*

*Phone: 870-734-4747*

*Fax: 870-734-4748*

KBX/SR 4555

**Theresa Graves**

| | |
|---|---|
| From: | dale bartlett <dbartlett72366@yahoo.com> |
| Sent: | Wednesday, January 23, 2013 1:58 PM |
| To: | Michael Keith |
| Subject: | Fw: backup |
| Attachments: | 17663.tif; 17664.tif |

----- Forwarded Message -----
From: Dottie Morrison <dmorrison@kbx-rice.com>
To: Jason Coleman <jasoncoleman@sbcglobal.net>; Candice <turnergrain@sbcglobal.net>; Dale Bartlett <dbartlett72366@yahoo.com>
Sent: Wednesday, January 23, 2013 9:54 AM
Subject: backup

Here are the 2 settlements we paid with yesterday's wire.

Thanks,
Dottie

---

**KBX INC.**

P.O. BOX 2899
BENTON, AR 72018-2899
PHONE: 501-778-6220
FAX: 501-778-6597

**SETTLEMENT**

Date: 01/16/2013
Settlement No.: 17663
Job: 120293

Seller:
TURNER GRAIN
P. O. BOX 756
MARVELL, AR 72366

| TICKET | CWTS | GRADE | YIELD | CARRIER I.D. | CONTRACT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| Turner Grain | 4,656.60 | 1 | 54 68 | 41809 | 445264/12 | 13.6901 | 63,702.73 |
| | 1,156.20 | 1 | 54 68 | 41808 | 445264/12 | 13.6901 | 15,816.95 |

| 5,812.80 | TOTAL CWTS | | | | RICE TAX: | 79,519.68 |
|---|---|---|---|---|---|---|
| 54.0000 | AVE. WHOLE GRAIN YIELD | | | | | 0.00 |
| 68.0000 | AVE. TOTAL YIELD | | | | | 0.00 |
| 1 | AVE. GRADE | | | | | 79,519.68 |
| 13.6901 | PRICE PER CWT | | | | | |



## SETTLEMENT

Date: 01/22/2013
Settlement Nbr: 17684
Nbr: 120082

P.O. BOX 1900
BENTON, AR 72218-2900
PHONE: 501-778-6028
FAX: 501-778-6027

Seller:
TURNER GRAIN
P. O. BOX 754
MARVELL, AR 72366

| TICKET | CWTS | GRADE | YIELD | CARRIER ID. | CONTRACT | PRICE | AMOUNT |
|--------|------|-------|-------|-------------|----------|-------|--------|
| 62764 | 770.60 | 2 | 55 69 | 25756 | 215861/12 | 13.9955 | 7,814.45 |
| 62758 | 623.40 | 2 | 62 69 | 25737 | 215861/11 | 14.0276 | 8,114.94 |
| 62765 | 334.60 | 2 | 53 70 | 25758 | 215861/12 | 13.7748 | 2,353.82 |
| 62760 | 608.20 | 2 | 62 70 | 25759 | 215861/11 | 14.0479 | 8,556.26 |
| 62766 | 564.30 | 1 | 58 71 | 25760 | 215861/11 | 14.0006 | 7,899.34 |
| 62759 | 583.60 | 2 | 61 71 | 25761 | 215861/12 | 14.1482 | 8,283.19 |
| 62771 | 559.30 | 1 | 41 70 | 25762 | 215861/11 | 14.0510 | 7,776.30 |
| 62767 | 590.80 | 2 | 55 70 | 25764 | 215861/12 | 13.8296 | 8,032.23 |
| 62768 | 518.00 | 2 | 55 69 | 25769 | 215861/12 | 13.6386 | 7,073.13 |
| 62756 | 594.00 | 2 | 61 70 | 25758 | 215861/12 | 14.0510 | 7,784.25 |
| 62761 | 584.40 | 1 | 53 71 | 25747 | 215861/12 | 13.8899 | 8,117.26 |
| 62762 | 554.80 | 2 | 53 71 | 25748 | 215861/11 | 13.8161 | 7,665.17 |
| 62777 | 648.00 | 3 | 59 71 | 25755 | 215861/12 | 14.0779 | 9,110.34 |

| | | |
|---|---|---|
| 9,471.80 | TOTAL CWTS | |
| 57.5967 | AVE WHOLE GRAIN YIELD | |
| 70.1854 | AVE TOTAL YIELD | |
| | 1 | AVE GRADE |
| 13.9917 | PRICE/PER CWT | |

RICE TAX:

104,096.73
0.00
0.00
104,096.73

KBX/SR 4854

---

P-9006

KBX
Turner Grain

| DATE | TICKET | WEIGHT | PRM TICKET | PRM WEIGHT | CERTIFICATE | YIELD | GRADE |
|------|--------|--------|-----------|-----------|-------------|-------|-------|
| 1/3/2013 | 3509 | 697.80 | 8720 | 691.40 | 41808 | 64-58 | 1 |
| 1/3/2013 | 9105 | 604.60 | 8730 | 606.20 | | RF | |
| 1/3/2013 | 3104 | 917.00 | 8749 | 652.00 | | | |
| 1/3/2013 | 3106 | 650.00 | 8751 | 547.80 | | | |
| 1/3/2013 | 3109 | 627.30 | 8772 | 628.60 | | | |
| 1/3/2013 | 3107 | 689.80 | 6781 | 562.80 | | | |
| 1/3/2013 | 3108 | 528.40 | 8784 | 521.80 | | | |
| 1/3/2013 | 9511 | 809.30 | 8793 | 805.20 | | | |

TOTAL. 4585.80

| 1/4/2013 | 3113 | 890.40 | 8811 | 884.00 | 41808 | 64-56 | 1 |
|----------|------|--------|------|--------|-------|-------|---|
| 1/4/2013 | 3112 | 889.40 | 8824 | 882.20 | | RF | |

KBX/SR 4853

**Windmill Rice Company LLC**
Delivery Sheet Summary

2012/2013 MQ Rough Rice Purchase

Customer: KBX

| Date | WRC Tkt. | Cust / Tkt. | Weight | Gr | Milling Yield Head | Total |
|---|---|---|---|---|---|---|
| 01/11/13 | 25736 | Turner 62756 | 65,400 | 2 | 61 | 70 |
| 01/11/13 | | | 64,900 | 2 | 59 | 71 |
| 01/11/13 | 25737 | Turner 62758 | 62,340 | 2 | 62 | 69 |
| 01/11/13 | 25761 | Turner 62759 | 63,680 | 2 | 62 | 71 |
| 01/11/13 | 25769 | Turner 62760 | 60,530 | 2 | 62 | 70 |
| 01/11/13 | 25747 | Turner 62761 | 63,440 | 2 | 56 | 71 |
| 01/11/13 | 25748 | Turner 62762 | 66,480 | 2 | 53 | 71 |
| 01/11/13 | 25768 | Turner 62764 | 57,060 | 2 | 53 | 69 |
| 01/11/13 | 25758 | Turner 62765 | 53,480 | 2 | 53 | 70 |
| 01/11/13 | 25760 | Turner 62766 | 58,460 | 2 | 55 | 71 |
| 01/11/13 | 25764 | Turner 62767 | 58,060 | 2 | 55 | 70 |
| 01/11/13 | 25769 | Turner 62769 | 61,600 | 2 | 52 | 69 |
| 01/11/13 | 25762 | Turner 62771 | 53,930 | 2 | 61 | 70 |
| | | | 747,180 | | | |

KBX/SR 4855

---

Law Clerk2

From: Michael Keith
Sent: Wednesday, January 23, 2013 2:11 PM
To: tbartlett72366@yahoo.com'; turnergrain@sbcglobal.net; jasonkcoleman@sbcglobal.net
Subject: Turner Backup
Attachments: 1809_0001.pdf

From: KBX Rice [mailto:tbynum@kbx-rice.com]
Sent: Wednesday, January 23, 2013 2:26 PM
To: Michael Keith
Subject: Attached Image

KBX/SR 4856

**KBX INC.**

P.O. BOX 1039
DENTON, AR 72039-1039
PHONE: 501-749-9038
FAX: 501-749-9037

SETTLEMENT

Date: 01/79/2013
Settlement No: 17668
Job: 130093

Seller:
TURNER GRAIN
P. O. BOX 794
MARVELL, AR 72366

| TICKET | CWTS | GRADE | YIELD | CARRIER ID. | CONTRACT | PRICE | AMOUNT |
|--------|------|-------|-------|-------------|----------|-------|--------|
| Turner Grain | 4,656.60 | 1 | 54 62 | 41906 | 445266/12 | 13.6891 | 63,702.75 |
| | 1,156.30 | 1 | 54 62 | 41906 | 445266/12 | 13.6891 | 15,816.73 |

| | | 79,519.48 |
|---|---|---|
| RICE TAX: | | 0.00 |
| | | 0.00 |
| | | 79,519.48 |

5,812.90 TOTAL CWTS
54.6260 AVG. WHOLE GRAIN YIELD
58.0000 AVG. TOTAL YIELD
1 AVE GRADE
13.6891 PRICE PER CWT

KBX/SR 4857

---

F-2008

KBX
Turner Grain

| DATE | TICKET | WEIGHT | PRM TICKET | PRM WEIGHT | CERTIFICATE | YIELD | GRADE |
|------|--------|--------|------------|------------|-------------|-------|-------|
| 1/3/2013 | 3099 | 857.00 | 8725 | 891.40 | | 54-58 | 1 |
| 1/3/2013 | 3103 | 804.30 | 8730 | 808.30 | 41906 | NF | |
| 1/3/2013 | 3104 | 817.00 | 8746 | 823.00 | | | |
| 1/3/2013 | 3105 | 552.00 | 8761 | 547.20 | | | |
| 1/3/2013 | 3106 | 527.30 | 8772 | 525.00 | | | |
| 1/3/2013 | 3107 | 528.50 | 8791 | 552.20 | | | |
| 1/3/2013 | 3108 | 524.40 | 8784 | 521.30 | | | |
| 1/3/2013 | 3111 | 599.20 | 8793 | 603.20 | | | |
| | | | | | | | |
| | TOTAL | | | 4665.30 | | | |
| | | | | | | | |
| 1/4/2013 | 3113 | 800.40 | 8811 | 804.00 | 41906 | 54-58 | 1 |
| 1/4/2013 | 3112 | 550.40 | 8824 | 552.20 | | NF | |

KBX/SR 4858



P.O. BOX 2800
KENTON, AR 72053-2810
PHONE 803-673-2820
FAX: 801-673-5071

## SETTLEMENT

Date: 01/23/2013
Settlement No: 17584
Job: 130082

Seller:
TURNER GRAIN
P. O. BOX 396
MARVELL, AR 72366

| TICKET | CWTS | GRADE | YIELD | CARRIER ID. | CONTRACT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 62764 | 570.60 | 2 | 53 69 | 27756 | 215061/12 | 13.6953 | 7,814.60 |
| 62758 | 628.40 | 2 | 63 69 | 27757 | 215061/12 | 14.0276 | 8,816.94 |
| 62743 | 526.60 | 2 | 53 70 | 27758 | 215061/12 | 13.7153 | 7,353.85 |
| 62765 | 608.30 | 2 | 62 70 | 27759 | 215063/12 | 14.0879 | 8,568.26 |
| 62766 | 564.20 | 2 | 58 71 | 27760 | 215061/12 | 14.0906 | 7,899.14 |
| 62729 | 585.50 | 2 | 61 71 | 27761 | 215061/12 | 14.1442 | 8,285.19 |
| 62771 | 209.30 | 2 | 41 70 | 27762 | 215061/12 | 14.0610 | 7,576.32 |
| 62767 | 360.80 | 2 | 35 70 | 27764 | 215061/11 | 13.8296 | 8,022.33 |
| 62768 | 578.00 | 2 | 63 69 | 27769 | 215061/12 | 13.6386 | 7,875.15 |
| 62766 | 554.50 | 2 | 61 70 | 27768 | 215061/12 | 14.0610 | 7,794.25 |
| 62761 | 376.40 | 2 | 55 71 | 27767 | 215061/12 | 13.8081 | 8,117.28 |
| 62782 | 584.80 | 2 | 33 71 | 27548 | 215061/18 | 13.8161 | 7,605.17 |
| 62737 | 640.00 | 2 | 59 71 | 27753 | 215061/12 | 14.0373 | 9,110.34 |

| 7,623.80 | TOTAL CWTS | | | RICE TAX: | 104,096.75 |
|---|---|---|---|---|---|
| 51.9047 | AVE. WHOLE GRAIN YIELD | | | | 0.00 |
| 70.1984 | AVE. TOTAL YIELD | | | | 0.00 |
| 2 | AVE. GRADE | | | | 104,096.75 |
| 13.9519 | PRICE PER CWT | | | | |

KBX/SR 4859

---

Windmill Rice Company LLO
Delivery Sheet Summary

2012/2013 Mfg Rough Rice Purchase

Customer: KBX

| Date | WRC Tkt. | Cust / Tkt. | Weight | Gr | Head | Total |
|---|---|---|---|---|---|---|
| 01/11/13 | 25788 | Turner 62766 | 56,400 | 2 | 61 | 70 |
| 01/11/13 | 25789 | Turner 62765 | 54,200 | 2 | 59 | 71 |
| 01/11/13 | 25787 | Turner 62730 | 52,940 | 2 | 62 | 69 |
| 01/11/13 | 25791 | Turner 62729 | 56,600 | 2 | 62 | 71 |
| 01/11/13 | 25789 | Turner 62760 | 60,520 | 2 | 62 | 70 |
| 01/11/13 | 25747 | Turner 62761 | 53,440 | 2 | 58 | 71 |
| 01/11/13 | 25748 | Turner 62762 | 55,480 | 2 | 63 | 71 |
| 01/11/13 | 25786 | Turner 62767 | 57,080 | 2 | 55 | 69 |
| 01/11/13 | 25788 | Turner 62765 | 63,450 | 2 | 53 | 70 |
| 01/11/13 | 25780 | Turner 62768 | 55,420 | 2 | -53 | 71 |
| 01/11/13 | 25784 | Turner 62757 | 59,660 | 2 | 55 | 70 |
| 01/11/13 | 25790 | Turner 62768 | 61,000 | 2 | 52 | 69 |
| 01/11/13 | 25792 | Turner 62771 | 53,920 | 2 | 61 | 70 |
| | | | 747,580 | | | |

KBX/SR 4860

**Therese Graves**

| | |
|---|---|
| From: | Candice Gregory <turnergrain@sbcglobal.net> |
| Sent: | Tuesday, February 05, 2013 10:52 AM |
| To: | Michael Keith; Dottie Morrison |
| Cc: | Dale Bartlett; Jason Coleman |
| Subject: | backup |

Michael/Dottie,

Can you send me the backups/load summaries on what you wired ASAP? ($1,206,056.95)

*Candice Gregory*
*Turner Grain Merchandising, Inc.*
*Phone: 870-734-4747*
*Fax: 870-734-4748*

KBX/SR 4973

---

**Law Clerk2**

| | |
|---|---|
| From: | Candice Gregory [turnergrain@sbcglobal.net] |
| Sent: | Monday, February 11, 2013 6:14 PM |
| To: | Dottie Morrison; Michael Keith |
| Subject: | RE: backup |

Whatever, Mr. Smarty Pants.................Thanks, though!

*Candice Gregory*
*Turner Grain Merchandising, Inc.*
*Phone: 870-734-4747*
*Fax: 870-734-4748*

— On Mon, 2/11/13, Michael Keith <mkeith@kbx-rice.com> wrote:

From: Michael Keith <mkeith@kbx-rice.com>
Subject: RE: backup
To: "Dottie Morrison" <dmorrison@kbx-rice.com>, turnergrain@sbcglobal.net
Date: Monday, February 11, 2013, 10:49 PM

17762 is .

From: Michael Keith
Sent: Monday, February 11, 2013 4:49 PM
To: Dottie Morrison; Michael Keith; turnergrain@sbcglobal.net
Subject: RE: backup

17862 is not Turner Grain Settlement

From: Dottie Morrison
Sent: Monday, February 11, 2013 11:49 AM
To: mkeith@kbx-rice.com
Subject: FW: backup

Please send her the backup load summary for 17862.

From: Candice Gregory [mailto:turnergrain@sbcglobal.net]

KBX/SR 5034

**Sent:** Monday, February 11, 2013 10:59 AM
**To:** Dottie Morrison
**Subject:** Re: backup

Dottie,

For settlement #17662, could you send me a load summary? It is the COB barge loaded @ West Memphis. This is the one that I don't have documentation for. I have load summary's for the other settlements.

Thanks for your help!!

*Candice Gregory*

*Turner Grain Merchandising, Inc.*

*Phone: 870-734-4747*

*Fax: 870-734-4748*

--- On Mon, 2/11/13, Dottie Morrison <*dmorrison@kbx-rice.com*> wrote:

**From:** Dottie Morrison <*dmorrison@kbx-rice.com*>
**Subject:** backup
**To:** "Candice" <*turnergrain@sbcglobal.net*>, "Jason Coleman" <*jasoncoleman@sbcglobal.net*>
**Date:** Monday, February 11, 2013, 4:55 PM

Candice,

Here are the settlements we paid with the $404,944.06 wire on 2/6/13. Working on the other, will have backup to you shortly.

Thanks,

Dottie

2

KBX/SR 5035

---

**Theresa Graves**

**From:**          Michael Keith
**Sent:**          Wednesday, February 20, 2013 10:41 AM
**To:**            'sbartlett72366@yahoo.com'; turnergrain@sbcglobal.net; jasoncoleman@sbcglobal.net
**Subject:**       PRM Backup
**Attachments:**   2253_0001.pdf

**From:** KBX Rice [mailto:theresa@kbx-rice.com]
**Sent:** Wednesday, February 20, 2013 10:57 AM
**To:** Michael Keith
**Subject:** Attached Image

1

KBX/SR 5131

**P-2017**

KBX
Turner Grain
Jerry or Robin Barkett

| DATE | TICKET | WEIGHT | PRM TICKET | PRM WEIGHT | CERTIFICATE | YIELD | GRADE |
|------|--------|--------|-----------|-----------|-------------|-------|-------|
| 2/5/2013 | 56092 | | 16906 | 825.40 | 33567 | 62-70 | 1 |
| 2/5/2013 | 56093 | | 16907 | 853.00 | | RK | |
| 2/5/2013 | 56097 | | 16921 | 294.20 | | | |
| | | TOTAL | | 1955.40 | | | |

**P-2017**

KBX
Turner Grain
Roslyn Ag

| DATE | TICKET | WEIGHT | PRM TICKET | PRM WEIGHT | CERTIFICATE | YIELD | GRADE |
|------|--------|--------|-----------|-----------|-------------|-------|-------|
| 2/4/2013 | 56580 | | 16268 | 540.00 | 33593 | 44-70 | 1 |
| 2/4/2013 | 56581 | | 16290 | 526.90 | | C8 | |
| | | TOTAL | | 1073.30 | | | |

Turner Grain
Arrowhead 3

| DATE | TICKET | WEIGHT | PRM TICKET | PRM WEIGHT | CERTIFICATE | YIELD | GRADE |
|------|--------|--------|-----------|-----------|-------------|-------|-------|
| 2/5/2013 | 79029 | | 16327 | 545.00 | 33587 | 43-57 | 1 |
| | | | | | 1.00 cwt disc | | |
| 2/5/2013 | 79032 | | 16342 | 591.99 | 33589 | 43-57 | 1 |
| | | | | | 1.00 cwt disc | C6 | |

Turner Grain
Roslyn Ag

| DATE | TICKET | WEIGHT | PRM TICKET | PRM WEIGHT | CERTIFICATE | YIELD | GRADE |
|------|--------|--------|-----------|-----------|-------------|-------|-------|
| 2/4/2013 | 56571 | | 16260 | 579.00 | 33555 | 46-59 | 1 |
| 2/4/2013 | 56572 | | 16266 | 526.90 | | C8 | |
| 2/4/2013 | 56573 | | 16270 | 541.50 | | | |
| 2/4/2013 | 56574 | | 16271 | 585.40 | | | |
| 2/4/2013 | 56575 | | 16272 | 542.00 | | | |
| 2/4/2013 | 56576 | | 16274 | 561.00 | | | |
| 2/4/2013 | 56577 | | 16276 | 583.40 | | | |
| 2/4/2013 | 56578 | | 16278 | 514.30 | | | |
| 2/4/2013 | 56579 | | 16291 | 563.50 | | | |
| | | TOTAL | | 5312.00 | 1.00 cwt disc | | |

KBX/SR 5132

**P-2017**

KBX
Turner Grain
Freeland/Waldrip/Waldrip

| DATE | TICKET | WEIGHT | PRM TICKET | PRM WEIGHT | CERTIFICATE | YIELD | GRADE |
|------|--------|--------|-----------|-----------|-------------|-------|-------|
| 2/5/2013 | 56168 | | 16349 | 526.20 | 33577 | 56-59 | 1 |
| 2/5/2013 | 56167 | | 16364 | 879.30 | | FR | |
| 2/5/2013 | 56168 | | 16380 | 832.30 | | | |
| 2/5/2013 | 56169 | | 16379 | 554.20 | | | |
| | | TOTAL | | 2514.33 | | | |
| 2/7/2013 | 56172 | | 16355 | 692.30 | 38592 | 54-70 | 1 |
| 2/7/2013 | 56171 | | 16356 | 543.50 | | FR | |
| | | TOTAL | | 1335.80 | | | |

**P-2017**

KBX
Turner Grain
Freeland

| DATE | TICKET | WEIGHT | PRM TICKET | PRM WEIGHT | CERTIFICATE | YIELD | GRADE |
|------|--------|--------|-----------|-----------|-------------|-------|-------|
| 2/7/2013 | 70479 | | 16412 | 675.00 | 33589 | 56-59 | 1 |
| 2/7/2013 | 70401 | | 16416 | 528.00 | | C1 | |
| 2/7/2013 | 70420 | | 16421 | 539.00 | | | |
| 2/7/2013 | 70422 | | 16422 | 543.50 | | | |
| 2/7/2013 | 70423 | | 16423 | 597.20 | | | |
| 2/7/2013 | 70431 | | 16424 | 650.20 | | | |
| 2/7/2013 | 70482 | | 16430 | 578.50 | | | |
| 2/7/2013 | 70464 | | 16433 | 495.00 | | | |
| 2/7/2013 | 70498 | | 16435 | 498.20 | | | |
| | | TOTAL | | 4697.48 | | | |

**P-2017**

KBX
Turner Grain

KBX/SR 5133

TRAVER BEASN

Stephen & Brant Davis

| DATE | TICKET | WEIGHT | FRM TICKET | PRE WEIGHT | CERTIFICATE | YIELD | GRADE |
|------|--------|--------|-----------|-----------|-------------|-------|-------|
| 2/7/2012 | 50708 | | 19429 | 738.28 | 33697 | 61-06 C1 | 2 |

87897.80

KBX/SR 5134

---

Theresa Graves

| | |
|---|---|
| From: | Gale Hamrick <ghitumargrah@yahoo.com> |
| Sent: | Tuesday, February 26, 2013 11:58 AM |
| To: | Dottie Morrison; Michael Keith |
| Subject: | Backup for Sett #17762 |

Hey,
Can you please email me the backup paperwork for the following settlement # 17762 for barge AGS 831.

Thank you,
Gale Hamrick

KBX/SR 5247

**Theresa Graves**

| | |
|---|---|
| **From:** | Gale Hamrick <ghturnergrain@yahoo.com> |
| **Sent:** | Wednesday, February 27, 2013 4:53 PM |
| **To:** | Michael Keith |
| **Subject:** | Big7288 |

Michael,
Hey can you please look and see if you have paid Turner Grain for 2 loads that belong to Wayne Wilkison that went on Barge BIG728B.  Consolidated ticket numbers are OMC6305 and OMC6269.  Settlement # 17715 is for that barge but I can't find the tickets on the backup paperwork that you have sent.

Thanks,
*Gale Hamrick*
*Turner Grain Merchandising, Inc.*
*Office # (870)734-4747*
*Fax # (870)734-4748*

KBX/SR 5312

---

**Law Clerk2**

| | |
|---|---|
| **From:** | Candice Gregory [turnergrain@sbcglobal.net] |
| **Sent:** | Tuesday, March 12, 2013 12:07 PM |
| **To:** | Dottie Morrison; Michael Keith |
| **Subject:** | RE: BACKUP |

Thank you! Sorry for the bother......

*Candice Gregory*
*Turner Grain Merchandising, Inc.*
*Phone: 870-734-4747*
*Fax: 870-734-4748*

--- On Tue, 3/12/13, Michael Keith <mkeith@kbx-rice.com> wrote:

From: Michael Keith <mkeith@kbx-rice.com>
Subject: RE: BACKUP
To: "Dottie Morrison" <dmorrison@kbx-rice.com>, "Michael Keith" <mkeith@kbx-rice.com>, turnergrain@sbcglobal.net
Date: Tuesday, March 12, 2013, 4:45 PM

Candice

The loads were sent on 3/7 "Rosedale Tickets"

From: Dottie Morrison
Sent: Tuesday, March 12, 2013 11:37 AM
To: mkeith@kbx-rice.com
Subject: FW: BACKUP

Send her what she needs please.

From: Candice Gregory [mailto:turnergrain@sbcglobal.net]
Sent: Tuesday, March 12, 2013 11:29 AM
To: Dottie Morrison
Subject: RE: BACKUP

Thanks!!!!

KBX/SR 5497

Candice Gregory

Turner Grain Merchandising, Inc.

Phone: 870-734-4747

Fax: 870-734-4748

--- On Tue, 3/12/13, Dottie Morrison <*dmorrison@kbx-rice.com*> wrote:

From: Dottie Morrison <dmorrison@kbx-rice.com>
Subject: RE: BACKUP
To: "Candice Gregory" <*turnergrain@sbcglobal.net*>
Cc: mlsmith@kbx-rice.com
Date: Tuesday, March 12, 2013, 4:23 PM

Yes there are, Michael will forward these to you.

Thanks,

Dottie

From: Candice Gregory [mailto:turnergrain@sbcglobal.net]
Sent: Tuesday, March 12, 2013 11:21 AM
To: Dottie Morrison
Subject: Re: BACKUP

Can you tell me if there are any load summaries for settlements 17969, 18007, & 180107

Thanks

Candice Gregory

Turner Grain Merchandising, Inc.

Phone: 870-734-4747

Fax: 870-734-4748

2

KBX/SR 5498

--- On Mon, 3/11/13, Dottie Morrison <*dmorrison@kbx-rice.com*> wrote:

From: Dottie Morrison <dmorrison@kbx-rice.com>
Subject: BACKUP
To: "Jason Coleman" <jasoncoleman@sbcglobal.net>, "Candice" <turnergrain@sbcglobal.net>
Date: Monday, March 11, 2013, 9:17 PM

Here are the settlements we paid with the $431,255.83 wire. **Notice the deductions taken for money paid to you for what was Turner Comm on the first 2 settlements.

Thanks,

Dottie

3

KBX/SR 5499

Law Clerk2

From:       Jason Coleman [jasonkcoleman@sbcglobal.net]
Sent:       Friday, May 10, 2013 9:30 PM
To:         Michael Keith

U going to be able to send backup with payment

Sent from my iPhone

KBX/SR 6194

---

Theresa Graves

From:       Candice Gregory <candice@turnergrain.com>
Sent:       Monday, June 10, 2013 11:13 AM
To:         Michael Keith; Dottie Morrison
Subject:    back up

Can you guys send me a backup of the past two wires of $384,924 and $748,873.86 as soon as possible?

Candice Gregory
Turner Grain Merchandising, Inc.
Office: 870-734-4747
Fax: 870-734-4748
candice@turnergrain.com

KBX/SR 6379

**Theresa Graves**

| | |
|---|---|
| From: | Candice Gregory <candice@turnergrain.com> |
| Sent: | Monday, June 10, 2013 6:30 PM |
| To: | Michael Keith; Dottie Morrison |
| Cc: | dbartlett72366@yahoo.com; gale@turnergrain.com; 'Jason Coleman' |
| Subject: | backup |

MK,

If possible, could you send us a backup on the wire for $384,924 that was sent? We are not sure exactly what that was for and we need to match it up to our invoices. Thanks for your help with this!!

Candice Gregory
Turner Grain Merchandising, Inc.
Office: 870-734-4747
Fax: 870-734-4748
candice@turnergrain.com

KBX/SR 6385

---

**Theresa Graves**

| | |
|---|---|
| From: | Michael Keith |
| Sent: | Friday, June 14, 2013 8:11 AM |
| To: | dbartlett72366@yahoo.com; 'Candice Gregory'; jasontcoleman@sbcglobal.net |
| Subject: | Settlement 18391 and backup |
| Attachments: | 3602_0001.pdf |

Wired: 6/13
Settlement 18391 (W. Memphis)
Barge No. SCF 10028

From: KBX Rice [mailto:tbymann@kbx-rice.com]
Sent: Friday, June 14, 2013 10:31 AM
To: Michael Keith
Subject: Attached Image

KBX/SR 6399



KBX INC.

P.O. BOX 2008
BENTON, AR 72018-2008
PHONE 501-778-6215
FAX: 501-778-6207

SETTLEMENT

Date: 06/06/2013
Settlement No: 18391
Job: 130163

Seller:
TURNER GRAIN
P. O. BOX 756
MARVELL, AR 72366

| TICKET | CWTS | GRADE | YIELD | CARRIER ID. | CONTRACT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | 29,656.80 | 2 | 52.70 | SCF 1002B | 225119/13 | 15.5270 | 460,481.13 |

| | | RICH TAX) | 460,481.13 |
|---|---|---|---|
| 29,656.80 | TOTAL CWTS | | 0.00 |
| 52.0000 | AVE. WHOLE GRAIN YIELD | | 0.00 |
| 70.0800 | AVE. TOTAL YIELD | | 460,481.13 |
| 2 | AVE. GRADE | | |
| 15.5270 | PRICE PER CWT | | |

KBX/SR 6400

KBX/SR 6402

KBX/SR 6403

KBX/SR 6404

KBX/SR 6405



KBX/SR 6406

KBX/SR 6407





KBX/SR 6408

KBX/SR 6409





KBX/SR 6410

KBX/SR 6411





KBX/BR 6412

KBX/BR 6413

**Law Clerk2**

From: Michael Keith
Sent: Tuesday, July 02, 2013 8:26 PM
To: dbarlat72366@yahoo.com; 'Candice Gregory'; jasontcoleman@sbcglobal.net
Subject: Settlement 18481 and Backup
Attachments: 3782_0001.pdf; 3786_0001.pdf

From: KBX Rice [mailto:rbynum@kbx-rice.com]
Sent: Tuesday, July 02, 2013 6:42 PM
To: Michael Keith
Subject: Attached Image

KBX/SR 6646

KBX/SR 6647

KBX/SR 6546

KBX/SR 6549

KBX/SR 6660

KBX/SR 6661

KBX/SR 6552

KBX/SR 6553

KBX/SR 6664



KBX/SR 6555





KBX/SR 6588

KBX/SR 6587





KBX/SR 6558

KBX/SR 6559

**Theresa Graves**

From: Michael Keith
Sent: Monday, July 15, 2013 3:39 PM
To: dbartlett723660@yahoo.com; 'Candice Gregory'; jasonicoleman@sbcglobal.net
Subject: Settlement 18478 backup
Attachments: D0001001.tif

KBX/SR 6815

KBX/SR 6816

VIRGINIA RICE CO., INC
DELIVERY SHEET

Rough Rice - Long Grain
490071 MIX

No. 001-000100
DATE: 07/01/13
TIME: 9:40 am
PAGE: 3

| AP | TICKET NUMBER | SHIP DATE | VEHICLE ID | THEIR TICKET | UNLOAD WEIGHT | APPLY PECNT | APPLIED CWTS | NET CWTS | ADJUSTMENTS TYPE | FACTOR | RATE | AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | TY 1 | 66.00 | | | |
| | | | | | | | | | MK 1 | 55.00 | | | |
| | | | | | | | | | BK 1 | 11.00 | 24.130 | -$138.45 | |
| | | | | | | | | | DK 1 | 10.50 | | | |
| 01 | 0019818-01 | 06/21/13 | 687 | 184 | | 63?00 | 100.0 | 637.00 | 613.00 | MO 1 | 11.30 | | $6683.61 |
| | | | | | | | | | TH 1 | 57.60 | | | |
| | | | | | | | | | TY 1 | 66.00 | | | |
| | | | | | | | | | MK 1 | 63.00 | 20.200 | -$126.38 | |
| | | | | | | | | | BK 1 | 13.00 | 12.080 | -$78.83 | |
| | | | | | | | | | DK 1 | 10.30 | | | |
| 01 | 0019817-01 | 06/27/13 | 687 | 1 | 87500 | 100.0 | 870.00 | 874.00 | MO 1 | 12.10 | | | $8978.79 |
| | | | | | | | | | TH 1 | 38.60 | | | |
| | | | | | | | | | TY 1 | 69.00 | | | |
| | | | | | | | | | MK 1 | 80.00 | 30.050 | -$281.74 | |
| | | | | | | | | | BK 1 | 19.00 | 24.120 | $138.95 | |
| | | | | | | | | | DK 1 | 12.10 | | | |
| 01 | 0019994-01 | 06/28/13 | 687 | 3410 | 84940 | 100.0 | 849.40 | 867.40 | MO 1 | 12.60 | | | $8942.83 |
| | | | | | | | | | TH 1 | 41.00 | | | |
| | | | | | | | | | TY 1 | 73.00 | | | |
| | | | | | | | | | MK 1 | 61.00 | 40.780 | $129.03 | |
| | | | | | | | | | BK 1 | 13.00 | 18.070 | -$99.10 | |
| | | | | | | | | | DK 1 | 12.60 | | | |
| 01 | 0019998-01 | 06/28/13 | 687 | 3407 | 84000 | 100.0 | 840.00 | 840.00 | MO 1 | 12.00 | | | $8470.01 |
| | | | | | | | | | TH 1 | 38.40 | | | |
| | | | | | | | | | TY 1 | 71.00 | | | |
| | | | | | | | | | MK 1 | 80.40 | 30.390 | -$186.38 | |
| | | | | | | | | | BK 1 | 13.00 | 18.060 | -$98.12 | |
| | | | | | | | | | DK 1 | 13.00 | | | |
| 01 | 0019996-01 | 06/28/13 | 687 | 1 | 84300 | 100.0 | 843.40 | 843.40 | MO 1 | 13.10 | | | $8497.80 |
| | | | | | | | | | TH 1 | 30.10 | | | |
| | | | | | | | | | TY 1 | 68.00 | | | |
| | | | | | | | | | MK 1 | 81.00 | 40.520 | -$220.39 | |
| | | | | | | | | | BK 1 | 10.00 | 10.080 | $98.37 | |
| | | | | | | | | | DK 1 | 13.70 | | | |
| 01 | 0019997-01 | 06/28/13 | 687 | 1 | 83900 | 100.0 | 833.00 | 833.00 | MO 1 | 12.50 | | | $8307.02 |
| | | | | | | | | | TH 1 | 39.00 | | | |
| | | | | | | | | | TY 1 | 67.00 | | | |
| | | | | | | | | | MK 1 | 61.00 | 30.360 | -$197.99 | |
| | | | | | | | | | BK 1 | 14.00 | 6.080 | -$33.14 | |
| | | | | | | | | | DK 1 | 13.80 | | | |
| 01 | 0019833-01 | 06/28/13 | 687 | 3580 | 81940 | 100.0 | 810.40 | 816.40 | MO 1 | 13.10 | | | $8091.06 |
| | | | | | | | | | TH 1 | 41.00 | | | |
| | | | | | | | | | TY 1 | 70.00 | | | |
| | | | | | | | | | MK 1 | 80.00 | 40.820 | $819.77 | |
| | | | | | | | | | BK 1 | 12.00 | 24.130 | -$140.80 | |
| | | | | | | | | | DK 1 | 11.90 | | | |
| 01 | 0019833-01 | 06/28/13 | 687 | 3587 | 89410 | 100.0 | 894.40 | 894.40 | MO 1 | 11.40 | | | $8090.14 |
| | | | | | | | | | TH 1 | 30.00 | | | |
| | | | | | | | | | TY 1 | 70.00 | | | |
| | | | | | | | | | MK 1 | 60.00 | 80.680 | $203.48 | |
| | | | | | | | | | BK 1 | 10.00 | 30.150 | -$282.04 | |
| | | | | | | | | | DK 1 | 11.40 | | | |

KBX/SR 6818

VIRGINIA RICE CO., INC
DELIVERY SHEET

Rough Rice - Long Grain
490071 MIX

No. 001-000100
DATE: 07/01/13
TIME: 9:40 am
PAGE: 2

| AP | TICKET NUMBER | SHIP DATE | VEHICLE ID | THEIR TICKET | UNLOAD WEIGHT | APPLY PECNT | APPLIED CWTS | NET CWTS | ADJUSTMENTS TYPE | FACTOR | RATE | AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | BK 1 | 15.00 | | | |
| | | | | | | | | | DK 1 | 11.90 | | | |
| 01 | 0019760-01 | 06/21/13 | 687 | 180 | 83800 | 100.0 | 838.00 | 838.00 | MO 1 | 12.60 | | | $8380.33 |
| | | | | | | | | | TH 1 | 36.00 | | | |
| | | | | | | | | | TY 1 | 67.00 | | | |
| | | | | | | | | | MK 1 | 83.00 | 20.200 | -$189.16 | |
| | | | | | | | | | BK 1 | 14.00 | 6.030 | -$33.60 | |
| | | | | | | | | | DK 1 | 11.60 | | | |
| 01 | 0019744-01 | 06/24/13 | 687 | 181 | 82200 | 100.0 | 822.00 | 822.00 | MO 1 | 13.10 | | | $8018.90 |
| | | | | | | | | | TH 1 | 36.00 | | | |
| | | | | | | | | | TY 1 | 66.00 | | | |
| | | | | | | | | | MK 1 | 58.00 | 30.380 | -$186.64 | |
| | | | | | | | | | BK 1 | 14.00 | 6.030 | -$31.40 | |
| | | | | | | | | | DK 1 | 18.80 | | | |
| 01 | 0019740-01 | 06/26/13 | 687 | 163 | 47780 | 100.0 | 477.30 | 477.30 | MO 1 | 12.70 | | | $7380.8A |
| | | | | | | | | | TH 1 | 40.00 | | | |
| | | | | | | | | | TY 1 | 86.00 | | | |
| | | | | | | | | | MK 1 | 82.00 | 30.280 | -$143.02 | |
| | | | | | | | | | BK 1 | 14.00 | 8.070 | -$18.71 | |
| | | | | | | | | | DK 1 | 12.70 | | | |
| 01 | 0019752-01 | 06/28/13 | 687 | 183 | 83800 | 100.0 | 834.00 | 838.00 | MO 1 | 12.30 | | | $8418.33 |
| | | | | | | | | | TH 1 | 39.40 | | | |
| | | | | | | | | | TY 1 | 68.00 | | | |
| | | | | | | | | | MK 1 | 83.00 | 20.200 | -$190.60 | |
| | | | | | | | | | BK 1 | 16.00 | 6.080 | $33.32 | |
| | | | | | | | | | DK 1 | 12.30 | | | |
| 01 | 0019751-01 | 06/26/13 | 687 | 104 | 80860 | 100.0 | 800.00 | 808.00 | MO 1 | 13.60 | | | $8041.62 |
| | | | | | | | | | TH 1 | 41.00 | | | |
| | | | | | | | | | TY 1 | 66.00 | | | |
| | | | | | | | | | MK 1 | 88.00 | 50.650 | -$234.18 | |
| | | | | | | | | | BK 1 | 10.00 | 6.030 | $18.08 | |
| | | | | | | | | | DK 1 | 13.00 | | | |
| 01 | 0019780-01 | 06/26/13 | 687 | 165 | 84000 | 100.0 | 840.00 | 840.00 | MO 1 | 12.70 | | | $8445.86 |
| | | | | | | | | | TH 1 | 38.10 | | | |
| | | | | | | | | | TY 1 | 80.00 | | | |
| | | | | | | | | | MK 1 | 83.00 | 30.250 | -$189.40 | |
| | | | | | | | | | BK 1 | 15.00 | | | |
| | | | | | | | | | DK 1 | 12.70 | | | |
| 01 | 0019711-01 | 06/26/13 | 687 | 167 | 84840 | 100.0 | 848.40 | 848.40 | MO 1 | 12.40 | | | $8570.02 |
| | | | | | | | | | TH 1 | 37.00 | | | |
| | | | | | | | | | TY 1 | 68.00 | | | |
| | | | | | | | | | MK 1 | 88.00 | | | |
| | | | | | | | | | BK 1 | 13.00 | 12.080 | -$68.78 | |
| | | | | | | | | | DK 1 | 12.40 | | | |
| 01 | 0019712-01 | 06/26/13 | 687 | 168 | 81120 | 100.0 | 811.20 | 811.20 | MO 1 | 12.00 | | | $7980.12 |
| | | | | | | | | | TH 1 | 41.00 | | | |
| | | | | | | | | | TY 1 | 67.00 | | | |
| | | | | | | | | | MK 1 | 81.00 | 20.280 | -$163.07 | |
| | | | | | | | | | BK 1 | 14.00 | 6.030 | -$30.13 | |
| | | | | | | | | | DK 1 | 12.00 | | | |
| 01 | 0019813-01 | 06/27/13 | 687 | 187 | 87200 | 100.0 | 871.00 | 893.50 | MO 1 | 13.00 | | | $7980.23 |
| | | | | | | | | | TH 1 | 37.70 | | | |

KBX/SR 6817

KBX/SR 6819

[illegible]

**Theresa Graves**

**From:** Candice Gregory <candice@turnergrain.com>
**Sent:** Monday, July 22, 2013 4:27 PM
**To:** Michael Keith
**Subject:** load summaries

MK-

I am needing the backups to:

18490
18491
18497
18499

I really, really need the grade sheets with these if possible, too.

Candice Gregory
**Turner Grain Merchandising, Inc.**
Office: 870-734-4747
Fax: 870-734-4748
candice@turnergrain.com

1

KBX/SR 6883

**Law Clerk2**

| | |
|---|---|
| From: | Dale Bartlett [dbartlett72366@yahoo.com] |
| Sent: | Tuesday, July 23, 2013 4:20 PM |
| To: | Michael Keith |
| Subject: | Re: Wire Confirmation - 7/23 |

Send backups so we can get started!!!

Sent from my iPhone

On Jul 23, 2013, at 2:55 PM, "Michael Keith" <mkeith@kbx-rice.com> wrote:

<D0057001.tif>

KBX/SR 7077

---

**Law Clerk2**

| | |
|---|---|
| From: | Michael Keith |
| Sent: | Friday, August 02, 2013 9:20 AM |
| To: | dbartlett72366@yahoo.com; 'Candice Gregory'; jasonicclemens@sbcglobal.net |
| Subject: | Wire Information - Backup - $691,634.13 |
| Attachments: | 4068_0001.pdf; SCF 1002S KBX LONG GRAIN.XLSX; 20130710120048201.pdf |

**From:** KBX Rice [mailto:tbynum@kbx-rice.com]
**Sent:** Friday, August 02, 2013 10:35 AM
**To:** Michael Keith
**Subject:** Attached Image

KBX/SR 7238



**SETTLEMENT**

Date: 07/22/2015
Settlement No: 13039
Job: 130222

Seller:
TURNER GRAIN
P. O. BOX 734
MARVELL, AR 72366

| TICKET | CWTS | GRADE | YIELD | CARRIER ID. | CONTRACT | PRICE | AMOUNT |
|--------|------|-------|-------|-------------|----------|-------|--------|
|        | 13,364.60 | 2 | 54 69 | SCP 1082 | 66432013 | 16.5997 | 220,183.74 |

| | | | |
|---|---|---|---|
| 13,364.60 | TOTAL CWTS | | |
| 54.0000 | AVE. WHOLE GRAIN YIELD | RICE TAX: | 233,825.74 |
| 69.0000 | AVE. TOTAL YIELD | | 0.00 |
| 2 | AVE. GRADE | | 0.00 |
| 16.5997 | PRICE PER CWT | | 220,335.74 |

KBX/SR 7239



**SETTLEMENT**

Date: 07/22/2015
Settlement No: 13042
Job: 130178

Seller:
TURNER GRAIN
P. O. BOX 734
MARVELL, AR 72366

| TICKET | CWTS | GRADE | YIELD | CARRIER ID. | CONTRACT | PRICE | AMOUNT |
|--------|------|-------|-------|-------------|----------|-------|--------|
| Turner | 26,245.20 | 2 | 53 69 | RUBUSI 14733 | 66429013 | 16.5577 | 434,560.15 |

| | | | |
|---|---|---|---|
| 26,245.20 | TOTAL CWTS | | 434,560.15 |
| 53.0000 | AVE. WHOLE GRAIN YIELD | RICE TAX: | 0.00 |
| 69.0000 | AVE. TOTAL YIELD | | 0.00 |
| 2 | AVE. GRADE | | 434,560.15 |
| 16.5577 | PRICE PER CWT | | |

KBX/SR 7240



**KB INC.**
P.O. BOX 1000
BENTON, AR 72018-1000
PHONE: 501-778-3830
FAX: 501-778-3807

## SETTLEMENT

Date: 07/24/2013
Settlement No: 18543
Job: 130138

Seller:
TURNER GRAIN
P.O. BOX 755
MARVELL, AR 72366

*(handwritten)* PAID BALANCE $9,916.44

| TICKET | CWTS | GRADE | YIELD | CARRIER ID. | CONTRACT | PRICE | AMOUNT |
|--------|------|-------|-------|-------------|----------|-------|--------|

*(table data illegible)*

KBX/SR 7241

---

**KB INC.**
P.O. BOX 1000
BENTON, AR 72018-3200
PHONE: 501-778-3830
FAX: 501-778-3807

## SETTLEMENT

Date: 07/24/2013
Settlement No: 18543
Job: 130138

Seller:
TURNER GRAIN
P.O. BOX 755
MARVELL, AR 72366

| TICKET | CWTS | GRADE | YIELD | CARRIER ID. | CONTRACT | PRICE | AMOUNT |
|--------|------|-------|-------|-------------|----------|-------|--------|
| 2659 | 481.40 | 2 | 50 65 | 0030005-01 | 44948613 | 13.3953 | 7,065.25 |
| 1 | 518.20 | 2 | 51 67 | 0030006-01 | 44948613 | 15.4551 | 8,013.11 |
| 1 | 528.00 | 2 | 52 69 | 0030007-01 | 44948633 | 15.6877 | 8,433.84 |
| 2660 | 520.20 | 2 | 53 69 | 0030009-01 | 44948613 | 15.6141 | 8,161.30 |
| 1 | 526.20 | 2 | 49 69 | 0030010-01 | 44948613 | 15.4892 | 8,152.73 |
| 1 | 539.20 | 2 | 54 69 | 0030012-01 | 44948613 | 15.8097 | 8,438.46 |
| 1 | 544.80 | 2 | 55 70 | 0030103-01 | 44948613 | 15.7100 | 8,594.50 |
| 1 | 519.80 | 2 | 52 68 | 0030110-01 | 44948673 | 15.5954 | 8,107.20 |
| 1 | 530.00 | 2 | 53 70 | 0030112-01 | 44948673 | 15.8000 | 8,173.40 |
| 1 | 503.20 | 2 | 51 70 | 0030114-01 | 44948573 | 15.5290 | 8,783.10 |
| 1 | 502.00 | 2 | 50 71 | 0030117-01 | 44948613 | 15.9013 | 7,891.20 |
| 1 | 577.80 | 2 | 70 70 | 0030122-01 | 44948573 | 15.8990 | 9,015.79 |
| 1 | 530.20 | 2 | 53 69 | 0030123-01 | 44948673 | 15.7597 | 8,345.19 |
| 1 | 546.60 | 2 | 53 66 | 0030074-01 | 44948613 | 15.4780 | 8,459.62 |
| 1 | 505.80 | 2 | 54 70 | 0030114-01 | 44948613 | 13.3390 | 8,918.44 |

| | | | |
|--|--|--|--|
| 30,601.60 | TOTAL CWTS | | KBX TAX: | 465,934.69 |
| 51.5807 | AVE WHOLE GRAIN YIELD | | | 0.00 |
| 58.3990 | AVE TOTAL YIELD | | | 465,934.69 |
| 2 | AVE GRADE | | | |
| 15.8190 | PRICE PER CWT. | | | |

KBX/SR 7242





KBX/SR 7243

KBX/SR 7244













KBX/BR 7282

KBX/BR 7281









Theresa Graves

From: Michael Kolth
Sent: Thursday, August 22, 2013 2:44 PM
To: dbartlett72366@yahoo.com; 'Candice Gregory'
Subject: FW: 8.13 pymt detail
Attachments: 8.13 pymt.tif

From: Dottie Morrison
Sent: Thursday, August 22, 2013 10:43 AM
To: Jason Coleman
Cc: mkolth@kbxrice.com
Subject: 8.13 pymt detail

Hi Jason,
I attached the backup for the $404,280.85 payment we wired on 8/13/13. Here is a breakdown:

18558   $424,494.64
18567   ($ 8,369.82)
18576   ($ 8,591.58)
073113  ($ 3,518.79)

WIRE   $404,280.85

Let me know if you need anything further.

Thanks,
Dottie

KBX/SR 7873



P.O. BOX 2800
BENTON, AR 72018-2800
PHONE: 501-776-8858
FAX: 501-776-8877

SETTLEMENT

Date: 08/12/2013
Settlement No: 18598
Job: 13C204

Seller:
TURNER GRAIN
P.O. BOX 756
MARVELL, AR 72366

| TICKET | CWTS | GRADE | YIELD | CARRIER I.D. | CONTRACT | PRICE | AMOUNT |
|--------|------|-------|-------|--------------|----------|-------|--------|
| Turner | 26,624.60 | 1 | 69 69 | LTD 155 | 877225/13 | 15.9437 | 424,494.64 |

| | | | 424,494.64 |
|--|--|--|--|
| 26,624.60 | TOTAL CWTS | RICE TAX: | 0.00 |
| 49.0000 | AVG. WHOLE GRAIN YIELD | | 0.00 |
| 69.0000 | AVG. TOTAL YIELD | | 424,494.64 |
| 1 | AVG. GRADE | | |
| 15.9437 | PRICE PER CWT. | | |

KBX/SR 7874



**SETTLEMENT**

Date: 07/31/2013
Settlement No: 71567
Job: 130186

Seller:
TURNER GRAIN
P.O. BOX 756
MARVELL, AR 72366

| TICKET | CWT8 | GRADE | YIELD | CARRIER ID. | CONTRACT | PRICE | AMOUNT |
|--------|------|-------|-------|-------------|----------|-------|--------|
| Turner | 23,310.80 | 1 | 46 69 | SCF 34131 | 656151/13 | 16.4707 | 367,471.30 |
|  | -507.80 | 1 | 46 69 | SCF 34131 | 656151/13 | 16.4707 | (8,363.82) |

Ritter load deducted

| | | | | |
|---|---|---|---|---|
| 11,803.80 | TOTAL CWT8 | | RICE TAX: | 359,107.38 |
| 46.0000 | AVE. WHOLE GRAIN YIELD | | | 0.00 |
| 69.0000 | AVE. TOTAL YIELD | | | 0.00 |
| 1 | AVE. GRADE | | | 359,107.38 |
| 16.4707 | PRICE PER CWT | | | |

**KBX/SR 7575**



**SETTLEMENT**

Date: 08/05/2013
Settlement No: 18776
Job: 130150

Seller:
TURNER GRAIN
P.O. BOX 756
MARVELL, AR 72366

| TICKET | CWT8 | GRADE | YIELD | CARRIER ID. | CONTRACT | PRICE | AMOUNT |
|--------|------|-------|-------|-------------|----------|-------|--------|
|  | 14,148.00 | 2 | 51 69 | JIMNO 311 | 872606/13 | 16.1727 | 128,855.90 |
|  | 12,638.60 | 2 | 51 69 | JIMNO 311 | 664351/13 | 16.6757 | 210,757.50 |
|  | -499.60 | 2 | 51 69 | JIMNO 311 | 664351/13 | 16.6757 | (8,131.18) |

Ritter load deducted

| | | | | |
|---|---|---|---|---|
| 26,287.00 | TOTAL CWT8 | | RICE TAX: | 431,380.13 |
| 51.0000 | AVE. WHOLE GRAIN YIELD | | | 0.00 |
| 69.0000 | AVE. TOTAL YIELD | | | 0.00 |
| 2 | AVE. GRADE | | | 431,380.13 |
| 16.4064 | PRICE PER CWT | | | |

**KBX/SR 7576**

7/31/2013
TURNER DEDUCTIONS# 073113CM

| VENDOR | INV# | AMT |
|---|---|---|
| HBH | 1364 | $ 361.66 |
| L&L | 186279 | $ 760.33 |
| SCF | D008-052231 | $ 2,120.00 |
| USDA | 135T050086 | $ 186.80 |
| | | $ 3,518.79 |

KBX/SR 7577

HBH Hauling, LLC
Invoice

Pay and deduct from Turner account.

Rebill Turner

KBX/SR 7578

**Producers Rice Mill, Inc.**

Seed Transfer

From Loc: KBX/HUDSON GRAIN

Driver: DAVID HAMILTON

NOT NEGOTIABLE
PATRON COPY



KBX/SR 7579

---

01

L & L TRUCK BROKER, INC.
407 East 2nd Street
P. O. Box 964
Stuttgart, AR 72160
(870) 673-2641

Billing Invoice

K. B. X.
P. O. BOX 2800

BENTON, AR  72018-2800          Billing Date: 06/29/13

Truck: K & K TRANSPORTATION CO LLC

Load No.: 366379
Dispatcher: JEF
Identification No.:

| Date | Shipper | Destination | Commodity | Amount | Rate | Freight |
|------|---------|-------------|-----------|--------|------|---------|

Please Pay This Amount:                    $ 760.33

Due 10 Days from Invoice Date
Please Refer to Our Load Number when Remitting

Pay L & L
Invoice Turner

KBX/SR 7580





KBX/SR 7581

COMMER RICE MILLING CO., INC.
ROUGH RICE DELIVERY TICKET

Date 6-26   Variety _____   Lot 2826

Grower Delta Grain _____   %

Grower Will Hays _____   %

Grower _____   %

Grower Rejected Jar Milby _____   %

Bin # _____   Load # _____

Loader Name _____

Trailer is clean & free of contamination of
other grains, fertilizers, foreign material, etc.

Loader Signature _____

Moisture 12%   Milling Yield 42/68

Grader Signature RB

Carrier Keith Cook

Driver Signature David Mille

16466

---

MELVIN FARMS PARTNERSHIP   N° 2758
P. O. Box 328 – Hunter, AR 72074

Acc. # _____   Date 6/26/13
Farm # Turner Grain
Variety Long Grain
Comments _____   Lot # or Bin # 12-8
Driver David Mille
Lic. # PT 13492?
Load # 26   Destination Hickman Bridge Grain _____

KBX/SR 7582





KBX/SR 7583

KBX/SR 7584

USDA/FGIS REIMBURSABLE PRODUCING HOURS SUMMARY

APPLICANT: KBX

LOCATION: ARM Lot Stuttgart AR

RICE IN 8

COMMITTED HOURS:

WEEK OF: 5-4-13

| Name | Sunday Hrs Wkd | Sunday Time Wkd | Monday Hrs Wkd | Monday Time Wkd | Tuesday Hrs Wkd | Tuesday Time Wkd | Wednesday Hrs Wkd | Wednesday Time Wkd | Thursday Hrs Wkd | Thursday Time Wkd | Friday Hrs Wkd | Friday Time Wkd | Saturday Hrs Wkd | Saturday Time Wkd | COMM 6701 | COMM HOL 6702 | NON COMM 6703 | SUN HOL 6704 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25 Merritt | | | | | | | | | 1 | 1330 1430 | | | | | | | 1 | |
| 26 Nesbitt | | | | | | | | | 1 | 1330 1430 | | | | | | | 1 | |
| Applicant Initials | | | | | | | | | | | | | | | | | | |

Lot Inspection Certificates:
AR PT 118557
OK 5564KF
OK 5238KF
PT 83373AR

Submitted Inspection Certificates:
R103 - 2 x 75.20 = 150.40
R109 - 4 x 36.60 = 146.40
$296.80

Pay FGIS / Invoice [illegible] (deduct)

| | | |
|---|---|---|
| COMM | 6701 | 2 |
| NON COMM | 6703 | |
| COMM HOL | 6702 | |
| SUB HOL | 6704 | |
| ROUGH | 6712 | |
| BROWN | 6710 | |
| MILLED | 6711 | |
| FACTOR MILLED | 6714 | |
| FACTOR ROUGH | 6715 | |
| FRO | 6716 | |
| MILLING YIELD | 6709 | 4 |
| STOWAGE EXAMINATIONS | 6716 | |
| STOWAGE EXAMINATIONS | 6717 | |

KBX/SR 7585

**Law Clerk2**

**From:** Dale Bartlett (dbartlett72366@yahoo.com)
**Sent:** Wednesday, September 25, 2013 10:25 AM
**To:** Michael Keith
**Subject:** Re: Invoice

Still need the backup on the 179k

Sent from my iPhone

On Sep 25, 2013, at 9:13 AM, "Michael Keith" <mkeith@kbx-rice.com> wrote:

> Will pay the one truck on SCF 1002. Not paying the other.
>
> ---
>
> **From:** Candice Gregory [mailto:candice@turnergrain.com]
> **Sent:** Tuesday, September 24, 2013 6:16 PM
> **To:** Michael Keith
> **Cc:** Dale Bartlett; jasontcoleman@sbcglobal.net
> **Subject:** Invoice
>
> MK-
>
> Please find an invoice attached for the Presley load on SCF1002B as well as for freight on various other contracts. Please call either Jason or Dale with any questions you have in regards to this.
>
> Thanks,
> Candice Gregory
> **Turner Grain Merchandising, Inc.**
> Office: 870-734-4747
> Fax: 870-734-4748
> candice@turnergrain.com

1

KBX/SR 7718

**Theresa Graves**

| | |
|---|---|
| **From:** | Michael Keith |
| **Sent:** | Thursday, December 12, 2013 11:25 AM |
| **To:** | dberke672664@yahoo.com; 'Candice Gregory'; jancestevenson@sbcglobal.net |
| **Subject:** | 13/11/2013 Wire Backup |
| **Attachments:** | settlement19003.pdf; settlement19013.pdf; settlement19012.pdf; settlement19029.pdf |

KBX/SR 8121



KBX/SR 8122



KBX/SR 8123



**KBX INC.**

P.O. BOX 3095
BENTON, AR 72018-3095
PHONE: 501-778-9100
FAX: 501-778-9377

**SETTLEMENT**

Date: 12/04/2013
Settlement No: 19055
Job: 130299

Seller:
TURNER GRAIN
P. O. BOX 756
MARVELL, AR 72366

| TICKET | CWTS | GRADE | YIELD | CARRIER ID. | CONTRACT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 13718 | 678.83 | 2 | 58 71 | 113527 | 1010340913 | 16.5000 | 11,200.20 |
| 20422 | 513.20 | 2 | 58 72 | 313945 | 1010340913 | 16.5000 | 8,479.90 |
| 20453 | 524.80 | 2 | 53 68 | 115043 | 1010340913 | 16.1000 | 8,491.26 |
| 20454 | 505.40 | 2 | 57 70 | 113542 | 1010340913 | 16.5000 | 8,396.10 |
| 20455 | 630.20 | 2 | 58 71 | 213047 | 1010340913 | 16.5000 | 10,398.30 |
| 20456 | 577.30 | 2 | 52 71 | 313861 | 1010340913 | 16.5000 | 9,525.80 |
| 20457 | 526.80 | 2 | 53 72 | 115067 | 1010340913 | 16.4200 | 8,650.04 |
| 20458 | 545.80 | 2 | 56 72 | 115668 | 1010340913 | 16.5000 | 8,989.30 |
| 20459 | 573.20 | 2 | 57 71 | 115878 | 1010340913 | 16.5000 | 9,457.80 |
| 450003340M | 542.08 | 2 | 62 71 | 216507 | 1010940913 | 16.5000 | 8,934.40 |
| 35496 | 584.20 | 2 | 64 71 | 116509 | 1010740913 | 16.5000 | 9,650.30 |
| 35498 | 553.00 | 3 | 63 71 | 116910 | 1010340913 | 16.5000 | 9,124.50 |
| 35542 | 598.60 | 2 | 67 71 | 116330 | 1010340913 | 16.5000 | 9,876.90 |
| 35599 | 574.60 | 2 | 60 71 | 116526 | 1010340913 | 16.5000 | 9,480.90 |
| 35698 | 590.80 | 2 | 63 70 | 116541 | 1010840913 | 16.5000 | 9,748.20 |
| 35548 | 579.60 | 2 | 62 70 | 116142 | 1010840913 | 16.5000 | 9,563.40 |
| 19164 | 595.40 | 2 | 59 72 | 116589 | 1010340913 | 16.5000 | 9,824.10 |
| 19163 | 556.50 | 2 | 60 72 | 116543 | 1010340913 | 16.5000 | 9,182.90 |
| 478 | 537.00 | 2 | 64 73 | 116508 | 1010340913 | 16.5000 | 8,890.40 |
| 14436 | 570.40 | 3 | 58 72 | 116461 | 1010340913 | 16.5000 | 9,411.60 |

| 11,487.48 | TOTAL CWTS | | | | | | 188,813.85 |
|---|---|---|---|---|---|---|---|
| 59.2800 | AVE. WHOLE GRAIN YIELD | | | | RICE TAX: | | 0.00 |
| 71.1618 | AVE. TOTAL YIELD | | | | | | 188,813.85 |
| 16.4310 | PRICE PER CWT | | | | | | |

KBX/SR 8124

**KBX INC.**
P.O. BOX 2006
BENTON, AR 72018-2006
PHONE: 501-776-9091
FAX: 501-776-9091

**SETTLEMENT**

Date: 12/09/2013
Settlement No: 19011
Job: 130266

Seller:
TURNER GRAIN
P. O. BOX 756
MARVELL, AR 72366

| TICKET | CWTS | GRADE | YIELD | CARRIER ID. | CONTRACT | PRICE | AMOUNT |
|--------|------|-------|-------|-------------|----------|-------|--------|
| Riverside Farms | 527.29 | 1 | 56 69 | 33931 | 927323V3 | 15.2808 | 8,059.28 |
| Shivers/Williams | 1,511.50 | 1 | 38 69 | 23029 | 927323V3 | 15.2542 | 18,187.62 |
| Arrowhead Farms | 1,772.20 | 1 | 59 70 | 44461 | 927323V3 | 15.4804 | 27,431.27 |

| | | |
|---|---|---|
| 1,510.60 | TOTAL CWTS | 53,678.09 |
| 55.6442 | AVE. WHOLE GRAIN YIELD | |
| 69.3048 | AVE. TOTAL YIELD | |
| 1 | AVE. GRADE | |
| 15.3911 | PRICE PER CWT | |

| | | |
|---|---|---|
| RICE TAX: | 0.00 |
| | 0.00 |
| | 53,678.09 |

**KBX/SR 8125**

---

**KBX INC.**
P.O. BOX 2006
BENTON, AR 72018-2006
PHONE: 501-776-9091
FAX: 501-776-9091

**SETTLEMENT**

Date: 12/10/2013
Settlement No: 19012
Job: 130265

Seller:
TURNER GRAIN
P. O. BOX 756
MARVELL, AR 72366

| TICKET | CWTS | GRADE | YIELD | CARRIER ID. | CONTRACT | PRICE | AMOUNT |
|--------|------|-------|-------|-------------|----------|-------|--------|
| Arrowhead | 1,546.20 | 2 | 61 90 | CH 0151 | 885467V3 | 16.2706 | 25,157.68 |
| B Ockler | 5,077.40 | 2 | 64 71 | CH 0131 | 885467V3 | 16.4642 | 83,495.85 |
| Double R | 4,592.10 | 2 | 58 73 | CH 0131 | 885467V3 | 16.3019 | 80,184.30 |
| Ivory | 1,054.00 | 2 | 56 71 | CH 0131 | 885467V3 | 16.2434 | 20,883.70 |
| King | 1,573.30 | 2 | 60 72 | CH 0131 | 885467V3 | 16.3412 | 25,909.39 |
| L&J Adams | 1,585.20 | 2 | 59 73 | CH 0131 | 66707V3 | 16.4070 | 29,617.93 |

| | | |
|---|---|---|
| 17,443.30 | TOTAL CWTS | 283,948.76 |
| 60.3204 | AVE. WHOLE GRAIN YIELD | |
| 71.3911 | AVE. TOTAL YIELD | |
| 2 | AVE. GRADE | |
| 16.2716 | PRICE PER CWT | |

| | | |
|---|---|---|
| RICE TAX: | 0.00 |
| | 0.00 |
| | 283,948.76 |

**KBX/SR 8126**

**KBX INC.**
P.O. BOX 1885
KENTON, AR 72015-3985
PHONE: 665-775-5555
FAX: 665-775-5557

**SETTLEMENT**

Date: 12/13/2013
Settlement No: 19055
Job: 130250

Seller:
TURNER GRAIN
P. O. BOX 755
MAXWELL, AR 72366

| TICKET | CWTS | GRADES | YIELD | CARRIER ID. | CONTRACT | PRICE | AMOUNT |
|--------|------|--------|-------|-------------|----------|-------|--------|
| Lindley Markus | 3,386.40 | 2 | 59 73 | RTI 495 | 98711W3 | 16.8970 | 54,956.41 |
| D Butcher | 1,948.60 | 2 | 50 68 | RTI 495 | 98711W3 | 16.8979 | 28,578.54 |
| Ivory | 15,867.20 | 1 | 56 71 | RTI 495 | 98711W3 | 16.3834 | 247,560.83 |

| | | | | | |
|---|---|---|---|---|---|
| 20,044.20 | TOTAL CWTS | | | | 330,685.57 |
| 31.9623 | AVE WHOLE GRAIN YIELD | | RICE TAX: | | 0.00 |
| 70.9623 | AVE TOTAL YIELD | | | | 0.00 |
| 3 | AVE GRADE | | | | 339,685.57 |
| 16.4963 | PRICE PER CWT | | | | |

KBX/SR 8127

---

**Theresa Graves**

From: Michael Keith
Sent: Thursday, December 19, 2013 1:46 PM
To: dbartlett723568@yahoo.com; 'Candice Gregory'; jasontcoleman@sbcglobal.net
Subject: Settlement 13056 (BACKUP ONLY)
Attachments: D0007001.tif

KBX/SR 8198

**KBX**
P.O. BOX 1998
STUTTGART, AR 72160-1998
OFFICE: 501-673-8200
FAX: 501-673-8897

## SETTLEMENT

Date: 12/17/2013
Settlement No: 19256
Job: 139279

Seller:
TURNER COMMODITIES
315 ADAMS STREET
P.O. BOX 66
DUMAS, AR 71639

| TICKET | CWTS | GRADE | YIELD | CARRIER ID. | CONTRACT | PRICE | AMOUNT |
|--------|------|-------|-------|-------------|----------|-------|--------|
| Mound Bayou | 3,342.50 | 1 | 62 71 | 33733 | 221476/13 | 13.3740 | 43,717.51 |
| Mound Bayou | 5,392.60 | 1 | 60 71 | 33932 | 221476/13 | 15.3838 | 82,236.01 |

| 8,234.30 | TOTAL CWTS |
|----------|------------|
| 60.6915 | AVG. WHOLE GRAIN YIELD |
| 71.5565 | AVG. TOTAL YIELD |
| 1 | AVG. GRADE |
| 15.3130 | PRICE PER CWT |

| RICE TAX: | 125,953.52 |
|-----------|------------|
| | 0.00 |
| | 0.00 |
| | 125,953.52 |

KBX/SR 8199

---

P-3017

KBX
Turner Comm.
Mound Bayou

| DATE | TICKET | WEIGHT | PRM TICKET | PRM WEIGHT | CERTIFICATE | YIELD | GRADE |
|------|--------|--------|------------|------------|-------------|-------|-------|
| 12/11/2013 | 8160 | | 10830 | 568.30 | 33933 | 62-71 | 1 |
| 12/11/2013 | 8163 | | 10826 | 616.30 | | 8C | |
| 12/11/2013 | 8161 | | 10826 | 597.90 | | | |
| 12/11/2013 | 8162 | | 10828 | 564.40 | | | |
| 12/11/2013 | 8164 | | 10856 | 644.00 | | | |
| | TOTAL | | | 2542.50 | | | |
| 12/11/2013 | 8151 | | 10793 | 584.00 | 33932 | 60-71 | 1 |
| 12/11/2013 | 8152 | | 10797 | 677.40 | | D1 | |
| 12/11/2013 | 8153 | | 50800 | 564.80 | | | |
| 12/11/2013 | 8155 | | 10802 | 607.20 | | | |
| 12/11/2013 | 8156 | | 10812 | 568.40 | | | |
| 12/11/2013 | 8158 | | 10814 | 668.20 | | | |
| 12/11/2013 | 8157 | | 10815 | 537.00 | | | |
| 12/11/2013 | 8159 | | 10817 | 601.40 | | | |
| 12/11/2013 | 8150 | | 10816 | 644.40 | | | |
| | TOTAL | | | 5380.80 | | | |

KBX/SR 8200

**Therese Graves**

| | |
|---|---|
| From: | Michael Keith |
| Sent: | Thursday, December 19, 2013 1:51 PM |
| To: | dbartlett72366@yahoo.com; 'Candice Gregory'; jasontcoleman@sbcglobal.net |
| Subject: | Settlement 19068 (BACKUP ONLY) |
| Attachments: | D0002002L.tif |

KBX/SR 8206

---

SETTLEMENT

P.O. BOX 1968
BRINKLEY, AR 72456-2969
PHONE: 855-778-8820
FAX: 855-778-8897

Date: 12/19/2013
Settlement No: 19068
Job: 130296

Seller:
TURNER GRAIN
P. O. BOX 734
MARVELL, AR 72366

| TICKET | CWTS | GRADE | YIELD | CARRIER ID. | CONTRACT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| Mound Bayou | 12,838.20 | 1 | 61 72 | 44818 | 987223/13 | 13.6875 | 201,395.41 |
| Mound Bayou | 8,510.80 | 1 | 61 71 | 53937 | 987223/13 | 15.6289 | 133,014.44 |

| | | | |
|---|---|---|---|
| 21,349.00 | TOTAL CWTS | RICE TAX: | 334,409.85 |
| 61.0000 | AVE. WHOLE GRAIN YIELD | | 0.00 |
| 71.6015 | AVE. TOTAL YIELD | | 0.00 |
| 1 | AVE. GRADE | | 334,409.85 |
| 15.6646 | PRICE PER CWT | | |

KBX/SR 8207

| | | | | |
|---|---|---|---|---|
| 12/16/2013 | 8184 | 10676 | 576.00 | |
| 12/16/2013 | 8185 | 10680 | 904.00 | |
| 12/16/2013 | 8186 | 10682 | 877.00 | |
| | **TOTAL** | | **12936.20** | |
| 12/17/2013 | 8188 | 10683 | 574.00 | 33937 | 51-71 | 1 |
| 12/17/2013 | 8189 | 10684 | 595.40 | | C1 |
| 12/17/2013 | 8187 | 10686 | 858.80 | |
| 12/17/2013 | 8190 | 10688 | 597.80 | |
| 12/17/2013 | 8191 | 10694 | 898.00 | |
| 12/17/2013 | 8192 | 10697 | 912.60 | |
| 12/17/2013 | 8193 | 10698 | 677.00 | |
| 12/17/2013 | 8194 | 11002 | 609.80 | |
| 12/17/2013 | 8196 | 11006 | 638.00 | |
| 12/17/2013 | 8195 | 11007 | 589.20 | |
| 12/17/2013 | 8197 | 11011 | 567.20 | |
| 12/17/2013 | 8198 | 11013 | 579.80 | |
| 12/17/2013 | 8199 | 11014 | 594.00 | |
| 12/17/2013 | 8200 | 11016 | 674.00 | |
| | **TOTAL** | | **8910.80** | |

KBX
Turner Commodities
Mound Bayou

| DATE | TICKET | WEIGHT | PRM TICKET | PRM WEIGHT | CERTIFICATE | YIELD | GRADE |
|---|---|---|---|---|---|---|---|
| | | | | | 44918 | 51-72 | 1 |
| 12/16/2013 | 8168 | | 10041 | 496.00 | | 80 |
| 12/16/2013 | 8166 | | 10042 | 692.20 | |
| 12/16/2013 | 8167 | | 10043 | 564.60 | |
| 12/16/2013 | 8168 | | 10044 | 657.40 | |
| 12/16/2013 | 8169 | | 10045 | 548.00 | |
| 12/16/2013 | 8170 | | 10050 | 567.40 | |
| 12/16/2013 | 8171 | | 10052 | 536.80 | |
| 12/16/2013 | 8172 | | 10055 | 628.20 | |
| 12/16/2013 | 8173 | | 10066 | 642.00 | |
| 12/16/2013 | 8174 | | 10067 | 564.20 | |
| 12/16/2013 | 8175 | | 10089 | 638.40 | |
| 12/16/2013 | 8176 | | 10094 | 674.40 | |
| 12/16/2013 | 8177 | | 10096 | 672.40 | |
| 12/16/2013 | 8178 | | 10098 | 524.20 | |
| 12/16/2013 | 8179 | | 10099 | 619.20 | |
| 12/16/2013 | 8180 | | 10071 | 542.80 | |
| 12/16/2013 | 8181 | | 10072 | 616.00 | |
| 12/16/2013 | 8182 | | 10075 | 578.00 | |
| 12/16/2013 | 8183 | | 10077 | 657.00 | |

P-1020

KBX/SR 8208

KBX/SR 8209

## Theresa Graves

| | |
|---|---|
| From: | Micheal Keith |
| Sent: | Monday, February 10, 2014 9:20 AM |
| To: | dbartlett72366@yahoo.com; Gale Hamrick (gale@turnargrain.com); jasontcoleman@sbcglobal.net |
| Subject: | Backup 2/6 Wire |
| Attachments: | settlement19289.pdf; settlement19300.pdf; settlement19305.pdf |

Wired: 2/6/2014

**KBX/SR 8504**

---

# KBX INC.

P.O. BOX 1000
BENTON, AR 72015-1000
PHONE: 501-778-8836
FAX: 501-778-8881

## SETTLEMENT

Date: 10/04/0914
Settlement No: 13169
Job: 130241

Seller
TURNER GRAIN
P. O. BOX 756
MARVELL, AR 72366

| TICKET | CWTS | GRADE | YIELD | CARRIER ID. | CONTRACT | PRICE | AMOUNT |
|--------|-------|-------|-------|-------------|----------|-------|--------|
| 94219 | 617.80 | 0 | 0 0 | 13-48 | 98560/3/13 | 15.0000 | 9,267.00 |
| 94210 | 545.80 | 0 | 0 0 | 13-48 | 98560/3/13 | 15.0000 | 8,187.00 |
| 94211 | 581.80 | 0 | 0 0 | 13-48 | 98560/3/13 | 15.0000 | 8,727.00 |
| 94222 | 632.40 | 0 | 0 0 | 13-48 | 98560/3/13 | 15.0000 | 9,486.00 |
| 94216 | 559.80 | 0 | 0 0 | 13-48 | 98560/3/13 | 15.0000 | 8,397.00 |
| 94224 | 603.00 | 0 | 0 0 | 13-49 | 98560/3/13 | 15.0000 | 9,045.00 |
| 94225 | 619.40 | 0 | 0 0 | 13-49 | 98560/3/13 | 15.0000 | 9,291.00 |
| 94226 | 590.80 | 0 | 0 0 | 13-49 | 98560/3/13 | 15.0000 | 8,862.00 |
| 94227 | 578.00 | 0 | 0 0 | 13-49 | 98560/3/13 | 15.0000 | 8,670.00 |
| 94228 | 557.40 | 0 | 0 0 | 13-49 | 98560/3/13 | 15.0000 | 8,361.00 |
| 94229 | 374.20 | 0 | 0 0 | 13-49 | 98560/3/13 | 15.0000 | 5,613.00 |

| | | | | | |
|---|---|---|---|---|---|
| 6,200.40 | TOTAL CWTS | | | | 93,306.00 |
| 0.0000 | AVE WHOLE GRAIN YIELD | RICE TAX: | 0.00 |
| 0.0000 | AVE TOTAL YIELD | | 0.01 |
| 0 | AVE GRADE | | 93,306.00 |
| 15.0000 | PRICE PER CWT | | |

**KBX/SR 8505**

## Left Settlement

**KBX INC.**
P.O. BOX 1890
BENTON, AR 72018-2890
PHONE: 501-778-8820
FAX: 501-778-8897

**SETTLEMENT**

Date: 02/65/2014
Settlement No: 19300
Job: 138244

Seller:
TURNER GRAIN
P.O. BOX 755
MARVELL, AR 72366

| TICKET | CWTS | GRADE | YIELD | CARRIER ID. | CONTRACT | PRICE | AMOUNT |
|--------|------|-------|-------|-------------|----------|-------|--------|
| Cala Agra | 2,341.40 | 1 | 59 70 | 48879 | 111998N13 | 16.3834 | 46,143.27 |
| Cala Agra | 2,671.80 | 1 | 56 70 | 48904 | 111998N23 | 16.3451 | 43,405.66 |

| | | |
|---|---|---|
| 5,113.20 | TOTAL CWTS | |
| 57.5445 | AVE. WHOLE GRAIN YIELD | |
| 70.0000 | AVE. TOTAL YIELD | |
| 1 | AVE. GRADE | |
| 16.3548 | PRICE PER CWT | |

RICE TAX:
89,946.93
0.00
0.00
89,946.93

**KBX/SR 8506**

## Right Settlement

**KBX INC.**
P.O. BOX 1890
BENTON, AR 72018-2890
PHONE: 501-778-8820
FAX: 501-778-8897

**SETTLEMENT**

Date: 08/04/2014
Settlement No: 19305
Job: 140052

Seller:
TURNER GRAIN
P.O. BOX 755
MARVELL, AR 72366

| TICKET | CWTS | GRADE | YIELD | CARRIER ID. | CONTRACT | PRICE | AMOUNT |
|--------|------|-------|-------|-------------|----------|-------|--------|
| | 31,535.00 | 2 | 58 73 | ANT23F04 | 1112/04 | 16.2703 | 506,982.04 |

| | | |
|---|---|---|
| 31,535.00 | TOTAL CWTS | |
| 58.0000 | AVE. WHOLE GRAIN YIELD | |
| 73.0000 | AVE. TOTAL YIELD | |
| 2 | AVE. GRADE | |
| 16.8949 | PRICE PER CWT | |

RICE TAX:
506,982.04
0.00
0.00
506,982.04

**KBX/SR 8507**

Law Clerk2

From:        Michael Keith
Sent:        Wednesday, February 12, 2014 4:18 PM
To:          dkerbel72500@yahoo.com; Gale Hamrick (gale@turnergrain.com);
             jmontoolsman@sbcglobal.net
Subject:     Wire: 2/11/2014 Backup
Attachments: settlement18314.pdf; settlement18321.pdf

Wired:  2/11/2014

1

KBX/SR 8509

---

**KBX INC.**
P.O. BOX 3900
NEWPORT, AR 72113-3900
PHONE: 501-279-6996
FAX: 501-335-6997

**SETTLEMENT**

Date: 02/10/2014
Settlement No: 18314
Job: 130213

Seller:
TURNER GRAIN
P.O. BOX 356
MARVELL, AR 72366

| TICKET | CWTS | GRADE | YIELD | CARRIER ID. | CONTRACT | PRICE | AMOUNT |
|--------|------|-------|-------|-------------|----------|-------|--------|
| DM Anderson | 795.80 | 1 | 60 70 | 34191 | 987016/12 | 16.3505 | 13,006.37 |
| DM Anderson | 3,053.40 | 1 | 61 70 | 48941 | 987050/13 | 16.2704 | 52,046.06 |
| DM Anderson | 2,445.40 | 1 | 61 70 | 48941 | 988734/13 | 16.1396 | 39,591.19 |
| DM Anderson | 1,048.80 | 1 | 61 70 | 40941 | 813801/23 | 16.2706 | 17,308.02 |
| DM Anderson | 6,767.00 | 1 | 62 72 | 48970 | 982891/13 | 16.4774 | 112,512.43 |
| blankhom | 541.60 | 1 | 60 70 | 48921 | 295891/13 | 15.1325 | 8,767.53 |
| PriceMOA | 690.60 | 1 | 51 69 | 54122 | 883891/23 | 15.7013 | 10,334.20 |
| PriceMOA | 639.86 | 1 | 53 71 | 48950 | 815891/13 | 15.9601 | 10,856.71 |
| WilliamsStamper | 1,994.30 | 1 | 60 72 | 48965 | 813891/13 | 16.3421 | 28,484.43 |
| WilliamsStample | 1,666.30 | 1 | 61 72 | 48968 | 813891/13 | 16.3572 | 27,364.33 |
| Odhan 2 | 3,288.40 | 1 | 60 70 | 48949 | 815891/13 | 15.3282 | 54,946.08 |
| Clark & Sons | 1,114.60 | 1 | 57 71 | 34188 | 815891/13 | 16.1495 | 18,413.57 |
| Clark & Sons | 1,763.00 | 1 | 59 71 | 35890 | 815891/13 | 16.2207 | 28,966.58 |
| Clark & Sons | 578.60 | 1 | 61 72 | 48965 | 815891/13 | 16.2572 | 9,411.65 |
| Clark & Sons | 592.60 | 1 | 59 71 | 48994 | 815891/13 | 16.3567 | 9,633.06 |
| Clark & Sons | 2,719.60 | 1 | 60 71 | 48968 | 815891/13 | 16.4191 | 44,650.30 |
| Browne/Woodard | 1,245.40 | 1 | 61 72 | 34189 | 815891/13 | 16.2289 | 20,029.99 |
| Browne/Woodard | 1,650.60 | 1 | 62 71 | 48940 | 815891/13 | 16.3390 | 27,024.93 |
| Browne/Woodard | 2,316.90 | 1 | 62 72 | 48942 | 813691/13 | 16.4774 | 38,174.94 |
| Grant/Ware/TMH | 547.40 | 1 | 63 71 | 48940 | 815891/13 | 16.5352 | 9,082.56 |
| Jeschera Rice | 3,147.30 | 1 | 61 72 | 48947 | 982891/13 | 16.3572 | 19,436.02 |

| 37,620.40 | TOTAL CWTS |
|-----------|-----------|
| 60.9675 | AVE. WHOLE GRAIN YIELD |
| 71.1800 | AVE. TOTAL YIELD |
| 1 | AVE. GRADE |
| 16.3368 | PRICE PER CWT |

| RICE TAX: | 654,538.34 |
|-----------|------------|
|           | 0.00 |
|           | 0.00 |
|           | 654,538.34 |

KBX/SR 8510

Law Clerk2

| | |
|---|---|
| From: | Jason Coleman [jasonlcoleman@sbcglobal.net] |
| Sent: | Wednesday, June 12, 2013 8:21 AM |
| To: | Michael Keith |

Pay one of those barges if you can today

Sent from my iPhone

1

KBX/SR 6393

Law Clerk2

| | |
|---|---|
| From: | Jason Coleman [jasonlcoleman@sbcglobal.net] |
| Sent: | Thursday, June 13, 2013 11:48 AM |
| To: | Michael Keith |

Need pyt on the west Memphis barges have 3 loaded over there

Sent from my iPhone

1

KBX/SR 6397

Law Clerk2

| | |
|---|---|
| From: | Jason Coleman [jasoncoleman@sbcglobal.net] |
| Sent: | Friday, June 14, 2013 9:06 AM |
| To: | Michael Keith |

Got to have west Memphis info and more money

Sent from my iPhone

KBX/SR 6398

Law Clerk2

| | |
|---|---|
| From: | Jason Coleman [jasoncoleman@sbcglobal.net] |
| Sent: | Monday, June 17, 2013 5:49 PM |
| To: | Michael Keith |

U sending anything today

Sent from my iPhone

KBX/SR 6423

**Law Clerk2**

From:       Jason Coleman [jasonicoleman@sbcglobal.net]
Sent:       Wednesday, June 19, 2013 2:21 PM
To:         Michael Keith

You wiring the other barge today

Sent from my iPhone

---

**Law Clerk2**

From:       Jason Coleman [jasonicoleman@sbcglobal.net]
Sent:       Tuesday, July 02, 2013 11:29 AM
To:         Michael Keith
Subject:    Re: Settlement 18459

You better I am pushing hard on moving this sh*t

Sent from my iPhone

On Jul 2, 2013, at 11:21 AM, "Michael Keith" <mkeith@kbx-rice.com> wrote:

> No way man
>
> From: Jason Coleman [mailto:jasonicoleman@sbcglobal.net]
> Sent: Tuesday, July 02, 2013 11:26 AM
> To: Michael Keith
> Subject: Re: Settlement 18459
>
> U paying all of these today
>
> Sent from my iPhone
>
> On Jul 2, 2013, at 11:10 AM, "Michael Keith" <mkeith@kbx-rice.com> wrote:
>
>> Settlement 18459
>> Barge No. BUNGE 14008
>>
>> From: KBX Rice [mailto:timymum@kbx-rice.com]
>> Sent: Tuesday, July 02, 2013 12:27 PM
>> To: Michael Keith
>> Subject: Attached Image
>>
>> <3754_0001.pdf>

KBX/SR 6430

KBX/SR 6542

## Law Clerk2

| | |
|---|---|
| **From:** | Jason Coleman [jasoncoleman@abcglobal.net] |
| **Sent:** | Wednesday, July 03, 2013 11:00 AM |
| **To:** | Michael Keith |
| **Subject:** | Re: Settlement 18486 |

Thanks need another mill today

Sent from my iPhone

On Jul 3, 2013, at 10:53 AM, "Michael Keith" <mkeith@kbx-rice.com> wrote:

> **From:** KBX Rice [mailto:rthrum@kbx-rice.com]
> **Sent:** Wednesday, July 03, 2013 11:53 AM
> **To:** Michael Keith
> **Subject:** Attached Image

<3770_0001.pdf>

KBX/SR 6585

## Law Clerk2

| | |
|---|---|
| **From:** | Jason Coleman [jasoncoleman@abcglobal.net] |
| **Sent:** | Tuesday, July 09, 2013 2:54 PM |
| **To:** | Michael Keith |

Nice money today please

Sent from my iPhone

KBX/SR 6620

**Theresa Graves**

| | |
|---|---|
| From: | Candice Gregory <candice@turnergrain.com> |
| Sent: | Tuesday, July 23, 2013 10:57 AM |
| To: | Michael Keith; Dottie Morrison; Shey Sebree |
| Cc: | Dale Bartlett; jason@turnergrain.com |
| Subject: | payment |
| Attachments: | SCF20078.pdf |

MK-

Jason asked me to email you regarding payment on the following:

SCF20078 @ HST
Any unpaid Windmill loads (he estimates there are 85 or so)
CGB loads (Approx. 120 loads)
Any loads Bunge West Memphis
LA Rice Mill (Approx. 30 loads)

We have a number of people that we are needing to pay this afternoon and REALLY REALLY need to get this in.

Please call Jason with any questions.

Thanks,

Candice Gregory
Turner Grain Merchandising, Inc.
Office: 870-734-4747
Fax: 870-734-4748
candice@turnergrain.com

KBX/SR 7051

---

**Law Clerk2**

| | |
|---|---|
| From: | Jason Coleman [jasoncoleman@sbcglobal.net] |
| Sent: | Tuesday, July 30, 2013 11:18 AM |
| To: | Michael Keith |
| Subject: | Re: LGRR Barge BUNGE 24001 @ CGB W. Memphis |

Need to pay
Scf1002
Barge 14575
Got to get la rice mill pay today got to pay out in the morning

Sent from my iPhone

On Jul 30, 2013, at 10:27 AM, "Michael Keith" <mkeith@kbx-rice.com> wrote:

> From: Addie Bond, RMG [mailto:abond@rmcorl.com]
> Sent: Tuesday, July 09, 2013 3:00 PM
> To: Michael Keith
> Cc: Dottie Morrison; Shey Sebree; rmgopt
> Subject: LGRR Barge BUNGE 24001 @ CGB W. Memphis
>
> Michael,
> Attached is the inspection Report and track sheets on the above Barge. Inspection report to your office.
> Thanks,
> Addie
>
> Addie Bond
> *The Russell Marine Group*
> 2916 N. Causeway Blvd. - Suite 100
> Metairie, Louisiana, USA  70001
> Ph: (504) 392-3900    Fax: (504) 392-2010
>
> **Confidentiality Notice:**
> If you have received this communication in error please note that it is intended for the addressee only
> and others authorized to receive. It is privileged and confidential and dissemination, modification or
> copying is prohibited. Please notify us immediately by telephone and return the original message to us.
> Please also delete the message from your computer. You should carry out your own virus check before
> opening any attachments. We accept no liability for any loss or damage which may be caused by
> software viruses or interception/interruption of this mail.
>
>
> <bunge-24001_2013-07-09.pdf>
> <20130709145830686.pdf>

KBX/SR 7217

**Theresa Graves**

| | |
|---|---|
| From: | Candice Gregory <candice@turnergrain.com> |
| Sent: | Monday, August 19, 2013 8:46 AM |
| To: | Michael Keith; Shay Sabree |
| Cc: | Dale Bartlett; 'Jason Coleman' |
| Subject: | payments |

MK-

Jason asked me to email you about payment on loads delivered to Poinsett Grain, Carlson.Mills and barges @ CGB. Please let me know if you have any questions

Candice Gregory
**Turner Grain Merchandising, Inc.**
Office: 870-734-4747
Fax: 870-734-4748
candice@turnergrain.com

---

**Lew Clark2**

| | |
|---|---|
| From: | Jason Coleman [jasontcoleman@sbcglobal.net] |
| Sent: | Tuesday, August 20, 2013 7:30 AM |
| To: | Michael Keith; michael keith |
| Subject: | Rice |

Need pyt on the two Cgb barges
Poinsett barge
Carlson mills
This is a total of about 101 loads
Really need this today

Sent from my iPhone

KBX/BR 7495

KBX/BR 7534

**Theresa Graves**

| | |
|---|---|
| From: | Jason Coleman <jason@turnergrain.com> |
| Sent: | Monday, January 13, 2014 11:41 AM |
| To: | Michael Keith |
| Subject: | FW: PRM Load Summary |
| Attachments: | P-3002 DAILY TOTAL.xlsx |

Please pay this today , I sold shay some cheap rice
So please pay got farmers doing farm loans so really nothing thanks

Jason Coleman
Turner Grain Merchandising, Inc.
(Office) 870-754-4747
(Fax) 870-754-4748
jason@turnergrain.com

From: Shay Sebree [mailto:onsebree@kidor-rice.com]
Sent: Friday, January 10, 2014 4:02 PM
To: jasoncoleman@sbcglobal.net; turnergrain@sbcglobal.net; dbartlett72366@yahoo.com
Subject: PRM Load Summary

Load summaries attached.

1

KBX/SR 8412

---

Law Clerk2

| | |
|---|---|
| From: | Michael Keith |
| Sent: | Wednesday, February 05, 2014 11:10 AM |
| To: | Dale bartlett |
| Subject: | RE: PRM Loads sent by Shay |

They all were paid.

From: dale bartlett [mailto:dbartlett72366@yahoo.com]
Sent: Wednesday, February 05, 2014 11:05 AM
To: Michael Keith
Subject: PRM Loads sent by Shay

We do not show payment on these

1

KBX/SR 8497

**Law Clerk2**

| | |
|---|---|
| From: | Michael Keith |
| Sent: | Wednesday, April 09, 2014 10:14 AM |
| To: | 'dale bartlett'; Dale Hamrick (gale@tumargrain.com); jasonlcoleman@abcglobal.net |
| Subject: | RE: LTD 755 Backup |
| Attachments: | 2426_0001.pdf |

16.50 CIF Nola in traded February with \$0.90 barge freight is a good price to lose money.

From: dale bartlett [mailto:dbartlett72366@yahoo.com]
Sent: Wednesday, April 09, 2014 10:00 AM
To: Michael Keith
Subject: Re: LTD 755 Backup

This attachments should be sent to Barge. NICE PRICES!
On Tuesday, April 8, 2014 2:30 PM, Michael Keith <mkeith@kbx-rba.com> wrote:

From: KBX Rice [mailto:tbyrom@kbx-rba.com]
Sent: Tuesday, April 08, 2014 11:49 AM
To: Michael Keith
Subject: Attached Image

1

**KBX/SR 8626**

---

EXHIBIT
6

**Theresa Graves**

| | |
|---|---|
| From: | Chris Taylor <ctaylor-0479@sbcglobal.net> |
| Sent: | Thursday, March 15, 2012 2:21 PM |
| To: | Michael Keith; ssaabrea@kbx-rba.com; Dottie Morrison |
| Cc: | Dale Bartlett; Jason Coleman |
| Subject: | Invoice Per Jason and Dale |
| Attachments: | Scan #3.tif |

| | |
|---|---|
| Importance: | High |

Hello All,

See attached invoice for rice shipped to Producers Rice Mill. The farmer on this specific contract has a CCC loan that has expired and requires payment. We need paid on this contract as soon as possible today.

Please see attachment for contract number and load summary.

Thanks,
Chris Taylo

1

**KBX/SR 9975**

**Theresa Graves**

| | |
|---|---|
| From: | Michael Keith <mkeith@tzv-rice.com> |
| Sent: | Tuesday, March 20, 2012 12:51 PM |
| To: | Dottie Morrison |
| Subject: | Fw: Jimbo113 |
| Attachments: | JIMBO113.tif |

Sent via BlackBerry by AT&T

From: Candice Gregory <turnergrain@sbcglobal.net>
Date: Thu, 8 Mar 2012 16:17:47 -0800 (PST)
To: Michael Keith<mkeith@tzv-rice.com>
Cc: Dale Bartlett<dbartlett72366@yahoo.com>; Jason Coleman<jasonstorianzip@sbcglobal.net>
Subject: Jimbo113

Attached is an invoice for Jimbo 113. Please pay as soon as possible..

*Candice Gregory*

*Turner Grain Merchandising, Inc.*

*Phone: 870-752-0406*

*Fax: 870-734-4748*

KBX/SR 9981

---

**Theresa Graves**

| | |
|---|---|
| From: | Candice Gregory <turnergrain@sbcglobal.net> |
| Sent: | Wednesday, March 21, 2012 10:34 AM |
| To: | Michael Keith; Shay Sebree; Dottie Morrison |
| Cc: | Dale Bartlett; Jason Coleman |
| Subject: | Producers Rice loads |
| Attachments: | Producers loads 32112.tif |

Attached is a load summary for loads taken to PRM in Stuttgart. Please pay ASAP.

Thanks,

*Candich Gregory*

*Turner Grain Merchandising, Inc.*

*Phone: 870-752-0406*

*Fax: 870-734-4748*

KBX/SR 9983

## Left document

**KBX INC.**

P.O. BOX 1989
BENTON, AR 72018-9968
PHONE: 501-778-0032
FAX: 501-778-0037

**SETTLEMENT**

Date: 02/10/2014
Settlement No: 19511
Job: 190307

Seller:
TURNER GRAIN
P.O. BOX 396
MARVELL, AR 72366

| TICKET | CWT# | GRADE | YIELD | CARRIER ID. | CONTRACT | PRICE | AMOUNT |
|--------|------|-------|-------|-------------|----------|-------|--------|
| Southern Rice | 1,726.40 | 1 | 61 72 | 48944 | 083893/53 | 16.3872 | 28,394.24 |
| Southern Rice | 3,931.40 | 1 | 60 71 | 48946 | 083894/53 | 16.3893 | 64,554.42 |
| Southern Rice | 1,740.60 | 1 | 61 71 | 48915 | 083892/53 | 16.3289 | 28,432.38 |
| Southern Rice | 2,796.60 | 1 | 61 71 | 48947 | 083893/53 | 16.3289 | 45,668.47 |
| Southern Rice | 2,733.00 | 1 | 61 72 | 48920 | 083897/53 | 16.3872 | 44,794.80 |
| Wilhems/Semper | 2,046.60 | 1 | 61 71 | 48942 | 083895/53 | 16.3289 | 33,339.98 |
| Williams/Semper | 1,547.30 | 1 | 38 70 | 48917 | 083895/53 | 16.1385 | 24,964.56 |
| Pretwood/Weldely | 438.30 | 1 | 39 70 | 48948 | 083896/53 | 15.3498 | 8,796.24 |
| Pretwood/Weldely | 105.00 | 1 | 53 70 | 48966 | 083896/53 | 15.9098 | 1,680.07 |
| Pretwood | 328.30 | 1 | 25 70 | 37000 | 083895/53 | 15.9098 | 5,233.14 |
| Clark & Sons | 506.80 | 1 | 62 71 | 48973 | 083895/53 | 16.5740 | 8,398.34 |
| Clark & Sons | 1,111.80 | 1 | 62 73 | 48943 | 083893/53 | 16.4533 | 18,249.43 |

| 18,434.00 | TOTAL CWT# | | 333,790.18 |
|-----------|------------|---|-----------|
| 60.3597 | AVE WHOLE GRAIN YIELD | RICE TAX0 | 0.00 |
| 71.2442 | AVE TOTAL YIELD | | 0.00 |
| 1 | AVE GRADE | | 333,790.18 |
| 16.3651 | PRICE PER CWT | | |

KBX/SR 8611

## Right document

From: Michael Keith
Sent: Wednesday, March 19, 2014 3:02 PM
To: dberter072300@yahoo.com; Gale Hamrick (gale@turnergrain.com); jasonkoleman@sbcglobal.net
Subject: Wire Backup 3/19/2014
Attachments: settlement19494.pdf; settlement19497.pdf; settlement19508.pdf

KBX/SR 8581

**KBX INC.**
P.O. BOX 1899
BENTON, AR 72018-1899
PHONE: 501-778-8899
FAX: 501-918-8897

**SETTLEMENT**

Date: 03/17/2014
Settlement No: 19494
Job: 130820

Seller:
TURNER GRAIN
P. O. BOX 756
MARVELL, AR 72566

| TICKET | CWT8 | GRADE | YIELD | CARRIER ID. | CONTRACT | PRICE | AMOUNT |
|--------|------|-------|-------|-------------|----------|-------|--------|
| 758224 | 535.08 | 0 | 64 72 | 34903 | 1103/13 | 15.5581 | 8,615.10 |
| 758225 | 521.20 | 0 | 64 73 | 34906 | 1103/13 | 15.7361 | 8,078.74 |
| 758226 | 610.20 | 0 | 65 72 | 34915 | 1103/13 | 15.8472 | 9,568.34 |

| 1,701.80 | TOTAL CWT8 | | | | | | 24,904.33 |
| 63.0803 | AVE WHOLE GRAIN YIELD | | | RICE TAX: | | | 0.00 |
| 72.5606 | AVE. TOTAL YIELD | | | | | | 0.00 |
| 0 | AVE. GRADE | | | | | | 24,904.33 |
| 15.5461 | PRICE PER CWT | | | | | | |

**KBX/SR 8582**

---

**KBX INC.**
P.O. BOX 1899
BENTON, AR 72018-1899
PHONE: 501-778-8899
FAX: 501-778-8897

**SETTLEMENT**

Date: 03/17/2014
Settlement No: 19497
Job: 130901

Seller:
TURNER GRAIN
P.O. BOX 756
MARVELL, AR 72566

| TICKET | CWT8 | GRADE | YIELD | CARRIER ID. | CONTRACT | PRICE | AMOUNT |
|--------|------|-------|-------|-------------|----------|-------|--------|
| 95414 | 147.60 | 0 | 62 73 | 35360 | 1010946/13 | 16.0730 | 9,465.24 |
| 95415 | 149.30 | 0 | 65 73 | 35361 | 1010946/13 | 16.0759 | 9,561.93 |
| 95916 | 530.40 | 0 | 64 73 | 35362 | 1010946/13 | 16.7310 | 9,962.52 |
| 95917 | 598.30 | 0 | 64 72 | 35363 | 1010946/13 | 16.5723 | 9,626.31 |
| 95428 | 599.60 | 0 | 65 73 | 35364 | 1010946/13 | 16.0730 | 9,398.87 |
| 95918 | 611.40 | 0 | 66 72 | 35369 | 1010946/13 | 16.7310 | 9,551.12 |
| 97708 | 682.40 | 0 | 65 73 | 35351 | 1010946/13 | 16.6720 | 10,041.36 |
| 97707 | 599.00 | 0 | 66 71 | 35352 | 1010946/13 | 16.7310 | 10,015.88 |
| 80419 | 545.80 | 0 | 64 73 | 35384 | 1010946/13 | 16.6558 | 9,977.09 |
| 101408 | 605.60 | 0 | 62 72 | 35385 | 1010946/13 | 16.5274 | 10,048.99 |
| 97709 | 617.60 | 0 | 65 73 | 35350 | 1010946/13 | 16.6730 | 10,210.04 |
| 97710 | 524.40 | 0 | 64 71 | 35296 | 1010946/13 | 16.5142 | 8,649.35 |
| 97711 | 621.60 | 0 | 64 71 | 35399 | 1010946/13 | 16.5142 | 10,265.53 |
| 101421 | 563.40 | 0 | 62 71 | 35368 | 1010946/13 | 16.4849 | 9,283.38 |
| 101422 | 534.50 | 0 | 63 73 | 35392 | 1010946/13 | 16.5837 | 8,870.55 |
| 977.2 | 573.20 | 0 | 63 72 | 35394 | 1010946/13 | 16.5274 | 9,489.45 |
| 101423 | 573.30 | 0 | 64 73 | 35300 | 1010946/13 | 16.4808 | 9,223.77 |
| 101424 | 591.40 | 2 | 63 72 | 35397 | 1010946/13 | 16.5274 | 9,906.51 |

| 10,245.60 | TOTAL CWT8 | | | | | | 171,463.80 |
| 64.2813 | AVE WHOLE GRAIN YIELD | | | RICE TAX: | | | 0.00 |
| 72.4055 | AVE. TOTAL YIELD | | | | | | 0.00 |
| 0 | AVE. GRADE | | | | | | 171,463.80 |
| 16.8105 | PRICE PER CWT | | | | | | |

**KBX/SR 8583**



**KBX INC.**

P.O. BOX 1886
BENTON, AR 72018-6866
PHONE: 501-778-9526
FAX: 501-778-9577

**SETTLEMENT**

Date: 03/19/2014
Settlement No: 12376
Job: 140052

Seller:
TURNER GRAIN
P. O. BOX 726
MARVELL, AR 72366

| TICKET | CWTS | GRADE | YIELD | CARRIER ID. | CONTRACT | PRICE | AMOUNT |
|--------|------|-------|-------|-------------|----------|-------|--------|
| | 30,874.80 | 2 | 37 70 | AOE 114 | 112MF3913 | 15.9903 | 493,902.07 |

| | | | | |
|---|---|---|---|---|
| 30,874.80 | TOTAL CWTS | | | |
| 37.0000 | AVE. WHOLE GRAIN YIELD | | RICE TAX | 493,902.07 |
| 70.0000 | AVE. TOTAL YIELD | | | 0.00 |
| 2 | AVE. GRADE | | | 0.00 |
| 15.9903 | PRICE PER CWT | | | 493,902.07 |

KBX/SR 8584

---

From:           Michael Keith
Sent:           Wednesday, April 09, 2014 10:14 AM
To:             'dale bartlett'; dale Henrick (gale@turnergrain.com); jasoncoleman@sbcglobal.net
Subject:        RE: LTD 755 Backup
Attachments:    2428_0001.pdf

15.80 CIF Nola in traded February with $0.90 barge freight is a good price to lose money.

From: dale bartlett [mailto:dbartlett72366@yahoo.com]
Sent: Wednesday, April 09, 2014 10:00 AM
To: Michael Keith
Subject: Re: LTD 755 Backup

This attachments should be sent to barge. NICE PROCESS
On Tuesday, April 8, 2014 2:30 PM, Michael Keith <mkeith@kbx-rice.com> wrote:

From: KBX Rice [mailto:KBXRice@kbx-rice.com]
Sent: Tuesday, April 08, 2014 11:49 AM
To: Michael Keith
Subject: Attached Image

1

KBX/SR 8626











KBX/SR 8632

KBX/SR 8631

**Theresa Graves**

From:        Michael Keith
Sent:        Monday, April 21, 2014 10:18 AM
To:          charliett72366@yahoo.com; Gale Hamrick (gale@turnergrain.com);
             jasonicoleman@sbcglobal.net
Subject:     Backup Wire - 4/17/2014
Attachments: settlement19634.pdf; settlement19678.pdf; settlement19680.pdf

KBX INC.

P.O. BOX 1989
BENTON, AR 72018-1989
PHONE: 501-778-8231
FAX: 501-778-8837

SETTLEMENT

Date: 04/08/2014
Settlement No: 19634
Job: 140001

Seller:
TURNER GRAIN
P.O. BOX 714
MARVELL, AR 72366

| TICKET | CWTS | GRADE | YIELD | CARRIER ID. | CONTRACT | PRICE | AMOUNT |
|--------|------|-------|-------|-------------|----------|-------|--------|
| Palmett Rice | 3,239.60 | 1 | 60 71 | 50569 | 131908103 | 16.4308 | 53,242.38 |
|  | 3,189.40 | 1 | 61 71 | 50586 | 131908173 | 16.4789 | 52,557.30 |
| Chad Warren | 1,165.00 | 1 | 62 72 | 50835 | 131908103 | 16.5823 | 19,327.11 |
|  | 1,336.00 | 1 | 63 72 | 50771 | 131908103 | 16.3274 | 20,157.83 |
|  | 2,494.20 | 1 | 61 72 | 50304 | 131908103 | 16.0274 | 40,494.43 |
| LK2 Farms | 470.30 | 1 | 61 70 | 50231 | 131908103 | 16.4388 | 7,728.57 |
|  | 500.60 | 1 | 61 71 | 50370 | 131908103 | 16.4789 | 8,249.54 |
| Clifton/Moore | 1,738.40 | 1 | 61 71 | 50234 | 131908103 | 16.4789 | 28,576.30 |
|  | 1,041.60 | 1 | 60 72 | 50241 | 131908103 | 16.8274 | 13,319.30 |
| Cypress Slongh | 554.00 | 1 | 61 71 | 50854 | 131908103 | 16.4789 | 9,139.20 |
|  | 5,194.00 | 1 | 62 71 | 50043 | 131908113 | 16.5349 | 85,838.88 |

| | | |
|---|---|---|
| 22,908.00 | TOTAL CWTS | |
| 61.4818 | AVE. WHOLE GRAIN YIELD | |
| 71.3392 | AVE. TOTAL YIELD | |
| 1 | AVE. GRADE | |
| 16.5977 | PRICE PER CWT | |

|  |  |
|---|---|
| RICE TAX: | 374,630.33 |
|  | 0.00 |
|  | 0.00 |
|  | 374,630.33 |

KBX/SR 8734

KBX/SR 8735



**KBX INC.**
P.O. BOX 3899
BENTON, AR 72018-3899
PHONE: 501-778-8525
FAX: 501-778-8597

**SETTLEMENT**

Date: 04/16/2014
Settlement No: 19679
Job: 140026

Seller:
TURNER GRAIN
P.O. BOX 756
MARVELL, AR 72366

| TICKET | CWT# | GRADE | YIELD | CARRIER ID. | CONTRACT | PRICE | AMOUNT |
|--------|------|-------|-------|-------------|----------|-------|--------|
| Kidd & Lynn | 2,296.20 | 1 | 59 70 | 50467 | 434923014 | 16.2804 | 37,137.01 |
| | 1,887.50 | 1 | 62 71 | 50428 | 434929014 | 16.4740 | 30,773.60 |
| | 1,671.30 | 1 | 60 71 | 50449 | 434959014 | 16.5774 | 27,704.15 |
| | 504.30 | 1 | 62 72 | 50467 | 434959014 | 16.2323 | 8,825.41 |
| Leslie Brown | 1,110.60 | 1 | 62 72 | 50447 | 434950014 | 16.5774 | 18,742.41 |
| LRZ Farms | 1,387.20 | 1 | 63 72 | 50445 | 434950014 | 16.5774 | 22,996.17 |
| Running Lake | 2,139.80 | 1 | 53 72 | 50444 | 434950014 | 16.1366 | 34,514.90 |
| | 603.40 | 1 | 51 70 | 50461 | 434928014 | 15.9196 | 9,595.97 |
| DICERC | 581.00 | 3 | 61 71 | 50446 | 434929014 | 16.4289 | 8,348.94 |
| Northern Rise | 4,478.40 | 1 | 59 70 | 50401 | 434919014 | 16.3204 | 73,112.60 |
| | 516.60 | 3 | 59 70 | 50433 | 434919014 | 15.7204 | 8,118.21 |
| | 628.80 | 1 | 59 70 | 50486 | 434959014 | 16.3004 | 10,135.93 |
| Threett Farms | 645.20 | 1 | 57 72 | 50459 | 434929014 | 16.3089 | 10,525.13 |

| 23,260.40 | TOTAL CWT# | | | | | RICE TAX: | 378,766.43 |
| 59.2527 | AVE. WHOLE GRAIN YIELD | | | | | | 0.00 |
| 70.7516 | AVE. TOTAL YIELD | | | | | | 0.00 |
| 1 | AVE. GRADE | | | | | | 378,766.43 |
| 16.7282 | PRICE PER CWT | | | | | | |

KBX/SR 8736

---

**KBX INC.**
P.O. BOX 3899
BENTON, AR 72018-3899
PHONE: 501-778-8525
FAX: 501-778-8597

**SETTLEMENT**

Date: 04/16/2014
Settlement No: 19680
Job: 140025

Seller:
TURNER GRAIN
P.O. BOX 756
MARVELL, AR 72366

| TICKET | CWT# | GRADE | YIELD | CARRIER ID. | CONTRACT | PRICE | AMOUNT |
|--------|------|-------|-------|-------------|----------|-------|--------|
| Kidd & Lynn | 1,159.10 | 1 | 61 73 | 50453 | 434929014 | 16.4871 | 18,497.33 |
| | 2,756.60 | 1 | 60 73 | 50513 | 434929014 | 16.2774 | 43,690.60 |
| | 6,323.30 | 1 | 61 73 | 50488 | 434929014 | 16.4871 | 103,764.03 |
| | 540.20 | 1 | 61 70 | 50492 | 434929014 | 16.3706 | 8,974.36 |
| | 9,945.80 | 1 | 61 73 | 50467 | 434950014 | 16.4872 | 140,189.91 |
| Threett Farms | 3,888.40 | 1 | 57 70 | 50429 | 434929014 | 16.1902 | 61,177.61 |
| | 5,121.40 | 1 | 60 70 | 50539 | 434929014 | 16.3355 | 83,307.42 |
| | 5,513.80 | 1 | 60 71 | 50541 | 434929014 | 16.5838 | 88,337.60 |
| Leslie Brown | 1,646.00 | 1 | 62 73 | 50494 | 434929014 | 16.7323 | 27,312.17 |
| | 1,748.40 | 1 | 62 72 | 50668 | 434929014 | 16.3325 | 28,092.07 |
| Southern Rise | 4,391.60 | 1 | 60 70 | 50502 | 434929014 | 16.3325 | 71,740.37 |
| Taggart Family | 1,685.30 | 1 | 60 70 | 50534 | 434929014 | 16.3355 | 27,511.73 |
| | 4,516.20 | 1 | 58 70 | 50540 | 434929014 | 16.2363 | 73,331.86 |
| Lynch/Wright | 585.80 | 1 | 51 70 | 50490 | 434919014 | 15.9196 | 9,323.50 |
| Cole HH | 534.80 | 1 | 61 71 | 50456 | 434959014 | 16.4389 | 8,796.18 |

| 45,265.60 | TOTAL CWT# | | | | | RICE TAX: | 763,226.63 |
| 60.1889 | AVE. WHOLE GRAIN YIELD | | | | | | 0.00 |
| 71.1564 | AVE. TOTAL YIELD | | | | | | 0.00 |
| 1 | AVE. GRADE | | | | | | 763,226.63 |
| 16.5985 | PRICE PER CWT | | | | | | |

KBX/SR 8737

Law Clerk2

From:     Michael Keith
Sent:     Friday, May 09, 2014 11:47 AM
To:       charles723808@yahoo.com; Gale Harntok (gale@turnergrain.com);
          jasonkoleman@sbcglobal.net
Subject:  Wire Backup - 4/22
Attachments: settlement19884.pdf; settlement19890.pdf; settlement19703.pdf

Wire Amount - $705,224.96

KBX/SR 8828



KBX/SR 8829

**KBX INC.**
P.O. BOX 2899
RENTON, AR 72015-2899
PHONE: 501-772-2539
FAX: 501-772-2897

**SETTLEMENT**

Date: 04/16/2014
Settlement No: 19624
Job: 130304

Seller:
TURNER GRAIN
P.O. BOX 766
MARVELL, AR 72366

| TICKET | CWTS | GRADE | YIELD | CARRIER ID. | CONTRACT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| Southway Rice | 3,579.30 | 1 | 62 71 | 52592 | 43493954 | 16.4940 | 47,411.84 |
| | 366.08 | 1 | 62 71 | 50392 | 43493954 | 16.8140 | 9,007.22 |
| | 1,735.60 | 1 | 59 71 | 50450 | 43493954 | 16.3247 | 28,327.50 |
| Leslie Brewer | 1,760.20 | 1 | 59 72 | 50507 | 43493954 | 16.6837 | 29,362.16 |
| | 3,295.30 | 1 | 63 72 | 50618 | 43493954 | 16.3774 | 54,598.81 |
| | 1,657.00 | 1 | 63 72 | 50634 | 43493954 | 16.7774 | 27,117.30 |
| LKX Farms | 2,184.40 | 1 | 63 70 | 50598 | 43493954 | 16.4177 | 36,022.51 |
| | 2,196.36 | 1 | 61 71 | 50490 | 43493954 | 16.4280 | 36,123.87 |
| | 1,102.60 | 1 | 62 72 | 50443 | 43493954 | 16.5303 | 18,226.61 |
| Reid & Lynn | 5,377.66 | 1 | 59 70 | 50456 | 43493954 | 16.2804 | 85,918.28 |
| | 1,106.60 | 1 | 59 70 | 50436 | 43493954 | 15.7604 | 17,435.64 |
| Cyprus Slough | 574.20 | 1 | 61 71 | 50596 | 43493954 | 16.4239 | 9,466.33 |
| | 422.50 | 1 | 61 71 | 50599 | 43493954 | 16.4389 | 6,914.28 |

| 24,276.60 | TOTAL CWTS | | | | | | 402,491.16 |
|---|---|---|---|---|---|---|---|
| 61.2547 | AVE. WHOLE GRAIN YIELD | | | | BICB TAX: | | 0.00 |
| 71.0591 | AVE. TOTAL YIELD | | | | | | 0.00 |
| 1 | AVE. GRADE | | | | | | 402,491.16 |
| 16.4865 | PRICE PER CWT | | | | | | |

**KBX/SR 8830**

---

**KBX INC.**
P.O. BOX 2899
RENTON, AR 72015-2899
PHONE: 501-772-2539
FAX: 501-772-2897

**SETTLEMENT**

Date: 04/16/2014
Settlement No: 19625
Job: 130305

Seller:
TURNER GRAIN
P.O. BOX 766
MARVELL, AR 72366

| TICKET | CWTS | GRADE | YIELD | CARRIER ID. | CONTRACT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 72243 | 535.00 | 2 | 57 69 | 125017 | 111594915 | 16.4900 | 8,774.00 |
| 72560 | 780.00 | 2 | 63 71 | 123900 | 111594915 | 16.5000 | 9,817.50 |
| 32143 | 148.80 | 2 | 61 72 | 132001 | 111594915 | 16.5000 | 2,455.20 |
| 32144 | 554.80 | 2 | 59 72 | 123192 | 111594915 | 16.5000 | 9,154.20 |
| 73142 | 543.10 | 2 | 61 72 | 122189 | 111594915 | 16.5400 | 8,942.80 |
| 33145 | 554.30 | 2 | 62 74 | 123159 | 111594915 | 16.5500 | 9,144.50 |
| 32146 | 559.40 | 2 | 60 73 | 120147 | 111594915 | 16.5900 | 8,900.10 |
| 32285 | 409.40 | 2 | 58 69 | 122155 | 111594915 | 16.4900 | 6,714.14 |
| 32147 | 582.40 | 2 | 64 72 | 123124 | 111594915 | 16.5900 | 8,608.60 |
| 72148 | 574.00 | 2 | 58 71 | 125117 | 111594915 | 16.5900 | 9,471.00 |
| 30264 | 491.00 | 2 | 59 70 | 132001 | 111594915 | 16.5000 | 8,101.59 |
| 23149 | 551.20 | 2 | 57 71 | 121975 | 111594915 | 16.5000 | 9,094.80 |
| 15110 | 372.90 | 2 | 60 72 | 121960 | 111594915 | 16.5000 | 6,791.20 |
| 21856 | 595.60 | 2 | 58 70 | 121664 | 111594915 | 16.5000 | 9,827.40 |
| 11815 | 611.80 | 2 | 59 71 | 122155 | 111594915 | 16.5000 | 10,094.70 |
| 22267 | 520.30 | 2 | 61 69 | 121327 | 111594915 | 16.4900 | 8,170.80 |
| 21954 | 576.00 | 2 | 58 70 | 131013 | 111594915 | 16.5200 | 9,504.80 |
| 31855 | 637.60 | 2 | 60 70 | 132011 | 111594915 | 16.5200 | 10,532.46 |
| 35368 | 548.60 | 2 | 63 71 | 121504 | 111594915 | 16.5900 | 9,051.30 |
| 33814 | 603.00 | 2 | 59 70 | 131022 | 111594915 | 16.5000 | 9,949.50 |
| 379 | 615.00 | 2 | 58 69 | 121299 | 111594915 | 16.4500 | 10,064.50 |
| 21523 | 587.10 | 2 | 60 71 | 122884 | 111594915 | 16.9000 | 9,668.80 |

| 11,961.60 | TOTAL CWTS | | | | | | 196,897.24 |
|---|---|---|---|---|---|---|---|
| 59.7947 | AVE. WHOLE GRAIN YIELD | | | | BICB TAX: | | 0.00 |
| 70.9704 | AVE. TOTAL YIELD | | | | | | 0.00 |
| 2 | AVE. GRADE | | | | | | 196,897.24 |
| 16.4583 | PRICE PER CWT | | | | | | |

**KBX/SR 8831**



**KBX INC.**

P.O. BOX 3898
HEPTON, AR 72616-3898
PHONE: 881-775-8838
FAX: 801-775-8897

### SETTLEMENT

Date: 04/27/2014
Settlement No: 19740
Date: 140972

Seller:
TURNER GRAIN
P. O. BOX 356
MARVELL, AR 72366

| TICKET | CWTS | GRADE | YIELD | CARRIER ID. | CONTRACT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| Thrwst Farms | 530.60 | 1 | 54 71 | 50500 | 43493054 | 16.1122 | 8,548.33 |
| | 1,661.68 | 1 | 57 71 | 50619 | 43493054 | 16.3492 | 27,124.45 |
| Caille Brown | 1,072.10 | 1 | 62 72 | 50543 | 43493054 | 16.5774 | 17,794.57 |
| Reid & Lynn | 815.80 | 1 | 61 70 | 50542 | 43493054 | 16.5786 | 13,515.90 |
| | 1,400.00 | 1 | 50 70 | 50400 | 43493054 | 16.2523 | 22,350.40 |
| Cole Hill Farms | 554.80 | 1 | 62 71 | 50499 | 43493054 | 16.4748 | 9,139.78 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 6,544.98 | TOTAL CWTS | | | PRICE PAID | | 107,698.94 |
| 62.1050 | AVE WHOLE GRAIN YIELD | | | | | 0.00 |
| 71.3930 | AVE TOTAL YIELD | | | | | 0.00 |
| 1 | AVE. GRADE | | | | | 107,648.89 |
| 16.4760 | PRICE PER CWT | | | | | |

KBX/SR 8832

---

EXHIBIT
3

Theresa Graves

| | |
|---|---|
| From: | Candice Gregory <turnergrain@sbcglobal.net> |
| Sent: | Wednesday, June 06, 2012 9:34 AM |
| To: | Dottie Morrison |
| Subject: | Fw: backup |
| Attachments: | 16708.tif |

This email contains settlement # 16729, which is the load that I don't know whose it is. I am looking for one additional load for Scott George that would have gone to Carlson Mills around May 10 or May 11.

Thanks for your help!

*Candice Gregory*

*Turner Grain Marketing, Inc.*

*Phone: 870-788-0402*

*Fax: 870-734-4740*

----- Forwarded Message -----
From: Dottie Morrison <dmorrison@lfdevco.com>
To: Jason Coleman <jasontcoleman@sbcglobal.net>; Candice <turnergrain@sbcglobal.net>
Sent: Thu, May 17, 2012 3:23:21 PM
Subject: backup

Attached are the settlements we paid with today's wire for $234,183.86. Have a great evening!

*Dottie*

KBX/SR 10006

## SETTLEMENT

Date: 02/16/2013
Settlement No: 14729
July 19,133

Seller:
TURNER GRAIN
P.O. BOX 756
MARVELL, AR 72366

| TICKET | CWTS | GRADE | YIELD | CARRIER I.D. | CONTRACT | PRICE | AMOUNT |
|--------|------|-------|-------|--------------|----------|-------|--------|
| 41201 | 634.50 | 3 | 0 0 | BRINKLEY | 44D30888 | 20.7200 | $5817.05 |
| 41205 | 479.40 | 5 | 0 0 | BRINKLEY | 44D30472 | 18.9700 | 5,858.70 |

| | | RICE TAX: | 11,972.06 |
|---|---|---|---|
| 1,118.90 | TOTAL CWTS | | 0.00 |
| 0.0000 | AVE WHOLE GRAIN YIELD | | 0.00 |
| 0.0000 | AVE TOTAL YIELD | | 11,972.35 |
| 3 | AVE GRADE | | |
| 10.7000 | PRICE PER CWT | | |

KBX/SR 10007

---

KBX
March,April 2012

13-58
1444

| Date: | Carton Mill Tk # | Inbound-Tk # | Net CWT |
|-------|------------------|-------------|---------|
| 4/25/2012 | 41201 | 634.50 | Brinkley |
| 4/26/2012 | 41205 | 479.60 | Brinkley |

KBX/SR 10008



## SETTLEMENT

Date: 05/11/2012
Settlement No: 15710
Job: 130212

Seller
TURNER GRAIN
P. O. BOX 726
MARVELL, AR 72366

| TICKET | CWTS | GRADE | YIELD | CARRIER ID | CONTRACT | PRICE | AMOUNT |
|--------|------|-------|-------|------------|----------|-------|--------|
| 57146 | 305.40 | 5 | 0 0 | 47359 | 44726/44723 | 10.7200 | 3,449.88 |
| 57147 | 523.20 | 5 | 0 0 | 41350 | 44726/44723 | 10.7200 | 9,084.40 |

| | | | | | |
|---|---|---|---|---|---|
| 1,029.00 | TOTAL CWTS | | | | 11,868.20 |
| 5.0000 | AVE. WHOLE GRAIN YIELD | | RICE TAX: | 0.05 |
| 0.0000 | AVE. TOTAL YIELD | | | 0.00 |
| 5 | AVE. GRADE | | | 17,008.90 |
| 10.7200 | PRICE PER CWT | | | |

KBX/SR 10009

---

| | | | KBX | | 12-62 |
| | | | May-June | | 1429 |
| Date: | Carlson Mill Tk # | Inbound Tk # | Net CW7 | | |
| | | | | Contract Approve Amt | |
| 5/10/2012 | 41350 | 57146 | 305.40 | | |
| 5/10/2012 | 41360 | 57147 | 523.20 | | |

KBX/SR 10010





**SETTLEMENT**

Date: 05/16/2012
Settlement No: 16730
Job: 130134

Seller:
TURNER GRAIN
P. O. BOX 796
MARVELL, AR 72366

| TICKET | CWTS | GRADE | YIELD | CARRIER I.D. | CONTRACT | PRICE | AMOUNT |
|--------|------|-------|-------|--------------|----------|-------|--------|
| MGA Price | 14,309.00 | 3 | 60 70 | RTI 444 | 535423512 | 14.3935 | 205,936.59 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 14,309.00 | TOTAL CWTS | | | | RICE TAX: | 205,936.59 |
| 60.0000 | AVE. WHOLE GRAIN YIELD | | | | | 0.00 |
| 70.0000 | AVE. TOTAL YIELD | | | | | 0.00 |
| 3 | AVE. GRADE | | | | | 205,936.59 |
| 14.3935 | PRICE PER CWT | | | | | |

KBX/SR 10013

---

Theresa Graves

| | |
|---|---|
| From: | Candice Gregory <turnergrain@sbcglobal.net> |
| Sent: | Wednesday, June 06, 2012 10:37 AM |
| To: | Dottie Morrison |
| Subject: | Re: backup |

I don't have one. It was hauled by Mathis Trucking, I believe.

*Candice Gregory*

*Turner Grain Merchandising, Inc.*

*Phone: 870-332-0406*

*Fax: 870-734-4748*

From: Dottie Morrison <dmorrison@kbx-rice.com>
To: Candice Gregory <turnergrain@sbcglobal.net>
Sent: Wed, June 6, 2012 10:03:11 AM
Subject: RE: backup

What is the ticket number for the additional load for Scott George?

From: Candice Gregory [mailto:turnergrain@sbcglobal.net]
Sent: Wednesday, June 06, 2012 9:34 AM
To: Dottie Morrison
Subject: Fw: backup

This email contains settlement # 16729, which is the load that I don't know whose it is. I am looking for one additional load for Scott George that would have gone to Gerlson Mills around May 10 or May 11.

Thanks for you help!

*Candice Gregory*

*Turner Grain Merchandising, Inc.*

*Phone: 870-332-0406*

*Fax: 870-734-4748*

----- Forwarded Message -----
From: Dottie Morrison <dmorrison@kbx-rice.com>

1

KBX/SR 10014

Theresa Graves

| From: | Candice Gregory <turnergrain@sbcglobal.net> |
|---|---|
| Sent: | Tuesday, September 18, 2012 12:54 PM |
| To: | Dottie Morrison |
| Cc: | Jason Coleman; Dale Bartlett |
| Subject: | Fw: Windmill |
| Attachments: | 120913113014_0001.pdf |

Dottie,

Jason asked me to forward you this information on loads we delivered to Windmill. Can you see if we have been paid on these and if so, forward me the backups on the settlement? He also wanted me to see about any loads we have unpaid at Producers and when we could expect payment on them. Thanks for your help!

*Candice Gregory*

*Turner Grain Merchandising, Inc.*

*Phone: 870-752-0406*

*Fax: 870-734-4748*

----- Forwarded Message -----
From: Candice Gregory <turnergrain@sbcglobal.net>
To: Shay Sebree <ssebree@live-rice.com>
Cc: Chris Taylor <ctaylor-0479@sbcglobal.net>; Jason Coleman <jasoncoleman@sbcglobal.net>; Dale Bartlett <dbartlett7366@yahoo.com>
Sent: Thu, September 13, 2012 11:23:31 AM
Subject: Windmill

Shay,

I have attached a list of the loads I show unpaid from Windmill. Please let me know when we can expect payment.

Thanks,

*Candice Gregory*

*Turner Grain Merchandising, Inc.*

*Phone: 870-752-0406*

*Fax: 870-734-4748*

Windmill
Turner Grain
Outstanding Loads

| | Date | Ticket # | Weight | Producer |
|---|---|---|---|---|
| 1 | 7/26/2011 | 22063 | 581.60 | WSI Farms |
| 2 | 7/16/2012 | 22064 | 576.00 | WSI Farms |
| 3 | 7/16/2012 | 22067 | 585.00 | WSI Farms |
| 4 | 7/19/2012 | 22258 | 575.80 | WSI Farms |
| 5 | 7/19/2012 | 22274 | 563.00 | WSI Farms |
| 6 | 7/23/2011 | 22387 | 540.80 | WSI Farms |
| 7 | 7/23/2012 | 22358 | 589.40 | WSI Farms |
| 8 | 7/23/2012 | 22441 | 599.40 | WSI Farms |
| 9 | 7/23/2012 | 22442 | 607.80 | WSI Farms |
| 10 | 7/27/2012 | 22555 | 588.40 | WSI Farms |
| 11 | 8/10/2012 | 23018 | 588.80 | Fred Brown Farms, Inc. |
| 12 | 8/8/2012 | 22985 | 551.80 | Fred Brown Farms, Inc. |
| 13 | 8/8/2012 | 23000 | 559.00 | Fred Brown Farms, Inc. |
| 14 | 8/21/2012 | 23257 | 120.80 | Fred Brown Farms, Inc. |
| 15 | 8/30/2012 | 23017 | 585.40 | Fred Brown Farms, Inc. |
| | | Total: | 8119.40 cwts | |

Theresa Graves

| | |
|---|---|
| From: | Candice Gregory <turnergrain@sbcglobal.net> |
| Sent: | Monday, February 11, 2013 9:43 AM |
| To: | Dottie Morrison |
| Subject: | backup |

Dottie,

Could you tell me what the wire sent Friday for $437,250.60 paid?

Thanks,
*Candice Gregory*
*Turner Grain Merchandising, Inc.*
*Phone: 870-734-4747*
*Fax: 870-734-4748*

---

Theresa Graves

| | |
|---|---|
| From | Candice Gregory <turnergrain@sbcglobal.net> |
| Sent: | Monday, February 11, 2013 10:59 AM |
| To: | Dottie Morrison |
| Subject: | Re backup |

Dottie,

For settlement #17662, could you send me a load summary? It is the COB barge loaded @ West Memphis. This is the one that I don't have documentation for. I have load summary's for the other settlements.

Thanks for your help!!
*Candice Gregory*
*Turner Grain Merchandising, Inc.*
*Phone: 870-734-4747*
*Fax: 870-734-4748*

--- On Mon, 2/11/13, Dottie Morrison <dmorrison@kbx-rice.com> wrote:

From: Dottie Morrison <dmorrison@kbx-rice.com>
Subject: backup
To: "Candice" <turnergrain@sbcglobal.net>, "Jason Coleman" <jasoncoleman@sbcglobal.net>
Date: Monday, February 11, 2013, 4:55 PM

Candice,

Here are the settlements we paid with the $404,944.06 wire on 2/6/13. Working on the other, will have backup to you shortly.,

Thanks,

*Dottie*

KBX/SR 10096

KBX/SR 10097

Theresia Graves

| | |
|---|---|
| From: | Candice Gregory <turnergrain@sbcglobal.net> |
| Sent: | Monday, February 11, 2013 2:25 PM |
| To: | Dottie Morrison |
| Subject: | RE: backup |

Thank you!

*Candice Gregory*
*Turner Grain Merchandising, Inc.*
*Phone: 870-734-4747*
*Fax: 870-734-4748*

--- On Mon, 2/11/13, Dottie Morrison <dmorrison@kbx-rice.com> wrote:

From: Dottie Morrison <dmorrison@kbx-rice.com>
Subject: RE: backup
To: "Candice Gregory" <turnergrain@sbcglobal.net>
Cc: mkeith@kbx-rice.com
Date: Monday, February 11, 2013, 8:15 PM

Michael is handling this Candice............I'm sure he will get it to you shortly.

From: Candice Gregory [mailto:turnergrain@sbcglobal.net]
Sent: Monday, February 11, 2013 2:01 PM
To: Dottie Morrison
Subject: Re: backup

Were you able to find a load summary on the CGB barge AGS8817 Hate to bother you?

*Candice Gregory*

*Turner Grain Merchandising, Inc.*

*Phone: 870-734-4747*

*Fax: 870-734-4748*

--- On Mon, 2/11/13, Dottie Morrison <dmorrison@kbx-rice.com> wrote:

1

KBX/SR 10101

---

Theresia Graves

| | |
|---|---|
| From: | Gale Hamrick <ghturnergrain@yahoo.com> |
| Sent: | Tuesday, February 26, 2013 11:58 AM |
| To: | Dottie Morrison; Michael Keith |
| Subject: | Backup for Sett #17762 |

Hey,
Can you please email me the backup paperwork for the following settlement # 17762 for barge AGS 881.

Thank you,
Gale Hamrick

1

KBX/SR 10105

**Theresa Graves**

| | |
|---|---|
| From: | Candice Gregory <turnergrain@sbcglobal.net> |
| Sent: | Wednesday, February 27, 2013 8:11 AM |
| To: | Dottie Morrison |
| Cc: | Gale Hamrick |
| Subject: | backups |

Dottie,

I am not trying to be a bother, but you told me yesterday to remind you to send me the backups/load summary for the wire sent on 2/13/13 for $445,358.39 and paid settlement #'s 17786, 17795, 17798, 17801 as well as the corrected load summary for COB barge #AO8881. I am needing to give a customer his total bushels shipped and am unable to do so without this info. MK was supposed to send me the AO8 881 barge information awhile back, but I know how busy you guys are and am sure it has slipped his mind.

Thanks for always being so helpful to me!! Hope you have a good Wednesday!

Thanks-
*Candice Gregory*
*Turner Grain Merchandising, Inc.*
*Phone: 870-734-4747*
*Fax: 870-734-4748*

KBX/SR 10106

---

**Theresa Graves**

| | |
|---|---|
| From: | Candice Gregory <turnergrain@sbcglobal.net> |
| Sent: | Tuesday, March 12, 2013 11:29 AM |
| To: | Dottie Morrison |
| Subject: | RE: BACKUP |

Thanks!!!!

*Candice Gregory*
*Turner Grain Merchandising, Inc.*
*Phone: 870-734-4747*
*Fax: 870-734-4748*

--- On Tue, 3/12/13, Dottie Morrison <dmorrison@kbx-rice.com> wrote:

From: Dottie Morrison <dmorrison@kbx-rice.com>
Subject: RE: BACKUP
To: "Candice Gregory" <turnergrain@sbcglobal.net>
Cc: mkeith@kbx-rice.com
Date: Tuesday, March 12, 2013, 4:23 PM

Yes there are, Michael will forward these to you.

Thanks,

Dottie

From: Candice Gregory [mailto:turnergrain@sbcglobal.net]
Sent: Tuesday, March 12, 2013 11:21 AM
To: Dottie Morrison
Subject: Re: BACKUP

Can you tell me if there are any load summaries for settlements 17969, 18007, & 18010?

Thanks

*Candice Gregory*

*Turner Grain Merchandising, Inc.*

KBX/SR 10136

Phone: 870-734-4747

Fax: 870-734-4748

--- On Mon, 3/11/13, Dottie Morrison <dmorrison@kbx-rice.com> wrote:

From: Dottie Morrison <dmorrison@kbx-rice.com>
Subject: BACKUP
To: "Jason Coleman" <jasoncoleman@sbcglobal.net>, "Candice" <turnergrain@sbcglobal.net>
Date: Monday, March 11, 2013, 9:17 PM

Here are the settlements we paid with the $431,295.83 wire. **Notice the deductions taken for money paid to you for what wtg Turner Comm on the first 2 settlements.

Thanks,

Dottie

KBX/SR 10137

---

**Theresa Graves**

| | |
|---|---|
| From: | Dottie Morrison |
| Sent: | Thursday, March 14, 2013 9:07 AM |
| To: | mkelth@kbx-rice.com |
| Subject: | FW: Mid South wire |

Don has called you for this..............have you taken care of it?

From: Candice Gregory [mailto:turnergrain@sbcglobal.net]
Sent: Thursday, March 14, 2013 9:05 AM
To: Dottie Morrison
Subject: Mid South wire

Dottie,

Mid South Rice received a wire from KBX on 3/8 for $356,549.57. Could you forward me the backups on this wire so that I can help Don with the paperwork?

Thanks,
Candice Gregory
Turner Grain Merchandising, Inc.
Phone: 870-734-4747
Fax: 870-734-4748

KBX/SR 10149

**Theresa Graves**

| | |
|---|---|
| **From:** | Candice Gregory <turnergrain@sbcglobal.net> |
| **Sent:** | Friday, March 15, 2013 4:52 PM |
| **To:** | Dottie Morrison |
| **Subject:** | RE: wire backup |

Gotcha! Thanks....

*Candice Gregory*
*Turner Grain Merchandising, Inc.*
*Phone: 870-734-4747*
*Fax: 870-734-4748*

--- On Fri, 3/15/13, Dottie Morrison <dmorrison@kbx-rice.com> wrote:

From: Dottie Morrison <dmorrison@kbx-rice.com>
Subject: RE: wire backup
To: "Candice Gregory" <turnergrain@sbcglobal.net>
Date: Friday, March 15, 2013, 9:30 PM

Michael has the barge info.........i sent him the message and Don also called him. I don't know if he sent it to Don or not.

From: Candice Gregory [mailto:turnergrain@sbcglobal.net]
Sent: Friday, March 15, 2013 4:28 PM
To: Dottie Morrison
Subject: wire backup

Can you forward me the backups on the wire sent for $1,015,952.917
Also, I don't think I received anything on the Mid South wire I asked about yesterday......what do you think is
the best way for me to go about getting that info?

Hope you have a great weekend!

*Candice Gregory*

*Turner Grain Merchandising, Inc.*

*Phone: 870-734-4747*

*Fax: 870-734-4748*

1

KBX/SR 10151

---

**Theresa Graves**

| | |
|---|---|
| **From:** | Candice Gregory <turnergrain@sbcglobal.net> |
| **Sent:** | Monday, March 18, 2013 9:08 AM |
| **To:** | Dottie Morrison |
| **Subject:** | backup |

Is there any way to get the backups on the wire sent Friday? I know Mishael is on vacation, or I would bother
him for it.

Thanks,
*Candice Gregory*
*Turner Grain Merchandising, Inc.*
*Phone: 870-734-4747*
*Fax: 870-734-4748*

1

KBX/SR 10154

**Theresa Graves**

| | |
|---|---|
| From: | Gala Hamrick <ghturnergrain@yahoo.com> |
| Sent: | Wednesday, April 09, 2013 10:44 AM |
| To: | Dottie Morison |
| Subject: | RM 1307 |

Dottie,

Good Morning, KBX has paid us for Settlement #19044 can you please send me the backup for this settlement.

Thank you so much!! :)

*Gala Hamrick*
*Turner Grain Merchandising, Inc.*
*Office # (870)734-4747*
*Fax # (870)734-4748*

KBX/SR 10169

---

**Theresa Graves**

| | |
|---|---|
| From: | Candice Gregory <candice@turnergrain.com> |
| Sent: | Tuesday, April 30, 2013 9:01 AM |
| To: | Dottie Morison |

Dottie,

I hope you are feeling better! Heard you were a little "under the weather" last week!

Is there any way you could forward me a backup on the wire sent yesterday?

Thanks,
Candice

KBX/SR 10180

**Theresa Graves**

| | |
|---|---|
| From: | Candice Gregory <candice@turnergrain.com> |
| Sent: | Monday, June 10, 2013 11:13 AM |
| To: | Michael Keith; Dottie Morrison |
| Subject: | back up |

Can you guys send me a backup of the past two wires of $384,824 and $748,873.86 as soon as possible?

Candice Gregory
**Turner Grain Merchandising, Inc.**
Office: 870-734-4747
Fax: 870-734-4748
candice@turnergrain.com

KBX/SR 10223

**Theresa Graves**

| | |
|---|---|
| From: | Candice Gregory <candice@turnergrain.com> |
| Sent: | Monday, June 10, 2013 6:90 PM |
| To: | Michael Keith; Dottie Morrison |
| Cc: | dbartlett72666@yahoo.com; gale@turnergrain.com; 'Jason Coleman' |
| Subject: | backup |

MK,

If possible, could you send us a backup on the wire for $384,924 that was sent? We are not sure exactly what that was for and we need to match it up to our invoices. Thanks for your help with this!!

Candice Gregory
**Turner Grain Merchandising, Inc.**
Office: 870-734-4747
Fax: 870-734-4748
candice@turnergrain.com

KBX/SR 10224

**Theresa Graves**

| | |
|---|---|
| From: | Gale Hamrick <gale@turnergrain.com> |
| Sent: | Monday, April 14, 2014 8:46 AM |
| To: | Dottie Morrison |
| Cc: | Jason Coleman |
| Subject: | Need back up please |
| Attachments: | Settlement # 19597.pdf |

Dottie,

I have attached Settlement # 19597. Can you please send me the back up to this settlement. It is for the ADM New Madrid. I need to get this farmer paid today and I can't without the backup.

Thanks
Gale

--------------------------------------------------
Gale Hamrick
Turner Grain Merchandising, Inc.
(Office) 870-734-4747
(Fax) 870-734-4748
gale@turnergrain.com

KBX/SR 10339

---

**Theresa Graves**

| | |
|---|---|
| From: | Gale Hamrick <gale@turnergrain.com> |
| Sent: | Thursday, July 31, 2014 9:12 AM |
| To: | 'Chris Taylor'; Shey Sabrese; Michael Keith; Dottie Morrison |
| Cc: | 'Jason  Coleman'; jason@TURNERGRAIN.COM; dbartlett72366@yahoo.com; olivia@turnergrain.com |
| Subject: | RE: Turner Grain Barge Backups (Settlement & Itemized Milling Backups) Several Barges!!!! Need ASAP!!! |

Hey Can ONE of you PLEASE send me the BARGE information that is listed below!!!!

I CAN NOT do my job without it... I have got farmers calling me and are very upset with me because I can't give them the information that they need...

I need this ASAP ....

Thanks

Gale Hamrick
Office Manager
Turner Grain Merchandising, Inc.
(Office) 870-734-4747
(Mobile) 870-816-7852
(Fax) 870-734-4748
gale@turnergrain.com

From: Chris Taylor [mailto:chris@turnergrain.com]
Sent: Tuesday, July 29, 2014 11:57 AM
To: sabrese@Nav-rice.com; Michael Keith
Cc: gale@turnergrain.com; Jason Coleman; jason@TURNERGRAIN.COM; dbartlett72366@yahoo.com
Subject: Turner Grain Barge Backups (Settlement & Itemized Milling Backups) Several Barges!!!! Need ASAP!!!
Importance: High

Shey / Michael,

If at all possible, please send me both the settlement backups and milling back ups for each of the barges listed below. I am sure that you guys have sent this information at some point, but that correspondence has not been forwarded to Gale or myself. With Jason being out the past couple of weeks with his health, we just need to make sure that we get all info handed down to us so that we can take care of our customers in a prompt manner. I thank you very much for your help in this matter..

Gale Hamrick:
gale@turnergrain.com

KBX/SR 10467

Chris Taylor
chris@turnergrain.com

In the future, please send any barge or m/B information to the following recipients:

Jason Coleman: jasoncoleman@sbcglobal.net & jason@turnergrain.com
Dale Bartlett: dbartlett72368@yahoo.com

CC the following:  (Just need information to produce settlements to TGM customers)

Gale Hamrick:
gale@turnergrain.com
Chris Taylor
chris@turnergrain.com

Barge No.: RM1461
Date: 07/21/2014
Settlement No: 20115
Job: 140161

Barge No.: RM1357B
Date: 07/21/2014
Settlement No: 20116
Job: 140161

Barge No.: RM1361B
Date: 07/21/2014
Settlement No: 20117
Job: 140161

Barge No.: RM1477
Date: 07/21/2014
Settlement No: 20118
Job: 140161

Barge No.: RM1360B
Date: 07/21/2014
Settlement No: 20119
Job: 140161

Barge No.: TOUAX963B
Date: 07/23/2014
Settlement No: 20129
Job: 140161

Barge No.: RM1410B
Date: 07/24/2014
Settlement No: 20134
Job: 140161

Barge No.: XYZ3001B
Date: 06/09/2014
Settlement No: 19959
Job: 140121

Barge No.: RT4048
Date: 05/23/2014
Settlement No: 19889

2

KBX/SR 10468

---

**Theresa Graves**

| | |
|---|---|
| From: | Gale Hamrick <gale@turnergrain.com> |
| Sent: | Tuesday, August 05, 2014 1:50 PM |
| To: | Michael Keith; Dottie Morrison |
| Subject: | Barge Information |

Micheal/Dottie
I know that I am being a pest but can you PLEASE send me the following barge information...

TRL 3278S
ART 3508B8
RPN 5S8
MTC 2234
XYT 502

I really need the milling yields....

Thank you so much!!!!!

Gale Hamrick
Office Manager
Turner Grain Merchandising, Inc.
(Office) 870-734-4747
(Mobile) 870-316-7652
(Fax) 870-734-4748
gale@turnergrain.com

1

KBX/SR 10471

**EXHIBIT 4**

Law Clerk2

| | |
|---|---|
| From: | Chris Taylor [ctaylor-0479@sbcglobal.net] |
| Sent: | Thursday, March 15, 2012 2:36 PM |
| To: | Shay Bebree |
| Subject: | Fw: Invoice Per Jason and Dale |
| Attachments: | Scan #8.tif |
| Importance: | High |

From: Chris Taylor
Sent: Thursday, March 15, 2012 2:20 PM
To: Michael Keith ; mkeith@bibler-rice.com ; dmorrish@bibler-rice.com
Cc: Dale Bartlett ; Jason Dalewes
Subject: Invoice Per Jason and Dale

Hello All,

See attached invoice for rice shipped to Producers Rice Mill. The farmer on this specific contract has a CCC loan that has expired and requires payment. We need paid on this contract as soon as possible today.

Please see attachment for contract number and load summary.

Thanks,
Chris Taylo

KBX/SR 1372

---

Please pay Today
I must have this
and it goes on 2/9/2012 @ 13.00
This guy ie says he must have it

KBX/SR 1373

**Law Clerk2**

| | |
|---|---|
| From: | Gale Herrick [gale@turnergrain.com] |
| Sent: | Tuesday, March 18, 2014 4:39 PM |
| To: | Shay Belrow |
| Subject: | Busch Loads |
| Attachments: | Busch Loads.pdf |

Hey can you please send me the paperwork on this when you get it. They are bugging the shit out of me for payment.

Thanks

--------------------------------
Gale Herrick
Turner Grain Merchandising, Inc.
(Office) 870-734-4747
(Fax) 870-734-4748
gale@turnergrain.com

KBX/SR 1381

---

**Theresa Graves**

| | |
|---|---|
| From: | Candice Gregory <turnergrain@sbcglobal.net> |
| Sent: | Wednesday, March 21, 2012 2:41 PM |
| To: | Michael Keith; Shay Selvow; Dottie Morrison |
| Cc: | Dale Bartlett; Jason Coleman |
| Subject: | Whitaker |
| Attachments: | PM-Whitaker.tif |

Attached is a load summary for Whitaker Grain to Producer's Rice Mill in Greenville. Jason asked me to send this to you for payment ASAP. Please let me know if you have any questions.

Thanks,

*Candice Gregory*

*Turner Grain Merchandising, Inc.*

*Phone: 870-752-0406*

*Fax: 870-734-4748*

KBX/SR 1382





KBX/SR 1393

KBX/SR 1394

Law Clerk2

| From: | Candice Gregory [turnergrain@sbcglobal.net] |
|---|---|
| Sent: | Wednesday, March 21, 2012 10:34 AM |
| To: | Michael Kalb; Shay Sebree; Dollie Morrison |
| Cc: | Dale Bartlett; Jason Coleman |
| Subject: | Producers Rice loads |
| Attachments: | Producers loads 32112.tif |

Attached is a load summary for loads taken to PRM in Stuttgart. Please pay ASAP.

Thanks,

*Candice Gregory*

*Turner Grain Merchandising, Inc.*

*Phone: 870-752-0406*

*Fax: 870-734-4748*

KBX/SR 1418

---

Shay

Total cwt          27980.4

apply              22000 cwt 324839     13.05
Apply              5390.4cwt 324838     13.00

need to get this .

Med Grain Del to ~~Booby~~ Andrews
Started on 3/5/12 — 3/19/12

MK, Shay and Dollie

KBX/SR 1417

**Law Clerk2**

| | |
|---|---|
| From: | Jason Coleman [jasoncoleman@abcglobal.net] |
| Sent: | Thursday, March 29, 2012 2:18 PM |
| To: | Shay Sabree |
| Subject: | FW: Invoice for Planters Rice Mill loads |
| Attachments: | KBX-Planters loads #1.tif |

I need this bad

**From:** Candice Gregory [mailto:turnergrain@abcglobal.net]
**Sent:** Monday, March 19, 2012 3:46 PM
**To:** Michael Keith; Shay Sabree
**Cc:** Jason Coleman; Dale Bartlett
**Subject:** Invoice for Planters Rice Mill loads

Michael,

Attached are loads that were taken to Planter's Rice Mill in Brinkley against contract # 322414/12 for 25,000 cwts. @ $12.75/cwt.

Please let me know if you need further information.

Thanks,

*Candice Gregory*

*Turner Grain Merchandising, Inc.*

*Phone: 870-752-0406*

*Fax: 870-734-4748*

1

KBX/SR 1460

---

**Law Clerk2**

| | |
|---|---|
| From: | Candice Gregory [turnergrain@abcglobal.net] |
| Sent: | Monday, April 02, 2012 11:10 AM |
| To: | Shay Sabree |
| Cc: | Jason Coleman; Dale Bartlett |
| Subject: | SCF 24301 |
| Attachments: | OGB SCF24301.tif |

Shay,

Jason asked me to send this summary to you and ask that you apply it to 327060/12 @ $13.00. Please pay as quickly as possible.

Thanks,

*Candice Gregory*

*Turner Grain Merchandising, Inc.*

*Phone: 870-752-0406*

*Fax: 870-734-4748*

1

KBX/SR 1466

Turner

please pAy
327060/12   13⁰⁰
please pAy  stuy

KBX/SR 1467

---

Law Clerk2

From:      Candice Gregory [turnergreh@sbcglobal.net]
Sent:      Friday, April 20, 2012 8:45 AM
To:        Shay Beiroe

Need anything we have at Chelson sent ASAP this morning, please.

Sent from my iPhone

KBX/SR 1480

Law Clerk2

| | |
|---|---|
| From: | Candice Gregory [turnergrain@sbcglobal.net] |
| Sent: | Thursday, May 17, 2012 10:51 AM |
| To: | Shay Gabree |
| Subject: | Whitaker |

Dude,

Don't forget I HAVE to have those (2) loads Whitaker Grain delivered to PRM-Greenville last week by mistake. Got to have it TODAY!!! She has already called me about it again.

Thanks,

*Candice Gregory*

*Turner Grain Merchandising, Inc.*

*Phone: 870-752-0406*

*Fax: 870-734-4748*

KBX/SR 1514

---

Law Clerk2

| | |
|---|---|
| From: | Candice Gregory [turnergrain@sbcglobal.net] |
| Sent: | Thursday, May 24, 2012 1:21 PM |
| To: | Shay Gabree |
| Subject: | PRM |

Got any Skinny Pig @ Producers Rice-Stuttgart? They finished on May 10 and are asking about it.

*Candice Gregory*

*Turner Grain Merchandising, Inc.*

*Phone: 870-752-0406*

*Fax: 870-734-4748*

KBX/SR 1523

Law Clerk2

| | |
|---|---|
| From: | Candice Gregory [turnergrain@sbcglobal.net] |
| Sent: | Wednesday, June 06, 2012 11:04 AM |
| To: | Shay Sebree |
| Subject: | Carl David Hill |

Shay,

Need to get a load summary for PRM (MORR) Carl David Hill. I believe it is 12 loads. Need it as quickly as posible.

Thanks,

*Candice Gregory*

*Turner Grain Merchandising, Inc.*

*Phone: 870-752-0406*

*Fax: 870-734-4748*

KBX/SR 1627

---

Law Clerk2

| | |
|---|---|
| From: | Candice Gregory [turnergrain@sbcglobal.net] |
| Sent: | Monday, September 10, 2012 3:32 PM |
| To: | Shay Sebree |
| Cc: | Dale Bartlett; Jason Coleman |
| Subject: | PRM |

Can you send me any unsettled loads at PRM in Stuttgart as soon as possible?

Thanks,

*Candice Gregory*

*Turner Grain Merchandising, Inc.*

*Phone: 870-752-0406*

*Fax: 870-734-4748*

KBX/SR 1889

Law Clerk2

| From: | Chris Taylor [ctaylor-0479@sbcglobal.net] |
|---|---|
| Sent: | Tuesday, September 11, 2012 2:09 PM |
| To: | Shay Sabree |
| Subject: | Med Grain Off Grade to Carlson |

Shay,

Just letting you know the first load of 5 will be at Carlson this afternoon.

Also

Just wanted to refresh your memory on the Windmill milling on both WSI and Brown long grain.
These millings are over 30 days.

Thanks,
Chris Taylor

---

Law Clerk2

| From: | Candice Gregory [turnergrain@sbcglobal.net] |
|---|---|
| Sent: | Wednesday, September 12, 2012 12:06 PM |
| To: | Shay Sabree |
| Cc: | Jason Coleman |
| Subject: | FRM |

Gotten anything from Producers?

Candice Gregory

Turner Grain Merchandising, Inc.

Phone: 870-752-0406

Fax: 870-734-4748

KBX/SR 1594

KBX/SR 1601

Law Clerk2

| | |
|---|---|
| From: | Candice Gregory [turnergrain@sbcglobal.net] |
| Sent: | Thursday, September 13, 2012 11:24 AM |
| To: | Shay Bebree |
| Cc: | Chris Taylor; Jason Coleman; Dale Bartlett |
| Subject: | Windmill |
| Attachments: | 120913111014_0001.pdf |

Shay,

I have attached a list of the loads I show unpaid from Windmill. Please let me know when we can expect payment.

Thanks,

Candice Gregory

Turner Grain Merchandising, Inc.

Phone: 870-752-0406

Fax: 870-734-4748

---

Law Clerk2

| | |
|---|---|
| From: | Jason Coleman [jasonbcoleman@sbcglobal.net] |
| Sent: | Monday, December 31, 2012 9:41 AM |
| To: | Shay Bebree |

I got a guy here to pick up a check can I please get a update from producers

KBX/SR 1802

KBX/SR 1804

**Law Clerk2**

| | |
|---|---|
| From: | Jason Coleman [jasoncoleman@sbcglobal.net] |
| Sent: | Monday, December 31, 2012 11:40 AM |
| To: | Michael Keith; Shay Babree |

We will have 10 loads per day to producers at Stuttgart wed ,ther and fri.

10 per day to Greenville thur and fri.

Are we getting a wire from kbx today on producers loads have to pay out farmers today

KBX/SR 1819

---

**Law Clerk2**

| | |
|---|---|
| From: | Jason Coleman [jasoncoleman@sbcglobal.net] |
| Sent: | Friday, February 15, 2013 9:19 AM |
| To: | Dottie Morrison; Michael Keith; Shay Babree |

I need barges
Touax 962
Bunge 947
Carlisan mills
Producers.    I need these paid today if any way possible please let me know something

Sent from my iPhone

KBX/SR 1976

Law Clerk2

| | |
|---|---|
| From: | Shay Sebree |
| Sent: | Tuesday, May 07, 2013 1:48 PM |
| To: | 'Jason Coleman' |
| Subject: | RE: |

I sent everything through the 5th today at 11 a.m.

-----Original Message-----
From: Jason Coleman [mailto:jasontcoleman@sbcglobal.net]
Sent: Tuesday, May 07, 2013 1:28 PM
To: Shay Sebree
Subject:

In bad need of everything through 4/28
From producers I had to pay some advances to some I got at windmill can.u help me with this

Sent from my iPhone

KBX/SR 2261

---

Law Clerk2

| | |
|---|---|
| From: | Shay Sebree |
| Sent: | Wednesday, August 14, 2013 11:42 AM |
| To: | 'jasontcoleman@sbcglobal.net' |
| Cc: | Dandice Gregory (candice@turnergrain.com); gale@turnergrain.com |
| Subject: | Corn |

Can you guys send an updated settlement and payment on our corn contract?

Thanks!

Shay

KBX/SR 2367

Law Clerk2

| | |
|---|---|
| From: | Gale Hamrick [gale@turnergrain.com] |
| Sent: | Wednesday, March 19, 2014 10:17 AM |
| To: | Shay Bebree; Michael Keith |
| Cc: | Jason Coleman; Dale Bartlett |
| Subject: | Payment |

Shay or Michael,

I have several farmers driving me crazy for payment on their LBXR that went to Producers (which is Mid-South) and AGS 134 barge that went to Old Town and SCP1037 Barge for CVille. Is there any way that Turner Grain can get payment on these today. I really need to get these paid out today.

Thanks,
Gale Hamrick

---

Gale Hamrick
Turner Grain Merchandising, Inc.
(Office) 870-734-4747
(Fax) 870-734-4748
gale@turnergrain.com

---

Law Clerk2

| | |
|---|---|
| From: | Gale Hamrick [gale@turnergrain.com] |
| Sent: | Monday, March 31, 2014 8:40 AM |
| To: | Shay Bebree; Michael Keith; Dottie Montoon |
| Cc: | Jason Coleman; Dale Bartlett |
| Subject: | FW: PRM Load Summary |
| Attachments: | P-3040 DAILY TOTAL.xlsx |

Shay, Michael and Dottie,
Good Morning,

I was asked to let you know that we need payment on the Producers that I have attached today. We have farmers picking up checks for these loads today. And We also have around $2000 CWT at ADM in Missouri that we need payment on as well. If you have any questions please get with Jason.

Thanks,
Gale Hamrick

---

Gale Hamrick
Turner Grain Merchandising, Inc.
(Office) 870-734-4747
(Fax) 870-734-4748
gale@turnergrain.com

**Law Clerk2**

| | |
|---|---|
| From: | Gale Hamrick [gale@turnergrain.com] |
| Sent: | Wednesday, April 02, 2014 1:47 PM |
| To: | Shay Sebree; Dottie Morrison; Michael Keith |
| Cc: | Jason Coleman |
| Subject: | Payment |

Good Afternoon,

Hey is there any way that we could get payment for the Loads that went into Busch and ADM in Mo. And also can you please send the M/V for the loads that went into ADM so we can get the payment out to the farmers today.

Thanks,
Gale

---

Gale Hamrick
Turner Grain Merchandising, Inc.
(Office) 870-734-4747
(Fax) 870-734-4748
gale@turnergrain.com

KBX/SR 2942

---

**Law Clerk2**

| | |
|---|---|
| From: | Gale Hamrick [gale@turnergrain.com] |
| Sent: | Tuesday, April 08, 2014 11:38 AM |
| To: | Michael Keith; Dottie Morrison; Shay Sebree |
| Cc: | Jason Coleman; Dale Bartlett |
| Subject: | Paperwork/Payment |

Good Morning,

I am in need for all the information for BARGE LTD 755 B ASAP. I have to pay this out today.... And Jason has asked if you could pay us for that barge, Producers 84,391.60 Cwt on 3-31 and producers 96,536.20 CWT on 4-2. If you have any questions please contact Jason. But I really need the information for the BARGE.

Thanks,
Gale

---

Gale Hamrick
Turner Grain Merchandising, Inc.
(Office) 870-734-4747
(Fax) 870-734-4748
gale@turnergrain.com

KBX/SR 2973

Law Clerk2

From:       Jason Coleman [jasonlcoleman@sbcglobal.net]
Sent:       Wednesday, April 09, 2014 11:35 AM
To:         Michael Keith; Shay Bebree

After what u paid on producers yesterday we have 968000 cwt due also we need

Sent from my iPhone

KBX/BR 2974

---

Law Clerk2

From:           Gale Hamrick [gale@turnergrain.com]
Sent:           Thursday, April 10, 2014 1:50 PM
To:             Dottie Morrison; Michael Keith; Shay Bebree
Cc:             Jason Coleman
Subject:        FW: Producers
Attachments:    Producers.pdf

Dottie,

Jason said that he is in Little Rock and can pick up a check if you can't get a wire today.

Thanks,
Gale

---------------------------------------------
Gale Hamrick
Turner Grain Merchandising, Inc.
(Office) 870-734-4747
(Fax) 870-734-4748
gale@turnergrain.com

From: Gale Hamrick [mailto:gale@turnergrain.com]
Sent: Thursday, April 10, 2014 12:05 PM
To: Dottie Morrison (dmorrison@bke-rice.com)
Cc: Jason Coleman (jasonlcoleman@sbcglobal.net)
Subject: FW: Producers

This is the Producers for payment please.

Thanks

---------------------------------------------
Gale Hamrick
Turner Grain Merchandising, Inc.
(Office) 870-734-4747
(Fax) 870-734-4748
gale@turnergrain.com

From: Gale Hamrick [mailto:gale@turnergrain.com]
Sent: Thursday, April 10, 2014 11:40 AM
To: Dottie Morrison (dmorrison@bke-rice.com)
Cc: Jason Coleman (jasonlcoleman@sbcglobal.net)
Subject: Producers

Dottie,
    I just spoke with Jason and he was asking if you could speak with Mr. Steven and see if you could pay us or the 96654.80 CWT that we have at Producers today. We have several farmers that we need to get paid out ASAP. He realizes that it is not that old but he really needs to get payment on it today if possible. If you have any questions please call.

KBX/SR 2975

Law Clerk2

From:       Jason T Coleman [jasonicoleman@sbcglobal.net]
Sent:       Tuesday, April 22, 2014 8:39 AM
To:         Shay Bobrae; Michael Keith

I got guys wanting paid need pyt on producers around 61000 cwt and barge we loaded thur at
West and Weed Carlson mills also

Sent from my iPhone

KBX/SR 3038

---

Law Clerk2

From:       Gale Harrick [gale@turnergrain.com]
Sent:       Tuesday, April 22, 2014 1:48 PM
To:         Dottie Morrison; Shay Bobrae; Michael Keith
Subject:    Payment

Good Afternoon Guys,
        Hey I was just checking to see when we will get payment for the barge we loaded lastweek at West Memphis
and for the around 70,000 CWT at Producers. Jason was needing it ASAP due to farmers asking to get paid.

Thanks,
Gale

_____

Gale Harrick
Turner Grain Merchandising, Inc.
(Office) 870-734-4747
(Fax) 870-734-4748
gale@turnergrain.com

KBX/SR 3041

**Theresa Graves**

EXHIBIT
5

| | |
|---|---|
| From: | Michael Keith |
| Sent: | Wednesday, January 18, 2012 9:57 AM |
| To: | jasonkcoleman@sbcglobal.net |
| Subject: | Invoice 20973 |
| Attachments: | Invoice20973.pdf |

This is sitting in our receivables. It is about 2,000,000 days old. It's medium grain.

KBX/SR 3242

---

Law Clerk2

| | |
|---|---|
| From: | Jason Coleman [jasonkcoleman@sbcglobal.net] |
| Sent: | Monday, February 06, 2012 2:06 PM |
| To: | Michael Keith |

Can you pay me some med grain loads

KBX/SR 3284

**Theresa Graves**

| | |
|---|---|
| From: | Candice Gregory <turnergrain@sbcglobal.net> |
| Sent: | Thursday, March 08, 2012 8:18 PM |
| To: | Michael Keith |
| Cc: | Dale Bartlett; Jason Coleman |
| Subject: | Jimbo113 |
| Attachments: | JIMBO113.tif |

Attached is an invoice for Jimbo 113. Please pay as soon as possible.

*Candice Gregory*

*Turner Grain Merchandising, Inc.*

*Phone: 870-752-0406*

*Fax: 870-734-4748*

---

**Theresa Graves**

| | |
|---|---|
| From: | Chris Taylor <ctaylor-0479@sbcglobal.net> |
| Sent: | Thursday, March 15, 2012 2:21 PM |
| To: | Michael Keith; sseehar@kbx-rice.com; Dottie Morrison |
| Cc: | Dale Bartlett; Jason Coleman |
| Subject: | Invoice For Jason and Dale |
| Attachments: | Scan #3.tif |
| Importance: | High |

Hello All,

See attached invoice for rice shipped to Producers Rice Mill. The farmer on this specific contract has a CCC loan that has expired and requires payment. We need paid on this contract as soon as possible today.

Please see attachment for contract number and load summary.

Thanks,
Chris Taylor

Please pay Today
I must have this
and it goes on 2/9/2012 @ 13.00
This guy in says he must have it

KBX/BR 3483

---

**Theresa Graves**

| | |
|---|---|
| From: | Candice Gregory <turnergrain@sbcglobal.net> |
| Sent: | Monday, March 26, 2012 3:20 PM |
| To: | Michael Keith |
| Subject: | KIMG3261211 |
| Attachments: | KIMG3261211.tif |

Michael,

Attached is an invoice that is for MGRR taken to Producers Rice Mill in Stuttgart. Please pay as soon as possible.

Thanks,

Candice Gregory

Turner Grain Merchandising, Inc.

Phone: 870-752-0406

Fax: 870-734-4748

KBX/BR 3511

Theresa Graves

| From: | Candice Gregory <turnergrain@sbcglobal.net> |
|---|---|
| Sent: | Tuesday, March 27, 2012 2:32 PM |
| To: | Michael Kalth |
| Cc: | Jason Coleman; Dale Bartlett |
| Subject: | Medium Grain to Producers |
| Attachments: | KBX0827121230.tif |

Michael,

Attached is an invoice for loads to Producers Rice in Stuttgart. Please pay as soon as possible.

Thanks,

Candice Gregory

Turner Grain Merchandising, Inc.

Phone: 870-752-0406

Fax: 870-734-4748

KBX/SR 3513

---

Theresa Graves

| From: | Candice Gregory <turnergrain@sbcglobal.net> |
|---|---|
| Sent: | Tuesday, March 27, 2012 3:15 PM |
| To: | Michael Kalth |
| Cc: | Jason Coleman; Dale Bartlett |
| Subject: | Invoice |
| Attachments: | KBX0826121212.tif |

Attached is an invoice for loads taken to Producers in Stuttgart. Please pay as soon as possible.

Thanks,

Candice Gregory .

Turner Grain Merchandising, Inc.

Phone: 870-752-0406

Fax: 870-734-4748

KBX/SR 3516

**Theresa Graves**

| | |
|---|---|
| **From:** | Candice Gregory <turnergrain@sbcglobal.net> |
| **Sent:** | Tuesday, May 15, 2012 2:08 PM |
| **To:** | Michael Keith |
| **Subject:** | PRM-Caviness |
| **Attachments:** | KBX Invoice PRM-Caviness.tif |

Attached is an invoice for unpaid loads delivered to PRM-Stuttgart. Please pay as soon as possible.

Thanks,

*Candice Gregory*

*Turner Grain Merchandising, Inc.*

*Phone: 870-752-0406*

*Fax: 870-734-4748*

KBX/SR 3640

---

**Theresa Graves**

| | |
|---|---|
| **From:** | Candice Gregory <turnergrain@sbcglobal.net> |
| **Sent:** | Tuesday, May 15, 2012 2:58 PM |
| **To:** | Michael Keith |
| **Subject:** | Invoice for Whitaker Grain-PRM |
| **Attachments:** | KBX-Whitaker Grain PRM load.pdf |

Attached is an invoice for a load delivered to Producers in Greenville, MS for Whitaker Grain. Please pay as soon as possible.

Thanks,

*Candice Gregory*

*Turner Grain Merchandising, Inc.*

*Phone: 870-752-0406*

*Fax: 870-734-4748*

KBX/SR 3647

Theresa Graves

| | |
|---|---|
| From: | Jason Coleman <jasontcoleman@sbcglobal.net> |
| Sent: | Tuesday, May 29, 2012 5:06 PM |
| To: | Michael Keith |
| Subject: | FW: Mid South Info |
| Attachments: | Mid South Rice Info.tif |

From: Candice Gregory [mailto:turnergrain@sbcglobal.net]
Sent: Tuesday, May 29, 2012 5:03 PM
To: Jason Coleman
Subject: Fw: Mid South Info


*Candice Gregory*

*Turner Grain Merchandising, Inc.*

*Phone: 870-752-0406*

*Fax: 870-734-4748*

----- Forwarded Message -----
From: Candice Gregory <turnergrain@sbcglobal.net>
To: Michael Keith <mkeith@hiller-rye.com>
Cc: Jason Coleman <jasontcoleman@sbcglobal.net>; Dale Bartlett <dbartlett72368@yahoo.com>; Don Aylward <donaylward@authrice.com>
Sent: Thu, March 15, 2012 10:40:05 AM
Subject: Mid South Info

Don asked me to send you this to you for payment today. Please let me know if you need any more information!

Thanks,

*Candice Gregory*

*Turner Grain Merchandising, Inc.*

*Phone: 870-752-0406*

*Fax: 870-734-4748*

KBX/SR 3666

---

Law Clerk2

| | |
|---|---|
| From: | Candice Gregory [turnergrain@sbcglobal.net] |
| Sent: | Wednesday, June 13, 2012 2:36 PM |
| To: | Michael Keith |
| Cc: | Dale Bartlett; Jason Coleman |
| Subject: | RTI 406B |
| Attachments: | KBX-RTI 406B.pdf |

Michael,

Attached is the invoice for barge RTI 406B which was loaded in Helena. Please send payment as soon as possible.

Thanks,

*Candice Gregory*

*Turner Grain Merchandising, Inc.*

*Phone: 870-752-0406*

*Fax: 870-734-4748*

KBX/SR 3887

Law Clerk2

| From: | Jason Coleman [jasontcoleman@sbcglobal.net] |
|-------|---------------------------------------------|
| Sent: | Monday, June 18, 2012 11:43 AM |
| To: | Michael Keith |

Reminder need pyt on barge and med grain today

---

Theresa Graves

| From: | Candice Gregory <turnergrain@sbcglobal.net> |
|-------|---------------------------------------------|
| Sent: | Monday, June 18, 2012 5:44 PM |
| To: | Michael Keith |
| Cc: | Jason Coleman; Dale Bartlett |
| Subject: | BUNGE 936B |
| Attachments: | KBX-BUNGE 936B.pdf |

Michael,

Attached is an invoice for HBT barge # BUNGE 936B. Please pay as quickly as possible.

Thanks,

*Candice Gregory*

*Turner Grain Merchandising, Inc.*

*Phone: 870-752-0406*

*Fax: 870-734-1749*

KBX/SR 3689

KBX/SR 3695

Theresa Graves

| | |
|---|---|
| From: | Candice Gregory <turnergrain@sbcglobal.net> |
| Sent: | Wednesday, June 27, 2012 11:13 AM |
| To: | Michael Keith |
| Cc: | Jason Coleman; Dale Bartlett |
| Subject: | payment |

Michael,

Jason wanted me to double check with you and make sure that payment was being sent today on barges SCF 27106 & BUNGE 14587.  Please let me know so I can tell him one way or the other......

Thanks,

*Candice Gregory*

*Turner Grain Merchandising, Inc.*

*Phone: 870-752-0406*

*Fax: 870-734-4748*

KBX/SR 3718

---

Theresa Graves

| | |
|---|---|
| From | Candice Gregory <turnergrain@sbcglobal.net> |
| Sent: | Thursday, July 12, 2012 9:56 AM |
| To: | Michael Keith |
| Cc | Dale Bartlett; Jason Coleman |
| Subject: | BUNGE 919 |
| Attachments: | KBX-BUNGE919B.pdf |

Attached is an invoice for barge # BUNGE919 loaded @ Helena. Please pay as quickley as possible.

Thanks,

*Candice Gregory*

*Turner Grain Merchandising, Inc.*

*Phone: 870-752-0406*

*Fax: 870-734-4748*

KBX/SR 3788

**Theresa Groves**

From:          Candice Gregory <turnergrain@sbcglobal.net>
Sent:          Thursday, July 12, 2012 8:08 PM
To:            Michael Keith
Cc:            Dale Bartlett; Jason Coleman
Subject:       AEP 3378
Attachments:   KBX-AEP3378.pdf

Attached is an invoice for the AEP 3378 barge loaded at COB in West Memphis. Please pay as quickley as possible.

Thanks,

Candice Gregory

Turner Grain Merchandising, Inc.

Phone: 870-752-0406

Fax: 870-734-4748

KBX/SR 3799

---

**Law Clerk2**

From:          Jason Coleman [jasoncoleman@sbcglobal.net]
Sent:          Monday, July 23, 2012 11:57 AM
To:            Michael Keith

Can u please pay
AEP3156
MEM2061 today thanks

KBX/SR 3851

**Law Clerk2**

From:      Jason Coleman [jasoncoleman@sbcglobal.net]
Sent:      Tuesday, July 24, 2012 1:28 PM
To:        Michael Keith

Can you please pay MEM2081
Snf16001
Got med grain at producers also

KBX/SR 3870

---

**Theresa Graves**

From:          Candice Gregory <turnergrain@sbcglobal.net>
Sent:          Thursday, November 15, 2012 11:34 AM
To:            Michael Keith
Cc:            Dale Bartlett
Subject:       FJPN 658
Attachments:   FJPN 658.pdf

Attached is an invoice for barge FJPN 658 loaded at NBT. Please forward payment as soon as possible.

Thanks,

Candice Gregory

Turner Grain Merchandising, Inc.

Phone: 870-734-4747

Fax: 870-734-4748

KBX/SR 4398

Law Clerk2

From:       Jason Coleman [jasontcoleman@sbcglobal.net]
Sent:       Tuesday, November 27, 2012 1:03 PM
To:         Michael Keith

Will u be paying anything today

KBX/SR 4460

---

Law Clerk2

From:       Michael Keith
Sent:       Monday, December 31, 2012 11:51 AM
To:         'Jason Coleman'; Shay Sabree
Subject:    RE:

Wasn't planning on it. I asked Dale about what you needed on Friday and he said you were good.

From: Jason Coleman [mailto:jasontcoleman@sbcglobal.net]
Sent: Monday, December 31, 2012 11:49 AM
To: Michael Keith; Shay Sabree
Subject:

We will have 10 loads per day to producers at Stuttgart wed ,thur and fri.

10 per day to Greenville thur and fri.

Are we getting a wire from kbx today on producers loads have to pay out farmers today

KBX/SR 4726

Law Clerk2

From:      Jason Coleman [jasonlcoleman@sbcglobal.net]
Sent:      Thursday, January 03, 2013 10:59 AM
To:        Michael Keith

Need wire for settlement 37510 and still have a barge out

KBX/SR 4774

Law Clerk2

From:      Jason Coleman [jasonlcoleman@sbcglobal.net]
Sent:      Friday, January 11, 2013 8:36 AM
To:        Michael Keith

Need Payment on producers Stuttgart, producers Greenville and Carlson mills please

KBX/SR 4787

**Theresa Graves**

| | |
|---|---|
| From: | Candice Gregory <turnergrain@sbcglobal.net> |
| Sent: | Tuesday, January 22, 2013 8:55 AM |
| To: | Michael Keith |
| Cc: | Jason Coleman; Dottie Morrison; Dale Bartlett |
| Subject: | Producers |

Jason asked me to find out if you were going to seed $ for Producers today. We have several guys needing payment on loads delivered there.

Thanks,
*Candice Gregory*
*Turner Grain Merchandising, Inc.*
*Phone: 870-734-4747*
*Fax: 870-734-4748*

KBX/SR 4832

---

**Theresa Graves**

| | |
|---|---|
| From: | Candice Gregory <turnergrain@sbcglobal.net> |
| Sent: | Wednesday, January 23, 2013 8:28 AM |
| To: | Michael Keith |
| Cc: | Jason Coleman; Dale Bartlett; Dottie Morrison |
| Subject: | RCI 409B |
| Attachments: | RCI 409B.tif |

MK-

Attached is an invoice for barge RCI 409B loaded at HBT. Please pay as soon as possible.

I will be away from my desk most of the day, but if you need to reach me, I will be available by email or call (870)752-0406.

Thanks!
*Candice Gregory*
*Turner Grain Merchandising, Inc.*
*Phone: 870-734-4747*
*Fax: 870-734-4748*

KBX/SR 4839

Law Clerk2

| | |
|---|---|
| From: | Jason Coleman [jasonicoleman@sbcglobal.net] |
| Sent: | Friday, January 25, 2013 8:47 AM |
| To: | Dottie Morrison; Michael Keith |

Need pyt on
8a1365 b
7sf904b
And I say have around 48000 bu
At producers from first couple weeks of Jan not sure but can't find back up Candice should
have emailed loads


Sent from my iPhone


**KBX/SR 4869**

---

Law Clerk2

| | |
|---|---|
| From: | Jason Coleman [jasonicoleman@sbcglobal.net] |
| Sent: | Tuesday, January 29, 2013 11:32 AM |
| To: | Michael Keith |

Dale said he shows Act 409 is due today
And we have some windmill due also


**KBX/SR 4913**

Law Clerk2

From:       Jason Coleman [jasoncoleman@sbcglobal.net]
Sent:       Tuesday, January 29, 2013 6:46 PM
To:         Shey Babree; Micheal Keith

Just a reminder
We got loads@
Producers
Windmill
Carlson
West Memphis

KBX/SR 4916

Law Clerk2

From:       Jason Coleman [jasoncoleman@sbcglobal.net]
Sent:       Wednesday, January 30, 2013 10:18 AM
To:         Dottle Morrison; Shey Babree; Micheal Keith

We have 40815.60 cwt at producers due at producers 1/16/13-1/22/13

Have windmill loads from 1/17/13 –1/22/13  (13 loads)

KBX/SR 4927

Law Clerk2

From:          Jason Coleman [jasoncoleman@abcglobal.net]
Sent:          Wednesday, January 30, 2013 12:50 PM
To:            Micheal Keith

Looks like we got about $ 2300000.00 out with you right now including producers.

KBX/SR 4928

---

Law Clerk2

From:          Jason Coleman [jasoncoleman@abcglobal.net]
Sent:          Thursday, January 31, 2013 12:17 PM
To:            Shay Sabree; Micheal Keith

Need producers and windmill that is due

Sent from my iPhone

KBX/SR 4947

**Law Clerk2**

From:        Jason Coleman [jasoncoleman@eboglobal.net]
Sent:        Monday, February 04, 2013 9:32 AM
To:          Micheal Keith; Shey Sebree; Dottie Morrison

Still need pyt on
Windmill
Carlson
Ltd12011
Ltd740.

**KBX/SR 4970**

---

**Law Clerk2**

From:        Michael Keith
Sent:        Tuesday, February 05, 2013 2:56 PM
To:          'Candice Gregory'; Dottie Morrison; Shey Sebree
Cc:          Jason Coleman; Dale Bartlett
Subject:     RE: WNML/PRM/CM

I paid everything on payables yesterday. I don't know what else has been shipped.

From: Candice Gregory [mailto:turnergrain@eboglobal.net]
Sent: Tuesday, February 05, 2013 2:54 PM
To: Michael Keith; Dottie Morrison; Shey Sebree
Cc: Jason Coleman; Dale Bartlett
Subject: WNML/PRM/CM

Michael,

Jason wanted me to ask when we could expect payment on the remaining loads delivered to Windmill as well as additional Producers and Carlson Mill's loads?

Please call with questions.

Thanks,
*Candice Gregory*
*Turner Grain Merchandising, Inc.*
*Phone: 870-734-4747*
*Fax: 870-734-4748*

**KBX/SR 4983**

Law Clerk2

From:            Jason Coleman [jasoncoleman@sbcglobal.net]
Sent:            Thursday, February 07, 2013 1:28 PM
To:              Dottie Morrison; Michael Keith

Need pyt on sed grain producers

Sent from my iPhone

KBX/SR 4995

Law Clerk2

From:            Jason Coleman [jasoncoleman@sbcglobal.net]
Sent:            Friday, February 08, 2013 6:10 PM
To:              Michael Keith

U pay anything today

Sent from my iPhone

KBX/SR 5018

Law Clerk2

| | |
|---|---|
| From: | Jason Coleman [jasoncoleman@sbcglobal.net] |
| Sent: | Tuesday, February 12, 2013 8:52 AM |
| To: | Michael Keith |

My bank does not show the wire from yesterday the one you said u forgot Friday and told me
you sent yesterday can u email me the wire confermation

Sent from my iPhone

KBX/SR 6046

---

Law Clerk2

| | |
|---|---|
| From: | Jason Coleman [jasoncoleman@sbcglobal.net] |
| Sent: | Wednesday, February 13, 2013 10:51 AM |
| To: | Michael Keith; Dottie Morrison |

Need pyt on you ac $62 and more producers  bungs 947 today please

Sent from my iPhone

KBX/SR 6046

Law Clerk2

From:           Jason Coleman [jasontcoleman@sbcglobal.net]
Sent:           Wednesday, February 13, 2013 1:28 PM
To:             Michael Keith

The producers and two barges let me know

Sent from my iPhone

KBX/SR 5047

---

Law Clerk2

From:           Michael Keith
Sent:           Wednesday, February 13, 2013 2:26 PM
To:             'Jason Coleman'
Subject:        RE:

None.

-----Original Message-----
From: Jason Coleman [mailto:jasontcoleman@sbcglobal.net]
Sent: Wednesday, February 13, 2013 2:26 PM
To: Michael Keith
Subject:

How much u sending

Sent from my iPhone

KBX/SR 5049

## Law Clerk2

| | |
|---|---|
| From: | Jason Coleman [jasoncoleman@sbcglobal.net] |
| Sent: | Friday, February 15, 2013 9:19 AM |
| To: | Dottie Morrison; Michael Keith; Shay Sebree |

I need barges
Toumx 962
Burge 947
Carlton mills
Producers.  I need these paid today if any way possible please let me know something

Sent from my iPhone

## Law Clerk2

| | |
|---|---|
| From: | Jason Coleman [jasoncoleman@sbcglobal.net] |
| Sent: | Thursday, February 21, 2013 3:47 PM |
| To: | Michael Keith |

U paying anything today

Sent from my iPhone

KBX/SR 6096

KBX/SR 6176

## Law Clerk2

From:           Gale Hamrick [ghturnergrain@yahoo.com]
Sent:           Wednesday, February 27, 2013 4:48 PM
To:             Michael Keith
Subject:        Re: Need Milling Yield

Do you have this information for me? Sorry but I have the guy waiting on it...

*Gale Hamrick*
*Turner Grain Merchandising, Inc.*
*Office # (870)734-4747*
*Fax # (870)734-4748*

From: Gale Hamrick <ghturnergrain@yahoo.com>
To: Michael Keith <mkeith@ebx-rice.com>
Sent: Wednesday, February 27, 2013 3:50 PM
Subject: Need Milling Yield

SCF 1051B  (OMO8699, OMO8700, OMO8729)
Bunge 14541 (OMO8844)
Bunge 14511 (OMO8757,)
Bunge 14516 (OMO8661)
TML201B (OMO8951, OMO8951,)
SCF28103B (OMO9024, OMO9030,OMO9033,OMO9072, OMO9073)
Bunge 14592 (OMO8896, OMO8925, OMO8929, OMO8943,OMO8944)
RCI1414B (13R1513, 13R1523, 13R1524, 13R1531)

I Need the M/Y ASAP please.  I David Smith Farms is needing a check today.

Thanks,
*Gale Hamrick*
*Turner Grain Merchandising, Inc.*
*Office # (870)734-4747*
*Fax # (870)734-4748*

KBX/SR 5311

---

## Law Clerk2

From:           Jason Coleman [jasontcoleman@sbcglobal.net]
Sent:           Friday, March 01, 2013 2:14 PM
To:             Michael Keith

Still have not got wire from yesterday please check on it

Sent from my iPhone

KBX/SR 5357

Law Clerk2

From:        Jason Coleman [jasonlcoleman@sbcglobal.net]
Sent:        Tuesday, March 06, 2013 10:00 AM
To:          Michael Keith

Got a lot of rice out with ya need money

Sent from my iPhone

KBX/SR 5358



KBX/SR 5378

**Theresa Graves**

| | |
|---|---|
| From: | Candice Gregory <turnergrain@sbcglobal.net> |
| Sent: | Wednesday, March 06, 2013 3:58 PM |
| To: | Michael Keith |
| Subject: | $978,862.47 |

Got any info on this $ you can send me?

Thanks,
*Candice Gregory*
*Turner Grain Merchandising, Inc.*
*Phone: 870-734-4747*
*Fax: 870-734-4748*

**Law Clerk2**

| | |
|---|---|
| From: | Jason Coleman [jasonzcoleman@sbcglobal.net] |
| Sent: | Thursday, March 07, 2013 11:46 AM |
| To: | Dottie Morrison; Michael Keith |

Need pyt on the producers loads got a lot out and people here today to get money

KBX/SR 5389

KBX/SR 5412

Law Clerk2

From:       Jason Coleman [jasoncoleman@sbcglobal.net]
Sent:       Friday, March 08, 2013 10:08 AM
To:         Dottie Morrison; Michael Keith

Need pyt today on KM 1358 invoiced 2/27
And still have a lot of producers from 2/28— 3/4/13

**KBX/SR 5428**

Law Clerk2

From:       Jason Coleman [jasoncoleman@sbcglobal.net]
Sent:       Monday, March 11, 2013 8:48 AM
To:         Michael Keith

I have around 75000 cwt due for pyt at producers

**KBX/SR 5429**

Law Clerk2

From:        Jason Coleman [jasonacoleman@sbcglobal.net]
Sent:        Monday, March 11, 2013 2:17 PM
To:          Michael Keith

Don't forget my producers payment

Sent from my iPhone

Law Clerk2

From:        Jason Coleman [jasonacoleman@sbcglobal.net]
Sent:        Tuesday, March 12, 2013 8:58 AM
To:          Michael Keith

Need to get producers paid up through the 3/6

Sent from my iPhone

Law Clerk2

From:     Jason Coleman [jasonbcoleman@sbcglobal.net]
Sent:     Tuesday, March 12, 2013 10:58 AM
To:       Michael Keith

Got producers and a barge due

Sent from my iPhone

KBX/SR 5495

Law Clerk2

From:     Jason Coleman [jasonbcoleman@sbcglobal.net]
Sent:     Wednesday, March 13, 2013 10:06 AM
To:       Michael Keith

We need the ch barge today paid think dale has talked to ya

KBX/SR 5502

Law Clerk2

From:       Jason Coleman [jasontcoleman@sbcglobal.net]
Sent:       Tuesday, March 19, 2013 11:20 AM
To:         Michael Keith

Can u check on producers wire today

Sent from my iPhone

KBX/SR 5551

---

Law Clerk2

From:       Jason Coleman [jasontcoleman@sbcglobal.net]
Sent:       Friday, March 22, 2013 12:51 PM
To:         Michael Keith

Don't forget my wire

Sent from my iPhone

KBX/SR 5559

Law Clerk2

| | |
|---|---|
| From: | Jason Coleman [jasonlcoleman@sbcglobal.net] |
| Sent: | Monday, March 26, 2013 1:45 PM |
| To: | Micheal Keith |

Need some more producers

Sent from my iPhone

KBX/SR 5562

---

Law Clerk2

| | |
|---|---|
| From: | Jason Coleman [jasonlcoleman@sbcglobal.net] |
| Sent: | Tuesday, March 26, 2013 9:01 AM |
| To: | Micheal Keith |

Bad need a bunch of money from producers we have a ton of rics over there

KBX/SR 5565

Law Clerk2

From:       Jason Coleman [jasonkcoleman@sbcglobal.net]
Sent:       Wednesday, March 27, 2013 11:51 AM
To:         Michael Keith
Subject:    Re: RE:

Love you

Sent from my iPhone

On Mar 27, 2013, at 11:49 AM, "Michael Keith" <mkeith@kbxvibe.com> wrote:

Sending just under 1.5 today.

From: Jason Coleman [mailto:jasonkcoleman@sbcglobal.net]
Sent: Wednesday, March 27, 2013 11:45 AM
To: Michael Keith
Subject:

I have over 2 million 7 days an older at producers got to get this

KBX/SR 5608

---

Law Clerk2

From:       Jason Coleman [jasonkcoleman@sbcglobal.net]
Sent:       Friday, March 29, 2013 11:13 AM
To:         Michael Keith

R u wiring anything today

Sent from my iPhone

KBX/SR 5614

Law Clerk2

From:       Jason Coleman [jasonbcoleman@sbcglobal.net]
Sent:       Monday, April 01, 2013 11:58 AM
To:         Micheal Keith

Got another 2 million due from producers how much can u pay today

Sent from my iPhone

KBX/SR 5815

Law Clerk2

From:       Jason Coleman [jasonbcoleman@sbcglobal.net]
Sent:       Tuesday, April 02, 2013 11:00 AM
To:         Micheal Keith

Send me 2 mill today and I will trade I mill in rice today

Sent from my iPhone

KBX/SR 5857

Law Clerk2

From:        Jason Coleman [jasontcoleman@sbcglobal.net]
Sent:        Wednesday, April 03, 2013 9:03 AM
To:          Michael Keith

Bank has not got wire from yesterday afternoon did not come in this morning can u send conforeation

Sent from my iPhone

KBX/SR 5663

Law Clerk2

From:        Jason Coleman [jasontcoleman@sbcglobal.net]
Sent:        Thursday, April 04, 2013 8:24 AM
To:          Michael Keith

Need barge info did you get it

Also need bid on 3 barges April may

Need wire for about 2 million

Sent from my iPhone

KBX/SR 5670

**Law Clerk2**

| | |
|---|---|
| From: | Micheal Keith |
| Sent: | Thursday, April 04, 2013 2:59 PM |
| To: | 'Jason Coleman' |
| Subject: | RE: RE: |

Im gonna beat you down for questioning me.  It's not my fault you have a creppy thieving bank.

-----Original Message-----
From: Jason Coleman [mailto:jasontcoleman@sbcglobal.net]
Sent: Thursday, April 04, 2013 2:57 PM
To: Micheal Keith
Subject: Re: RE:

That's fine if it went out

Sent from my iPhone

On Apr 4, 2013, at 2:53 PM, "Micheal Keith" <mkeith@kbx-rice.com> wrote:

> Sorry, only 1.4
>
> -----Original Message-----
> From: Jason Coleman [mailto:jasontcoleman@sbcglobal.net]
> Sent: Thursday, April 04, 2013 1:15 PM
> To: Micheal Keith
> Subject:
>
> Need at least 1.5 today
>
> Sent from my iPhone

1

KBX/SR 5885

---

**Law Clerk2**

| | |
|---|---|
| From: | Jason Coleman [jasontcoleman@sbcglobal.net] |
| Sent: | Friday, April 08, 2013 2:40 PM |
| To: | Dustin Morrison; Micheal Keith |

How much is today's wire

Sent from my iPhone

1

KBX/SR 5892

Law Clerk2

From:        Jason Coleman [jasonicoleman@abcglobal.net]
Sent:        Friday, April 05, 2013 3:54 PM
To:          Michael Keith

Did you get the bunge info for Candice this guy is going nuts on me and how much was wire today

Sent from my iPhone

---

Law Clerk2

From:        Michael Keith
Sent:        Monday, April 08, 2013 11:47 AM
To:          'Jason Coleman'
Subject:     RE:

I will send you some worthless paper otherwise known as the United States dollar.

From: Jason Coleman [mailto:jasonicoleman@abcglobal.net]
Sent: Monday, April 08, 2013 11:33 AM
To: Michael Keith
Subject:

Got producers due
Two barges due
Bunge due

KBX/SR 5693

KBX/SR 5797

**Law Clerk2**

From:        Jason Coleman [jasonlcoleman@sbcglobal.net]
Sent:        Wednesday, April 10, 2013 10:12 AM
To:          Micheal Keith

Send me some producers and bunga today to avoid a beat down

Sent from my iPhone

KBX/SR 5919

---

**Law Clerk2**

From:        Jason Coleman [jasonlcoleman@sbcglobal.net]
Sent:        Thursday, April 11, 2013 11:12 AM
To:          Micheal Keith

I have never got a 3 million wire today would be nice

Sent from my iPhone

KBX/SR 5956

Law Clerk2

From:      Jason Coleman [jasontcoleman@sbcglobal.net]
Sent:      Tuesday, April 16, 2013 2:03 PM
To:        Michael Keith
Subject:   Re: RE:

U sent some late yesterday also

Sent from my iPhone

On Apr 16, 2013, at 2:00 PM, "Michael Keith" <mkeith@kbx-rica.com> wrote:

> yep
>
> -----Original Message-----
> From: Jason Coleman [mailto:jasontcoleman@sbcglobal.net]
> Sent: Tuesday, April 16, 2013 2:00 PM
> To: Michael Keith
> Subject:
>
> Will u be wiring something today
>
> Sent from my iPhone

Law Clerk2

From:      Jason Coleman [jasontcoleman@sbcglobal.net]
Sent:      Thursday, April 18, 2013 11:17 AM
To:        Michael Keith

Send about 150000 today u will be getting bought up

Sent from my iPhone

**Law Clerk2**

| | |
|---|---|
| From: | Jason Coleman [jasoncoleman@abcglobal.net] |
| Sent: | Tuesday, April 23, 2013 2:30 PM |
| To: | Michael Keith |

You got any thing coming my way today

Sent from my iPhone

KBX/SR 6028

**Law Clerk2**

| | |
|---|---|
| From: | Jason Coleman [jasoncoleman@abcglobal.net] |
| Sent: | Wednesday, April 24, 2013 8:57 AM |
| To: | Michael Keith |

Need some want ass money

Sent from my iPhone

KBX/SR 6029

Law Clerk2

| | |
|---|---|
| From: | Jason Coleman [jasontcoleman@sbcglobal.net] |
| Sent: | Wednesday, April 24, 2013 11:35 AM |
| To: | Michael Keith |

Need west Memphis stuff ASAP
And windmill med grain
And producers

Sent from my iPhone

KBX/SR 6030

---

Law Clerk2

| | |
|---|---|
| From: | Jason Coleman [jasontcoleman@sbcglobal.net] |
| Sent: | Thursday, April 25, 2013 8:59 AM |
| To: | Michael Keith; Dottie Morrison |

Mk I really need

The scf barge that was loaded on the 11
All of the bunge Memphis
The rest of Caruthersville rice
And med grain at windmill
And more producers I know this is a lot but is pretty old
And I got people calling and coming in to get checks

KBX/SR 6050

Law Clerk2

From:        Jason Coleman [jasonlcoleman@sbcglobal.net]
Sent:        Friday, April 26, 2013 9:03 AM
To:          Michael Keith

I have barge due
Med grain at windmill past due
I am out need money money cant hold these guys off any more
Got around 2.1 million due
Please help

KBX/SR 6061

Law Clerk2

From:        Jason Coleman [jasonlcoleman@sbcglobal.net]
Sent:        Monday, April 29, 2013 10:31 AM
To:          Michael Keith

Need scf barge
Med grain
Long grain windmill
Producers

Sent from my iPhone

KBX/SR 6069

Law Clerk2

From:        Jason Coleman [jasontcoleman@sbcglobal.net]
Sent:        Tuesday, April 30, 2013 11:16 AM
To:          Dottie Morrison; Michael Keith

We have loads at producers from 4/16/13 —— 4/30/13
That total around 1.200000 million my farmers r coming
In to get checks today mk said he has around 740000
But I need the whole thing help me if you can
Customers are getting upset when is goes past 10 days.

KBX/SR 6152

---

Law Clerk2

From:        Jason Coleman [jasontcoleman@sbcglobal.net]
Sent:        Wednesday, May 01, 2013 8:96 AM
To:          Michael Keith

1.3 this am.  Oh yeah good morning

Sent from my iPhone

KBX/SR 6162

**Law Clerk2**

| | |
|---|---|
| From: | Jason Coleman [jasoncoleman@sbcglobal.net] |
| Sent: | Wednesday, May 01, 2013 11:21 AM |
| To: | Michael Keith |

No wire yet

Sent from my iPhone

---

**Law Clerk2**

| | |
|---|---|
| From: | Jason Coleman [jasoncoleman@sbcglobal.net] |
| Sent: | Thursday, May 02, 2013 11:14 AM |
| To: | Michael Keith |

Remember if we r to remain friends you must wire today

Sent from my iPhone

KBX/SR 6163

KBX/SR 6179

Law Clerk2

From:        Jason Coleman [jasonisoleman@sbcglobal.net]
Sent:        Friday, May 03, 2013 2:06 PM
To:          Michael Keith

Hire amount for today?

Sent from my iPhone

KBX/SR 6187

---

Law Clerk2

From:        Jason Coleman [jasonisoleman@sbcglobal.net]
Sent:        Wednesday, May 08, 2013 11:26 AM
To:          Dottie Morrison; Michael Keith; Shay Sebree

Around 95 loads due at windmill
And 34000 cwt due at producers
Est total $1,400,000.00

KBX/SR 6188

Law Clerk2

From:           Jason Coleman [jasontcoleman@sbcglobal.net]
Sent:           Wednesday, May 08, 2013 1:18 PM
To:             Michael Keith

Shay says he has the windmill and producers ready for you

KBX/SR 6189

---

Law Clerk2

From:           Jason Coleman [jasontcoleman@sbcglobal.net]
Sent:           Friday, May 10, 2013 11:41 AM
To:             Michael Keith

Looks like we got about 95 loads need to be paid at windmill

Sent from my iPhone

KBX/SR 6193

**Law Clerk2**

| | |
|---|---|
| From: | Jason Coleman [jasoncoleman@sbcglobal.net] |
| Sent: | Friday, May 17, 2013 8:36 AM |
| To: | Michael Keith |

I have some producers due can u get it today shay had it bout 37 loads

Sent from my iPhone

---

**Law Clerk2**

| | |
|---|---|
| From: | Jason Coleman [jasoncoleman@sbcglobal.net] |
| Sent: | Monday, May 20, 2013 10:08 AM |
| To: | Michael Keith |

Did u get the info on windmill and producers that is due and r we ok for barge tomorrow

Sent from my iPhone

KBX/SR 6232

KBX/SR 6242

Law Clerk2

| | |
|---|---|
| From: | Jason Coleman [jasontcoleman@sbcglobal.net] |
| Sent: | Tuesday, May 21, 2013 12:52 PM |
| To: | Michael Keith |

Don't forget my wire today ok

Sent from my iPhone

---

Law Clerk2

| | |
|---|---|
| From: | Jason Coleman [jasontcoleman@sbcglobal.net] |
| Sent: | Wednesday, May 29, 2013 7:58 AM |
| To: | Michael Keith |

Dottie has my windmill ready can u send it this morning

Sent from my iPhone

KBX/SR 6261

KBX/SR 6263

**Law Clerk2**

From:       Jason Coleman [jasontoolsman@sbcglobal.net]
Sent:       Wednesday, May 29, 2013 2:14 AM
To:         Dottie Morrison; Michael Keith

Dottie can u email windmill settlement to mike keith need to get it today and u will also
have another corn Chaka there in the morning

Sent from my iPhone

KBX/SR 6267

---

**Law Clerk2**

From:       Jason Coleman [jasontoolsman@sbcglobal.net]
Sent:       Wednesday, May 29, 2013 1:34 PM
To:         Michael Keith

Got to get windmill money today and I will sale u another barge

Sent from my iPhone

KBX/SR 6268

Law Clerk2

| | |
|---|---|
| From: | Jason Coleman [jasoncoleman@abcglobal.net] |
| Sent: | Monday, June 03, 2013 1:54 PM |
| To: | Michael Keith |

R we done on the 3 barges and how much is the wire for barge and bunge west mem

---

Theresa Graves

| | |
|---|---|
| From: | Candice Gregory <candice@turnergrain.com> |
| Sent: | Tuesday, June 04, 2013 8:54 AM |
| To: | Michael Keith |
| Cc: | Jason Coleman; Gale Hamrick; dbartlett72366@yahoo.com |
| Subject: | payments today |

MK-

Jason asked that I email you regarding payment on the loads delivered to Bunge-West Memphis, the Pine Bluff Barge BUNGE 940, and the PRO loads invoiced. He is expecting payment on these today. Please contact Jason or Dale with any questions.

Thanks,
Candice

Shay

Total cost:          $7292.4

apply          35000 cwt 30X233      13.09
Apply          5940.6cwt 35X246      15.09

need to get this .

Med from Deli to ~~Bodley~~ Polvera

Started on 3/5/12  —  3/14/12

MR, Shay and Dottie.

KBX/SR 9984

---

**Theresa Graves**

| | |
|---|---|
| From: | Candice Gregory <turnergrain@sbcglobal.net> |
| Sent: | Monday, April 02, 2012 2:02 PM |
| To: | Dottie Morrison |
| Cc: | Jason Coleman; Dale Bartlett |
| Subject: | Fw: Invoice for Planters Rice Mill loads |
| Attachments: | KBX-Planters loads #1.tif; Windmill loads.tif |

Dottie,

Jason asked me to send these to you and see about payment on it as soon as possible. One invoice is for Planter's rice mill and the other is an invoice for loads delivered to Windmill.

Thanks,

*Candice Gregory*

*Turner Grain Merchandising, Inc.*

*Phone: 870-752-0406*

*Fax: 870-734-4748.*

----- Forwarded Message -----
From: Candice Gregory <turnergrain@sbcglobal.net>
To: Michael Kraft <mkraft@kbx-rice.com>; Shay Sabree <ssabree@kbx-rice.com>
Cc: Jason Coleman <jasoncoleman@sbcglobal.net>; Dale Bartlett <dbartlett772386@yahoo.com>
Sent: Mon, March 19, 2012 3:45:52 PM
Subject: Invoice for Planters Rice Mill loads

Michael,

Attached are loads that were taken to Planter's Rice Mill in Brinkley against contract # 32241/12 for 25,000 cwts. @ $12.75/cwt.

Please let me know if you need further information.

Thanks,

*Candice Gregory*

*Turner Grain Merchandising, Inc.*

*Phone: 870-752-0406*

1

KBX/SR 10001

**Theresa Graves**

| | |
|---|---|
| From: | Jason Coleman <jasoncoleman@sbcglobel.net> |
| Sent: | Thursday, January 17, 2013 8:45 PM |
| To: | Dottie Morrison |
| Subject: | Re: RE: |

Thanks I should have waited for it to get here

Sent from my iPhone

On Jan 17, 2013, at 6:06 PM, "Dottie Morrison" <dmorrison@king-rice.com> wrote:

Shay gave it to me today. I gave it to Kaye to work up and when she finished, I checked it and it was wrong. I had to give it back to her to fix and it wasn't done in time. I apologize for not just working it up myself. I just didn't realize the urgency until you emailed me, then I didn't even realize this Carlson that he just gave me today was what you were looking for. I am taking it all home with me to make sure all is correct and I will ask MK & Steve to release it in the morning.

Thanks,
Dottie

-----Original Message-----
From: Jason Coleman [mailto:jasoncoleman@sbcglobel.net]
Sent: Thursday, January 17, 2013 5:49 PM
To: Dottie Morrison
Subject:

If You can please see if Steve could get that out early in the morning I paid out little over a million today mk and shay told me all the Carlson was being wired today sorry for being problem just though is was wired today

Sent from my iPhone

KBX/SR 10035

---

**Theresa Graves**

| | |
|---|---|
| From: | Jason Coleman <jasoncoleman@sbcglobel.net> |
| Sent: | Tuesday, January 22, 2013 9:01 AM |
| To: | Dottie Morrison |

I show about $680,000 owt since the 17 th and before teh you check on this fo r mx need'target settlement

Sent from my iPhone

KBX/SR 10039

**Theresa Graves**

| | |
|---|---|
| From: | Jason Coleman <jasontcoleman@sbcglobal.net> |
| Sent: | Tuesday, January 22, 2013 9:43 AM |
| To: | Dottie Morrison |
| Subject: | Re: RE: |

If y'all could pay that I will leve u more then I do now

Sent from my iPhone

On Jan 22, 2013, at 9:41 AM, "Dottie Morrison" <djmorrison@bbk-rice.com> wrote:

> Ok, I now have 55,843.60 cwts worked up, all into Producers. Does this
> sound correct?
>
> -----Original Message-----
> From: Jason Coleman [mailto:jasontcoleman@sbcglobal.net]
> Sent: Tuesday, January 22, 2013 9:07 AM
> To: Dottie Morrison
> Subject:
>
> I show about 56000 cwt since the 17 th and before can you check on
> this for me need to get settlement
>
>
> Sent from my iPhone
>

KBX/SR 10040

**Theresa Graves**

| | |
|---|---|
| From: | Jason Coleman <jasontcoleman@sbcglobal.net> |
| Sent: | Tuesday, January 22, 2013 9:45 AM |
| To: | Dottie Morrison |
| Subject: | Re: RE: |

Got some windmill also but if u could wire the 55000 cwt I would be happy

Sent from my iPhone

On Jan 22, 2013, at 9:41 AM, "Dottie Morrison" <djmorrison@bbk-rice.com> wrote:

> Ok, I now have 55,843.60 cwts worked up, all into Producers. Does this
> sound correct?
>
> -----Original Message-----
> From: Jason Coleman [mailto:jasontcoleman@sbcglobal.net]
> Sent: Tuesday, January 22, 2013 9:07 AM
> To: Dottie Morrison
> Subject:
>
> I show about 56000 cwt since the 17 th and before can you check on
> this for me need to get settlement
>
>
> Sent from my iPhone
>

KBX/SR 10041

Theresa Graves

| | |
|---|---|
| From: | Jason Coleman <jasontcoleman@sbcglobal.net> |
| Sent: | Wednesday, January 23, 2013 10:20 AM |
| To: | Dottie Morrison |
| Subject: | Re: backup |

Thanks be sure to remind him

Sent from my iPhone

On Jan 23, 2013, at 10:18 AM, "Dottie Morrison" <dmorrison@kbx-rice.com> wrote:

I believe so. I will remind Michael again.

From: Jason Coleman [mailto:jasontcoleman@sbcglobal.net]
Sent: Wednesday, January 23, 2013 10:12 AM
To: Dottie Morrison
Subject: Re: backup

Do we have the 750000 coming today also that got missed yesterday

Sent from my iPhone

On Jan 23, 2013, at 9:54 AM, "Dottie Morrison" <dmorrison@kbx-rice.com> wrote:

Here are the 2 settlements we paid with yesterday's wire.

Thanks,
Dottie

<17668.tif>
<17684.tif>

1

KBX/SR 10056

Theresa Graves

| | |
|---|---|
| From: | Jason Coleman <jasontcoleman@sbcglobal.net> |
| Sent: | Wednesday, January 23, 2013 1:25 PM |
| To: | Dottie Morrison |

You get a response for mike on the 750000

Sent from my iPhone

1

KBX/SR 10059

**Theresa Graves**

From:       Jason Coleman <jasoncoleman@sbcglobal.net>
Sent:       Wednesday, January 23, 2013 3:09 PM
To:         Dottie Morrison

Soon as you get dollar amount from mk please email he gets mad when I ask just need dollar amount for today

Sent from my iPhone

KBX/SR 10060

---

**Theresa Graves**

From:       Jason Coleman <jasoncoleman@sbcglobal.net>
Sent:       Wednesday, January 23, 2013 3:11 PM
To:         Dottie Morrison
Subject:    Re: RE:

Tell him please him to get please I was excepting it yesterday kinde puts me in a bind

Sent from my iPhone

On Jan 23, 2013, at 3:08 PM, "Dottie Morrison" <dmorrison@kbx-rps.com> wrote:

> I show that he processed a wire for $758,455.92 but I don't get my
> confirmations until about 3:15-3:30 to show that was what was actually
> released.
>
>
> -----Original Message-----
> From: Jason Coleman [mailto:jasoncoleman@sbcglobal.net]
> Sent: Wednesday, January 23, 2013 2:59 PM
> To: Dottie Morrison
> Subject:
>
> Soon as you get dollar amount from mk please email he gets mad when I
> ask just need dollar amount for today
>
>
> Sent from my iPhone
>

KBX/SR 10061

**Theresa Graves**

| | |
|---|---|
| From: | Jason Coleman <jasontcoleman@sbcglobal.net> |
| Sent: | Friday, January 25, 2013 12:28 AM |
| To: | Dottie Morrison |

Will we have wires today/

Sent from my iPhone

---

**Theresa Graves**

| | |
|---|---|
| From: | Jason Coleman <jasontcoleman@sbcglobal.net> |
| Sent: | Friday, January 25, 2013 12:53 AM |
| To: | Dottie Morrison |

Keep sending all those leads from early Jan get me update down get people on the this is talking us Steve is gone today so ha isn't play Dann

Sent from my iPhone

**Theresa Graves**

From:        Jason Coleman <jasontcoleman@sbcglobal.net>
Sent:        Friday, January 25, 2013 12:29 PM
To:          Dottie Morrison
Subject:     Re: RE:

If he could do one of the barges don't matter to me just need money before I get killed I will even take a check

Sent from my iPhone

On Jan 25, 2013, at 12:20 PM, "Dottie Morrison" <dmorrison@klser-rice.com> wrote:

> MK know that Steve was leaving and not going to be here this afternoon
> to release wires. With those loads just being researched this morning,
> they weren't ready with an amount for him to prepare a wire for SMK to
> release before he left. I am going to get this part that Shay did
> figure out worked up myself right now. If Steve comes back with them
> from lunch before he leaves for the meeting maybe I can get it done
> today. If Steve is not coming back I won't be able to get the money
> released. But I am going to harry to be ready for him just in case.
> I'll let you know something as soon as I know :)
>
>
> ------Original Message------
> From: Jason Coleman [mailto:jasontcoleman@sbcglobal.net]
> Sent: Friday, January 25, 2013 11:52 AM
> To: Dottie Morrison
> Subject:
>
> K not having all those loads from early Jan got me upside down got
> people on me mk is telling us Steve is gone today so he can't pay them
>
>
> Sent from my iPhone
>

KBX/SR 10070

---

**Theresa Graves**

From:        Jason Coleman <jasontcoleman@sbcglobal.net>
Sent:        Friday, March 08, 2013 10:06 AM
To:          Dottie Morrison; Michael Keith

Need pyt today on RM 1358 invoiced 2/27
And still have a lot of producers from 2/28--- 3/4/13

KBX/SR 10132

**Theresa Graves**

| | |
|---|---|
| From: | Jason Coleman <jasonlcoleman@sbcglobal.net> |
| Sent: | Wednesday, May 08, 2013 4:08 PM |
| To: | Dottie Morrison |

Any idea what mk got out for us today

KBX/SR 10209

---

**Theresa Graves**

| | |
|---|---|
| From: | Jason Coleman <jasonlcoleman@sbcglobal.net> |
| Sent: | Tuesday, May 28, 2013 8:50 PM |
| To: | Dottie Morrison |

Did u pay any x4xdm5l today

Sent from my iPhone

KBX/SR 10216

**Theresa Graves**

| | |
|---|---|
| From: | Jason Coleman <jasoncoleman@sbcglobal.net> |
| Sent: | Sunday, March 23, 2014 4:09 PM |
| To: | Dottie Morrison |
| Subject: | Re: BACKUP |

Thank u shey should be working up more looks like we have one more barge bush
And about 100000 cwt still at producers

Sent from my iPhone

On Mar 23, 2014, at 4:02 PM, "Dottie Morrison" <dmorrison@kbx-rice.com> wrote:

> Here are the 3 settlements we paid with the $3,537,292.54 wire.
>
> Thanks,
> *Dottie*
> <19513.tif>
> <19515.tif>
> <19520.tif>

---

**Theresa Graves**

| | |
|---|---|
| From: | Jason Coleman <jasoncoleman@sbcglobal.net> |
| Sent: | Tuesday, March 25, 2014 3:20 PM |
| To: | Dottie Morrison |
| Subject: | Re: paid today |

I love you

Sent from my iPhone

On Mar 25, 2014, at 3:15 PM, "Dottie Morrison" <dmorrison@kbx-rice.com> wrote:

> Here is the settlement we paid with the $1,938,742.71 wire we sent today. Have a great day!
>
> *Dottie*
> <19529.tif>

**Theresa Graves**

| | |
|---|---|
| From: | Jason Coleman <jasontcoleman@sbcglobal.net> |
| Sent: | Tuesday, April 08, 2014 3:09 PM |
| To: | Dottie Morrison |

Do u know if any wires want out I had to pay out a lot today

Sent from my iPhone

---

**Theresa Graves**

| | |
|---|---|
| From: | Gale Hamrick <gale@turnergrain.com> |
| Sent: | Thursday, April 10, 2014 1:52 PM |
| To: | Dottie Morrison; Michael Keith; Shay Sabree |
| Cc: | Jason Coleman |
| Subject: | FW: Producers |
| Attachments: | Producers.pdf |

Dottie,
    Jason said that he is in Little Rock and can pick up a check if you can't get a wire today.

Thanks,
Gale

------------------------------------------------
Gale Hamrick
Turner Grain Merchandising, Inc.
(Office) 870-734-4747
(Fax) 870-734-4748
gale@turnergrain.com

From: Gale Hamrick [mailto:gale@turnergrain.com]
Sent: Thursday, April 10, 2014 12:05 PM
To: Dottie Morrison (dmorrison@bbe-rice.com)
Cc: Jason Coleman (jasontcoleman@sbcglobal.net)
Subject: FW: Producers

This is the Producers for payment please.

Thanks

------------------------------------------------
Gale Hamrick
Turner Grain Merchandising, Inc.
(Office) 870-734-4747
(Fax) 870-734-4748
gale@turnergrain.com

From: Gale Hamrick [mailto:gale@turnergrain.com]
Sent: Thursday, April 10, 2014 11:40 AM
To: Dottie Morrison (dmorrison@bbe-rice.com)
Cc: Jason Coleman (jasontcoleman@sbcglobal.net)
Subject: Producers

Dottie,
    I just spoke with Jason and he was asking if you could speak with Mr. Steven and see if you could pay us or the
96654.80 CWT that we have at Producers today.  We have several farmers that we need to get paid out ASAP.  He

1

realizes that it is not that old but he really needs to get payment on it today if possible. If you have any questions please call.

Thanks,
Gale

---

**Gale Hamrick**
**Turner Grain Merchandizing, Inc.**
(Office) 870-754-4747
(Fax) 870-754-4748
gale@turnergrain.com

---

**Theresa Graves**

| | |
|---|---|
| From: | Jason T Coleman <jasontcoleman@sbcglobal.net> |
| Sent: | Friday, July 25, 2014 8:58 AM |
| To: | Dottie Morrison |
| Subject: | Re: RE: RE: |

Going now but please get me two barges and bush

Sent from my iPhone

> On Jul 25, 2014, at 8:56 AM, "Dottie Morrison" <dmorrison@kbx-rice.com> wrote:
>
> GO TO SLEEP! :)
>
>
>
> -----Original Message-----
> From: Jason T Coleman [mailto:jasontcoleman@sbcglobal.net]
> Sent: Friday, July 25, 2014 8:54 AM
> To: Dottie Morrison
> Subject: Re: RE:
>
> Guy checks to cover so ease try 1.2 anyway with bush stuff and barge
> will diff have another barge dine by lunch
>
> Sent from my iPhone
>
>>> On Jul 25, 2014, at 8:51 AM, "Dottie Morrison"
>> <dmorrison@kbx-rice.com> wrote:
>>
>> I think one barge may be going today, not sure.
>>
>> Stop worrying about this and focus on YOU and YOUR SURGERY!! We are
>> thinking of you!!
>>
>>
>> -----Original Message-----
>> From: Jason T Coleman [mailto:jasontcoleman@sbcglobal.net]
>> Sent: Friday, July 25, 2014 8:45 AM
>> To: Dottie Morrison
>> Subject: Re:
>>
>> Going to sleep now please try to get all three of those need 1.3 to
>> 1.5 if possible
>>
>> Sent from my iPhone
>>
>>> On Jul 25, 2014, at 8:31 AM, Jason T Coleman
>>> <jasontcoleman@sbcglobal.net> wrote:

| EXHIBIT |
| --- |
| 7 |

**Theresa Graves**

From:       Candice Gregory <turnergrain@sbcglobal.net>
Sent:       Friday, March 23, 2012 10:48 AM
To:         Michael Keith
Cc:         Jason Coleman; Dale Bartlett
Subject:    Fowler Invoice
Attachments: Fowler Invoice.tif

Michael,

Dale & Jason asked me to send this invoice to you. It is a barge for Daren Fowler. Per Shey, the commission was to be $.05/bu. Please feel free to call either Jason or Dale with any questions.

Thanks,

Candice Gregory

Turner Grain Merchandising, Inc.

Phone: 870-752-0406

Fax: 870-734-4748

KBX/SR 3472

---

Turner Grain Merchandising, Inc
P.O. Box 766
Marvell, Ar 72366

| INVOICE # : | KBX20011/12 | | | | 3/6/11 |
| --- | --- | --- | --- | --- | --- |
| TO: | KBX, Inc. | | | Fax: 501.778.5897 | |
| | P.O. Box 2000 | | | | |
| | Benton, AR 72018 | | | | |
| Location: | Barges | | | LOADED: | Wheatley |
| | LT3227,R8585104,MRL872,PML5530 | | | | |

| Date | TICKET # | PRODUCER | Net Weight | Bushels | PRICE | TOTAL |
| --- | --- | --- | --- | --- | --- | --- |
| 8/1/2010 | | Fowler | 98,160.30 | 80,355.00 | 0.05000 | 4,017.80 |
| | | TOTAL | 98,160.30 | 80,355.00 | | 4,017.80 |

*** This is for commission on the Fowler doc from August 2010.

Thank You

Dale Bartlett

| Wire To: | Merchants & Planters Bank |
| --- | --- |
| | Clarendon, Ar 72029 |
| Contact Person: | Kelly Lawless |
| Phone: | 870-747-3319 |
| For the Account of: | Turner Grain Merchandising, Inc |
| Account # : | 4051001 |

KBX/SR 3473

**Turner Grain, Inc.**
411 N. Main Street
Brinkley, Arkansas 72021
(870) 734-4747

Contract Number: JC-3006-3

**Rice Confirmation**

This agreement is entered into between Turner Grain, Inc. (Broker) and Seller of rice (Seller).

The Seller is: Sky Ranch Farms _____

Address: _____ City Hunter _____ State AR ___ Zip 72074 ___

Seller agrees to sell 120000 ____ bushels of long grain rough rice.

Purchaser agrees to pay $7.30 _____ U.S. funds per bushel F.O.B. Bins _____ ,

Based on #2 grade and a milling yield of 55/70. Milling yield premiums / discounts apply.

Shipment is expected to begin: Buyers Call June/July 2014 _____

F.O.B. rate allowance is: _____ /bushel   Special Conditions: _____

No heat damage or stake-No live kernels-No genetically modified grains-No Aflatoxin- Maximum moisture content is 13.5% may result in 1% Discount per .5% moisture content above 14% will be at the determination of Purchaser or result in rejection of grain-Maximum red rice and damage at 10 per blending-Admixture whole kernel weight of bit greater at Purchaser's option. At the time of delivery, any rice that does not meet the criteria contained herein is subject to rejection, delayed shipping periods, alternate destination, or adjustment at Purchaser option. Upon "Buyers Call" for the grain, any rice not shipped within the delivery period, starting on notified date of delivery, is subject to any and all cost associated with delayed shipping including but not limited to: port fees, grade fees, freight, barge storage, barge demurrage, loading, and unloading. Purchaser reserves the right to cancel, extend delivery time, alter shipping periods and destinations or fill at the above destination or elsewhere. Purchaser's performance under this confirmation is contingent upon conditions beyond Purchasers control such as, but not limited to, labor disputes or disturbances, embargo delays, accidents, fire, delay or non-performance of carriers, war and acts of God. Failure to meet contract agreements may result in "Market Price Difference" to sellers account and/or cancellation of contract at Purchasers option. A contract cancellation fee of $.10 per bushel (10 cents) will apply on all unaddressed bushels, plus any gains in the price on the date of cancellation. Payment process from purchaser of grain will begin upon completion of contract. Freight and accessorials costs for partial and rejected loads will be the Sellers interest. Any business to FOB freight rates shall be for the Sellers account. Weights, grades, and milling yield will be determined by Purchaser. Grain delivered for rail shipment will be settled on certified rail weights. Grade discounts: #3 @$3.24, #4 @$5.09, #5 @$6.47, #6 @$1.59, #6 @$1.39, Sample grade at $2.47/bu. Purchaser reserves the right to reject all-grade grain or to unload same without first notifying Seller.
Over delivery (within one truck load: approximately 55,000 lbs) shall be priced at Turner Grain's option.

Seller has the following Agri Lender: _____

Seller has the following Liens: _____

Seller has the following Landlords: _____

As required by CCC regulations and in addition to the other terms and conditions of this agreement (including necessary industry practices and terms applicable to such purchases), Purchaser and Seller(s) agree that the following provision applies to purchases: Notwithstanding any other provision of this option to purchase, title, risk of loss, and beneficial interest in the grain as specified in 7 C.F.R. part 1421, shall remain with the producer until the Purchaser executes the option to purchase the grain.   This option to purchase shall expire, notwithstanding any notice or timeline by either the Seller or Purchaser at the earliest of (1) the maturity of any CCC price support loan which is secured by grain; (2) the date the CCC claims title to such grain; or (3) such other date as provided in this option.
Seller warrants that the above covered lien holders at the only entities entitled to a lien on grain that are the subject of this confirmation. Seller warrants that if no liens are acknowledged the seller is liable to the Purchaser and Turner Grain, Inc. for any and all claims to the grain. Seller further warrants that in fulfilling this contract, including all phases of growing of the grain, that Seller has not violated any federal, state, or local laws, rules, or regulation. Failure to sign and return this confirmation constitutes acceptance of the confirmation as it is written.

Turner Grain Inc.          Seller: _____
411 N. Main Street         By: _____
Brinkley, Arkansas 72021   Date: _____

*[signature]*

EXHIBIT
8

---

**Turner Grain, Inc.**
411 N. Main Street
Brinkley, Arkansas 72021
(870) 734-4747

Contract Number: JC-3006-1

**Rice Confirmation**

This agreement is entered into between Turner Grain, Inc. (Broker) and Seller of rice (Seller).

The Seller is: Ricky Posey Farms _____

Address: _____ City Hunter _____ State AR ___ Zip 72074 ___

Seller agrees to sell 8000.00 ____ bushels of long grain rough rice.

Purchaser agrees to pay $7.30 _____ U.S. funds per bushel F.O.B. Bins _____

Based on #2 grade and a milling yield of 55/70. Milling yield premiums / discounts apply.

Shipment is expected to begin: Buyers Call June/July 2014 _____

F.O.B. rate allowance is: _____ /bushel   Special Conditions: _____

No heat damage or stake-No live kernels-No genetically modified grains-No Aflatoxin- Maximum moisture content is 13.5% may result in 1% Discount per .5% moisture content above 14% will be at the determination of Purchaser or result in rejection of grain-Maximum red rice and damage at 10 per blending-Admixture whole kernel weight of bit greater at Purchaser's option. At the time of delivery, any rice that does not meet the criteria contained herein is subject to rejection, delayed shipping periods, alternate destination, or adjustment at Purchaser option. Upon "Buyers Call" for the grain, any rice not shipped within the delivery period, starting on notified date of delivery, is subject to any and all cost associated with delayed shipping including but not limited to: port fees, grade fees, freight, barge storage, barge demurrage, loading, and unloading. Purchaser reserves the right to cancel, extend delivery time, alter shipping periods and destinations or fill at the above destination or elsewhere. Purchaser's performance under this confirmation is contingent upon conditions beyond Purchasers control such as, but not limited to, labor disputes or disturbances, embargo delays, accidents, fire, delay or non-performance of carriers, war and acts of God. Failure to meet contract agreements may result in "Market Price Difference" to sellers account and/or cancellation of contract at Purchasers option. A contract cancellation fee of $.10 per bushel (10 cents) will apply on all unaddressed bushels, plus any gains in the price on the date of cancellation. Payment process from purchaser of grain will begin upon completion of contract. Freight and accessorials costs for partial and rejected loads will be the Sellers interest. Any business to FOB freight rates shall be for the Sellers account. Weights, grades, and milling yield will be determined by Purchaser. Grain delivered for rail shipment will be settled on certified rail weights. Grade discounts: #3 @$3.24, #4 @$5.09, #5 @$6.47, #6 @$1.59, #6 @$1.39, Sample grade at $2.47/bu. Purchaser reserves the right to reject all-grade grain or to unload same without first notifying Seller.
Over delivery (within one truck load: approximately 55,000 lbs) shall be priced at Turner Grain's option.

Seller has the following Agri Lender: _____

Seller has the following Liens: _____

Seller has the following Landlords: _____

As required by CCC regulations and in addition to the other terms and conditions of this agreement (including necessary industry practices and terms applicable to such purchases), Purchaser and Seller(s) agree that the following provision applies to purchases: Notwithstanding any other provision of this option to purchase, title, risk of loss, and beneficial interest in the grain as specified in 7 C.F.R. part 1421, shall remain with the producer until the Purchaser executes the option to purchase the grain.   This option to purchase shall expire, notwithstanding any notice or timeline by either the Seller or Purchaser at the earliest of (1) the maturity of any CCC price support loan which is secured by grain; (2) the date the CCC claims title to such grain; or (3) such other date as provided in this option.
Seller warrants that the above covered lien holders at the only entities entitled to a lien on grain that are the subject of this confirmation. Seller warrants that if no liens are acknowledged the seller is liable to the Purchaser and Turner Grain, Inc. for any and all claims to the grain. Seller further warrants that in fulfilling this contract, including all phases of growing of the grain, that Seller has not violated any federal, state, or local laws, rules, or regulation. Failure to sign and return this confirmation constitutes acceptance of the confirmation as it is written.

Turner Grain Inc.          Seller: _____
411 N. Main Street         By: _____
Brinkley, Arkansas 72021   Date: _____

*[signature]*

EXHIBIT
9

**Turner Grain, Inc.**
411 N. Main Street
Brinkley, Arkansas 72021
(870) 734-4747

Contract Number: JC-3006-2

**Rice Confirmation**

This agreement is entered into between Turner Grain, Inc. (Broker) and Seller of rice (Seller).

The Seller is: Joe Ray Melvin

Address: _____ City Hunter _____ State AR ____ Zip 72074

Seller agrees to sell 7000 bushels of long grain rough rice.

Purchaser agrees to pay $7.30 _____ U.S. funds per bushel F.O.B. Bins

Based on #2 grade and a milling yield of 55/70. Milling yield premiums / discounts apply.

Shipment is expected to begin: Buyers Call June/July 2014

F.O.B. rate allowance is: _____ /bushel   Special Conditions: _____

No level damage or stain-bite live insects-No genetically modified grains-No Aflatoxin- Maximum moisture content is 13.5%; moisture content above 13.5% may result in 1% Discount per .25% moisture content above 14% will be in the determination of Purchaser or result in rejection of grain-Maximum red rice and damage at 10 per Handling-Minimum stain level weight of 50 grams/shelling. An additional discount of 2.10 (10 cents) per bushel per milling point for grain with whole kernel weight less than 55 grams/shelling, at Purchaser's option. At the time of delivery, any rice that does not meet the criteria contained herein is subject to rejection, delayed shipping periods, alternate destination, or adjustment at Purchasers option. Upon "Buyers Call" for the grain, any rice not shipped within the delivery period, starting on notified date of delivery, is subject to any and all cost associated with delayed shipping including but not limited to: port fees, grade fees, freight, barge merging, barge demurrage, loading, and unloading. Purchaser reserves the right to cancel, extend delivery time, alter shipping periods and destinations or fill at the above destination or elsewhere. Purchaser's purchaser reserves the right in conformation is contingent upon conditions beyond Purchasers control such as, but not limited to, labor disputes or disturbances, embargo delays, accidents, fire, delay or non-performance of carriers, war and acts of God. Failure to meet contract agreements may result in Purchaser from Deliverance" to utilize amounts and/or cancellation of contract at Purchasers option. A contract cancellation fee of 2.10 per bushel (10 cents) will apply on all undelivered bushels, plus any gains in the price on the date of cancellation from the price on the date of booking. Payment process from purchaser of grain will begin upon association of contract. Weight and amounts costs for partial and rejected loads will be for the Sellers account. Any increase in FOB freight rate shall be for the Sellers account. Weights, grades, and milling yield will be determined by Purchaser. Grain delivered for rail shipment will be settled on certified rail weights. Grade discounts 5% @ $2.50, $1 @ $2.00, 20 @ $1.00, .04 @ $.1.50, Sample grade at $2.15/bu. Purchaser reserves the right to reject all grain prior to or unload same without first notifying Seller.

Over delivery (within one truck load; approximately 55,000 lbs) shall be priced at Turner Grain's option.

Seller has the following Agri Lender: _____

Seller has the following Liens: _____

Seller has the following Landlords: _____

As required by CCC regulations and in addition to the other terms and conditions of this agreement (including customary industry practices and terms applicable to such purchases), Purchaser and Seller(s) agree that the following provisions applies to purchase: Notwithstanding any other provision of this option to purchase, title, risk of loss, and beneficial interest in the grain as specified in 7 C.F.R. part 1421, shall remain with the producer until the Purchaser exercises the option to purchase the grain. This option to purchase shall expire, notwithstanding any action or location by either the Seller or Purchaser at the earliest of (1) the maturity of any CCC price support loan which is secured by grain; (2) the date the CCC obtains title to such grain; or (3) such other date as provided in this option. Seller warrants that the above named lien holders at the only entities entitled to a lien upon the crops that are the subject of this confirmation. Seller warrants that if no liens are indicated stipul the seller is liable to the Purchaser and Turner Grain, Inc. for any and all claims to the grain. Seller further warrants that in fulfilling this contract, including all phases of growing of the grain, that Seller has not violated any federal, state, or local law, rule, or regulation. Failure to sign and remit this confirmation constitutes acceptance of the confirmation as it is written.

Turner Grain Inc.                    Seller: _____
411 N. Main Street                   By: _____
Brinkley, Arkansas 72021             Date: _____

EXHIBIT
10









## Turner Grain Merchandising
411 N. Main Street
Brinkley, Arkansas 72021

Medium Grain

**EXHIBIT 15**

---

## WRIGHT, LINDSEY & JENNINGS LLP
ATTORNEYS AT LAW

200 WEST CAPITOL AVENUE, SUITE 2300
LITTLE ROCK, ARKANSAS 72201-3699
(501) 371-0808 • FAX (501) 376-9442

NORTHWEST ARKANSAS

3333 PINNACLE HILLS PARKWAY, SUITE 510
ROGERS, ARKANSAS 72758-9100
(479) 986-0888 • FAX (479) 986-8932

www.wlj.com

Writer's Direct Dial No. 501-212-1212
ktooker@wlj.com
Reply to Little Rock Office

October 3, 2014

**VIA UPS – NEXT DAY DELIVERY**

Mr. Steven Keith
President
K.B.X., Inc.
2114 South Buerkle,
Stuttgart, AR 72160

Re:   Turner Grain: Sky Ranch Farms Partnership, Ricky Posey, Joe Ray Melvin,
      Melvin Farms Partnership

Dear Mr. Keith:

Our firm represents Sky Ranch Farms Partnership, Ricky Posey, Joe Ray Melvin,
Melvin Farms Partnership (collectively, the "Melvins").

According to the Melvins' books and records, KBX or its affiliates received certain
long grain rice, produced by the Melvins and supplied to you through Turner Grain.
You are receiving this letter because KBX obtained delivery of the rice through
Turner Grain under circumstances which would make KBX responsible for payment
to the producer. Demand is hereby made for immediate payment of the sum of
$934,933.87 owed Sky Ranch Farms Partnership, $65,962.78 owed Ricky Posey
Farms; $53,381.09 owed, Joe Ray Melvin, and payment at market price for 950.67
bushels delivered by Melvin Farms Partnership. Spreadsheets itemizing the
deliveries of the grain are enclosed.

In addition, the rice and its proceeds are collateral for loans by AG Heritage Farm
Credit ("AG Heritage") and the Commodity Credit Corporation to Melvins. We
understand that notice of the Notice of the security interest of AG Heritage was
provided to your related entity Erwin-Keith and notice of CCC's security interest in
the grain and its proceeds was provided to Turner Grain pursuant to the Food

1381370-v1

**EXHIBIT 16**

WRIGHT, LINDSEY & JENNINGS LLP

October 3, 2014
Page 2

Security Act, 7 U.S.C. § 1681. Further, the relationship between KBX, Erwin-Keith and Turner Grain is such that notice to Turner Grain is notice to KBX.

It is our understanding that you or one of your related entities are holding funds representing the proceeds of the grain produced by the Melvins. This Notice is given to you so as to ensure that you know and have legal notice that the proceeds of the grain belong to the Melvins and are subject to the security interests of Ag Heritage. Demand is hereby made that you immediately pay the Grizzles and AG Heritage directly for the deliveries shown on the attached spreadsheet. Please make all checks payable to the appropriate Melvin entity, Ag Heritage and CCC jointly. In the event the proceeds from the grain are paid to another party, KBX will remain liable to Sky Ranch Farms Partnership, Ricky Posey, Joe Ray Melvin, Melvin Farms Partnership and KBX may have duplicate liability for the proceeds.

Should you have any questions regarding this notice or your obligations as a result, please feel free to contact me at 501-212-1282. I appreciate your cooperation.

Very truly yours,

WRIGHT, LINDSEY & JENNINGS LLP

Kimberly Wood Tucker

KWT/cjh
Enclosures

1531570-v3





